**EXHIBIT A**
**The APEX Marks**

| No. | Serial # | Registration # | Word Mark | Int'l Class/es | Goods/Services | Owner |
|---|---|---|---|---|---|---|
| 1 | 74430251 | 1847961 | APEX | 42 | Retail department store services. | Apex, LLC |
| 2 | 75781411 | 2562812 | APEX ONLINE | 35 | Retail store, mail order purchase and computerized on-line retail services, featuring, domestics, furniture, bedding, kitchenware, major appliances, small appliances, housewares, bathroom accessories, living room and bedroom accessories, table top accessories, flatware, power equipment, electronics, photography, jewelry, cosmetics, toys, giftware, music and video, gardening, handbags, sporting goods, clocks, luggage, home office, grills, clothing, men' s and ladies' accessories, shoes, athletic footwear, novelties, food and Christmas items. | Apex, LLC |
| 3 | 75781412 | 2443933 | APEX STORES | 35 | Retail store, mail order purchase and computerized on-line retail services, featuring, domestics, furniture, bedding, kitchenware, major appliances, small appliances, housewares, bathroom accessories, living room and bedroom accessories, table top accessories, flatware, power equipment, electronics, photography, jewelry, cosmetics, toys, giftware, music and video, gardening, handbags, sporting goods, clocks, luggage, home office, grills, clothing, men's and ladies' accessories, shoes, athletic footwear, novelties, food and Christmas items. | Apex, LLC |
| 4 | 78319107 | 2918976 | APEX ADVANTAGE | 40 | Custom finishing and embellishment of promotional items, namely, embroidery, embossing, engraving, customized printing, imprinting, screen printing and pad printing with company names, logos, monograms, words, and/or pictures for promotional and advertising purposes on the goods of others, namely, sportswear, apparel and other products. | Apex, LLC |

**EXHIBIT A**
**The APEX Marks**

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | 78928022 | N/A | APEX COMPANIES | 35 | Promoting the goods and services of others by placing advertisements and promotional displays in an electronic site accessed through computer networks; providing an on-line advertising guide featuring the goods and services of others; electronic retailing services and ordering services via computer featuring a wide variety of merchandise; Retail store and advertising services, featuring a wide variety of merchandise; arranging for others the repair, service and replacement of a wide variety of general merchandise and vehicles; retail automobile parts and accessories stores; retail store services featuring customer pick-up and/or payment of newly purchased or repaired merchandise; pick up and delivery services; business, advertising, marketing and management consulting services. | Apex, LLC |
| | | | | 37 | Automobile repair and maintenance. | |