apex
Fitness Group

you set the goal, we provide the path.



search
go

club finder
city
state go

products
e-store
FIT FIX
LEAN MAX







Apex provides cutting-edge nutrition programs and products through health clubs to help you meet your fitness, health, and nutrition goals.

## Testimonials

**"I love to help others feel better"**

**Sylvia Mendoza:** I am so excited! I love the effects of Apex products. I have been exercising since I was 12 years old and have not stopped. While in college, I took a job as a fitness instructor for Jack LaLanne European Health Spas, which helped me to decide to study Kinesiology. Also, this is when I was introduced to advanced vitamin....

- Apex Champions (testimonials)

## Introducing myapex!

Introducing **myapex** - the new home of the bodybugg™ and Apex To Your Door programs. Access both of your accounts from one place.

Visit myapex.com to get started.

myapex




## Apex Featured Product

**Fit Multivitamin - Prenatal (120 count) New Formula!**



Nutritional support for before & during pregnancy. One-a-day, optimized formula for an active lifestyle.
- available to order now!

## Apex Education

Apex Fitness Professional Certification (Interactive CD-Rom). Find out more click here

## » eLearning CEC Courses

Our Continuing Education Credits are now online! Instead of having to wait for a workshop to come to your area, you can view the course of your choice online and go through it at your own pace. Our continuing education credits range from exercise and nutrition to a comprehensive analysis of the science behind supplementation. Apex gives trainers and fitness professionals a one-stop CEC resource! And now also available in a convenient online format!

For more information on the CEC

## bodybugg™




see it in action .... click here

**bodybugg™**
the world's most intelligent calorie management system

## Resources

- Resting Metabolic Rate
- Daily Calorie Needs
- Body Mass Index
- Calorie Burn Indicator
- Anatomy 101
- Nutrition FAQ
- Nutrition Articles
- Exercise FAQ
- Exercise Articles
- Exercise of The Day
- Special Exercise Programs

myapex you set the goal. we provide the path

MEMBER LOGIN | home | nutrition store | fitness resources | bodybugg® | apex to your door | myapex account




**Welcome to your complete nutrition resource.**

**NEW! Iced Peanut Butter Brownie Delight**
featuring Reese's peanut butter chips.

Say goodbye to protein bars that taste like cardboard and *hello* to handmade brownies (with 13 grams of protein!). They taste so good you'll forget they're actually good for you.

**CHECK IT OUT!**




**Username:**

**Password:**

OPEN

Remember Me Lost Password?

find out more information

purchase a bodybugg ®




**DAILY Q&A**

**At what age does a person quit gaining muscle mass? I'm 62 years old and work out five days a week with 2 hours of cardio and another 1 to 1 1/2 hours lifting weights.**

All muscle gain depends on experience, genetics, and gender. A novice at any age can acquire muscle tissue. However, as a person ages, the amount of hormones the body produces lessens, making muscle gain slower and more difficult.

**Read More »**

**Miss a Day? »**
**Send us Your Questions »**




**TESTIMONIALS**

**Josh Thigpen: Two-time World's Strongest Man Competitor**

In preparation for the 2008 strongman season, I began stacking Apex products with my training regimen three months ago. The results have been amazing!

**Read More »**

**Other Testimonials »**
**Send us Your Story »**




**MONTHLY NEWSLETTER**

**Underreporting? Who, me? But I have a slow metabolism.**

**Read More »**

**Previous Newsletters »**










R E C I P E F I N D E R

Looking for the perfect recipe to fit in with your diet? Find your ultimate recipe by using our recipe finder.

**Keyword:**

**Category:** Any category

**Calories:** Any calories

**Protein:** Any protein



**Fat:** Any fat

**View All Recipes ▸**
**Submit Your Favorite Recipe ▸**

SEARCH

F I T N E S S   T O O L S

Get a better idea of how your body works using our free fitness tools.

- body mass index — estimate your body fat
- resting metabolic rate — how many calories does your body use
- daily caloric needs — how many calories do you need during the day
- burn calculator — how many calories do you burn with what exercises






- monthly orders — save money with your monthly recurring order
- need it now — order your favorite apex product on a one time basis
- gift orders — send your friends or relatives their own apex products

LOGIN to manage your account

**Username:** 

**Password:** 

LOGIN

Remember Me

QUESTIONS FOR myapex

Email myapex@apexfitness.com or call myapex support at 800/656.2739.

myapex and Apex To Your Door are brought to you by The Apex Fitness Group.

©Copyright 2007 Apex Fitness INC.
All rights reserved.

**Home | About Us | Contact Us**

# Sports Performance (MAX)

**Get More from your Workouts.** Apex MAX supplements are specifically formulated to promote the increase of m enhance workout performance, and aid muscles in recovering quickly from exercise.

