AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

APEX, LLC; APEX AT HOME, LLC
Plaintiff
v.
24 HOUR FITNESS USA, INC.
Defendant

Civil Action No. CA 08 169 ML

**Summons in a Civil Action**

To: *(Defendant's name and address)*

24 Hour Fitness USA, Inc.
c/o CSC - Lawyers Incorporating Service,
Registered Agent
2730 Gateway Oaks Drive - Suite 100
Sacramento, CA 95833

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Heather A. Pierce (#7345)
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Name of clerk of court

Date: 05/05/2008

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on 24 HOUR FITNESS USA, I
by:

(1) personally delivering a copy of each to the individual at this place, ______________________________; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with ______________ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is BECKY DEGEORGE AGENT FOR SERVICE; or

(4) returning the summons unexecuted to the court clerk on ______________; or

(5) other *(specify)* ______________________________.

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00.

Date: 5/6/08

Shawn F Sardia
Server's signature

SHAWN SARDIA PROCESS SERVER
Printed name and title

1023 H St. # B3 SACRAMENTO, CA 95814
Server's address