UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

| | | |
|---|---|---|
| APEX, LLC, APEX AT HOME, LLC<br><br>Plaintiffs,<br><br>v.<br><br>24 HOUR FITNESS USA, INC.<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 08-169-ML |

**MOTION FOR ADMISSION PRO HAC VICE**

Plaintiffs Apex, LLC and Apex at Home, LLC hereby move that Steven M. Cowley be admitted pro hac vice in the above case as counsel with local counsel identified below.

Steven M. Cowley

I hereby certify that I have reviewed the Application for Pro Hac Vice Admission that is being submitted with the application fee, and I join in the foregoing motion. I acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

/s/ Raymond M. Ripple
Raymond M. Ripple (#6489)
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-66611 (Fax)
rripple@eapdlaw.com

**ORDER**

This motion is hereby _______ GRANTED _________ DENIED

District Judge

Date

PRV 952278.1