UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| APEX, LLC,<br>APEX AT HOME, LLC<br><br>Plaintiffs,<br><br>v.<br><br>24 HOUR FITNESS USA, INC.,<br><br>Defendant. | C.A. No. 08-169-ML |

**STIPULATION**

Plaintiffs, Apex, LLC and Apex at Home LLC ("Plaintiffs"), through their undersigned counsel, and defendant, 24 Hour Fitness USA, Inc. ("Defendant"), through its undersigned counsel, stipulate and agree that the time for Defendant to answer, move or otherwise respond to the Complaint is hereby extended through June 3, 2008.

APEX, LLC, APEX AT HOME, LLC

By Their Attorneys,

/s/ Raymond M. Ripple
Raymond M. Ripple (# 6489)
Heather A. Pierce (# 7345)
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, Rhode Island 02903
(401) 274-9200
(401) 276-6611 (Fax)

Dated: May 27, 2008

24 HOUR FITNESS USA, INC.

By its Attorneys,

/s/ J. Scott Kilpatrick
J. Scott Kilpatrick (# 4036)
Chisolm Chisolm & Kilpatrick LLP
One Turks Head Place, Suite 1313
Providence, RI 02903
(401) 331-6300
(401) 421-3185 (Fax)