**Purity & Potency are Guaranteed.** All Apex supplements are produced by Phoenix Labs, a manufacturer that op a pharmaceutical license and meets and exceeds all federal manufacturing standards.

## SPORTS PERFORMANCE (MAX) PRODUCTS


Anabolic Amino Xtreme


NO Xtreme


Volumizer


Creatine


L-Glutamine


Methoxybolic


Recovery


Protein


Workout

Sports Performance (MAX) --> Workout --> MAX Workout




## MAX Workout

Drive Through Intense Workouts (with Caffeine & Ginseng).*

This unique formula supports energy metabolism. It is beneficial to exercise activity and designed to improve performance for both aerobic and anaerobi without water retention (as opposed to creatine).*

**Best suited for:**

Nutrition Facts

**Your Price:** **$25.95**

**Package Count:** 90/bottle

**SKU:** 1028

**QTY:** 1

buy it now

- Experienced athletes (aerobic and anaerobic) seeking more power without water retention.
- Do not use if you experience adverse effects from stimulants.
- Do not mix with other stimulants.

**These statements have not been evaluated by the FDA. This product is not diagnose, treat, cure or prevent disease.*

ADMIN LOGIN FIT PROS

myapex you set the goal, we provide the path.

MEMBER LOGIN » | home | nutrition store | fitness resources | bodybugg® | apex to your door | m

# Bars, Cookies & Snacks

These delicious snacks and bars are perfect for calorie control and sound nutrition on the go. They're also ideal pr
workout energy sources. All contain optimal, balanced macronutrients and are formulated to complement Apex su

## BARS, COOKIES & SNACKS PRODUCTS



100 Calories Sweet & Salty Crisps (100 calories)



Specialty Snacks (230 calories)



FIT Fruit Fuel Bars (200



Breakfast Squares (210 calories)




FIT Bars (210-220 calories)




FIX Cookies (160 cal



FIX Crisp Bars (150-160 calories)




FIT Soy Bars (160 calories)

Home | About Us |

ADMIN LOGIN FIT PROS

myapex you set the goal. we provide the path.

MEMBER LOGIN | home | nutrition store | fitness resources | bodybugg® | apex to your door | m

Bars, Cookies & Snacks --> FIX Crisp Bars (150-160 calories) --> FIX Crisp Bars - Chocolate

## FIX Crisp Bars - Chocolate



Nutrition Facts

**Your Price: $21.95**

**Package Count:** 12/box

**SKU:** 2023

**QTY:** 1

buy it now

FIX Crisp Bars are convenient, nutrient-rich meal replacements that are bes unable to eat a meal and/or before workouts. They can also be used to incre caloric intake when you're unable to consume whole foods. FIX Crisp Bars p ideal ratio of protein, carbohydrates and fat in a form that is easily digested assimilated by the body. Click here for more info on Fitness Fast Foods.

***A light, crispy energy quick fix.***

| | |
|---|---|
| **calories 150** | **carbs 23g** |
| **protein 9g** | **fat 3.5g (0g trans fat)** |
| **fiber 3g** | **calcium 10%** Daily Value |

Best suited for:

- Anyone as
  - A meal substitute
  - An aid to satiety
  - An early morning pre-workout meal
  - A better dessert option
- An experienced exerciser
  - As a pre- and post-workout meal to enhance training and rec
  - Can be used during training

**It is not recommended that more than one-third of your total calories be s the form of meal replacement foods unless medically supervised. Consult yo before starting any diet.*

**Home | About Us |**

ADMIN LOGIN FIT PROS

myapex you set the goal, we provide the path.

MEMBER LOGIN | home | nutrition store | fitness resources | bodybugg® | apex to your door | m

**Bars, Cookies & Snacks --> 100 Calories Sweet & Salty Crisps (100 calories) --> 100 Calories Sweet & Salty Crisps - Barbecue**

## 100 Calories Sweet & Salty Crisps - Barbecue



Apex 100 Calorie products are portion-controlled, low-calorie snacks and are satiety aid between meals. Foods in this category are not usually nutritional but are designed to satisfy the urge to "cheat". Try our delicious Kettle Corn won't believe they're guilt-free!

The use of Apex 100 Calorie Snack Products with other Apex supplements sl total nutrient intakes to be within a safe and optimal range.

*65% Less Fat, 100% of the Flavor.*

Nutrition Facts

**calories 100**
**trans fat 0g** **saturated fat 0g**

**Your Price: $10.50**

**Package Count:** 6/box, 23g bags

**SKU:** 5017

**QTY:** 1

Best suited for anyone as:

- An addition to a meal
- A 100-calorie snack
- An aid to satiety
- A healthier alternative to regular potato chips

**Home | About Us |**

ADMIN LOGIN | FIT PROS

myapex you set the goal, we provide the path.

MEMBER LOGIN » | home | nutrition store | fitness resources | bodybugg® | apex to your door | m




**It's here! The Iced Peanut Butter Brownie Delight**

This handmade brownie features real Reese's peanut butter chips . . . and it's so good you'll forget it's actually good for you.

**Order yours today!**













Multivitamins for the whole family as well as Gingko, Calcium, Vitamin C and more.

**View Products »**




Fat Burn and Appetite Control formulas can help you break through a plateau & reach your goals faster.

**View Products »**




Gain muscle & help your muscles recover more quickly with formulas like Creatine, Workout, Recovery and more.

**View Products »**




Versatile drink mixes and our popular Workout Shake offer nutrition and satiety pre- and post-workout.

**View Products »**




These delicious snacks, bars and protein cookies are perfect for calorie control and sound nutrition on the go.

**View Products »**




Coming soon!

**View Products »**

find out more information

**Home** | **About Us** |

ADMIN LOGIN CERT PROS

myapex you set the goal. we provide the path.

MEMBER LOGIN | home | nutrition store | fitness resources | bodybugg® | apex to your door | m

Bars, Cookies & Snacks --> Specialty Snacks (230 calories) --> Iced Peanut Butter Brownie De

## Iced Peanut Butter Brownie Delight

**The Iced Peanut Butter Brownie Delight is hand made using real Ree Butter. Each brownie is nutrient rich and contains more protein than** They are best used when unable to eat a meal and/or before workouts. They used to increase daily caloric intake when unable to do so by consuming wh These brownies make a satisfying, nutritious dessert. Because of their conve nutrition, and great taste, they are an optimal meal replacement or supplem

**Iced Peanut Butter Brownie Delight**
**This high protein brownie supports optimal health with a perfect ble essential nutrients.**

Nutrition Facts

| | |
|---|---|
| **calories 240** | **carbs 28g** |
| **protein 13g** | **fat 8g (0g trans fat)** |

**Your Price: $30.00**

**Package Count:** 12 brownies/box

**SKU:** 4023

**QTY:** 1

buy it now

Best suited for:

- Anyone as
  - A better dessert option
  - A meal substitute
  - An aid to satiety
  - An early morning pre-workout meal*
- An experienced exerciser
  - As a pre- and post-workout meal to enhance training and reco
  - Can be used during training

*It is not recommended that more than one-third of your total calories be su the form of meal replacement foods unless medically supervised. Consult yo before starting any diet.

**Home** | **About Us** |

ADMIN LOGIN FIT PROS

myapex you set the goal. we provide the path.

MEMBER LOGIN » | home | nutrition store | fitness resources | bodybugg® | apex to your door | m

# Optimal Health (FIT)

**Purity & Potency are Guaranteed.**
Apex formulas are based on the latest scientific data and are produced under strict pharmaceutical manufacturing Our Multivitamin & Mineral supplements meet the different nutrient needs of individuals based on age, gender and they also account for nutrients obtained through food by the average person. Each FIT Multivitamin & Mineral forn basic antioxidant needs.

All other supplements in the Apex line are intended to work in conjunction with FIT Multivitamin & Mineral formula assures that you remain in a safe and optimal range of nutrient intake at all times.

## OPTIMAL HEALTH (FIT) PRODUCTS


Multivitamin


Advanced Calcium



General Health


Vitamin C


Super Antioxidant


Joint Support


Gingko


Premenstrual Formula

Home | About Us |

ADMIN LOGIN FIT PROS

myapex you set the goal. we provide the path.

MEMBER LOGIN › | home | nutrition store | fitness resources | bodybugg® | apex to your door | m

**Optimal Health (FIT) --> Multivitamin --> FIT Multivitamin - Children's Chewables**



Nutrition Facts

**Your Price: $7.95**

**Package Count:** 60/bottle

**SKU:** 1026

**QTY:** 1

buy it now

## FIT Multivitamin - Children's Chewables

*Customized Formula for Growing Children.**

Over 90 percent of American children do not consume enough of some of th needed for optimal health. A daily multivitamin and mineral formula can hel children get the nutrients they need. The Apex Children's Chewable Multivit Mineral Formula is designed specifically for children.*

**Why An Apex Multivitamin?**

Apex multivitamin formulas are:

- formulated for the nutrient needs of an active lifestyle.
- based on the latest scientific research, not marketing hype.
- manufactured in a pharmaceutically registered facility (guarantees p potency).
- contain a controlled release system for optimal nutrient absorption.*

**Best suited for:** Active children between the ages of 2-12.

**Key Benefits:** Customized formula for growing children.*

**These statements have not been evaluated by the FDA. This product is no diagnose, treat, cure or prevent disease.*

**Home | About Us |**