(Effective 3/17/2008)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

APEX, LLC; APEX AT HOME, LLC
Plaintiff(s)

v. Dkt. No. 08-169ML

24 HOUR FITNESS USA, INC.
Defendant(s)

## MOTION FOR ADMISSION PRO HAC VICE

Plaintiff/Defendant 24 HOUR FITNESS USA, INC. hereby moves that Susan E. Hollander be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Signature of Pro Hac Vice Applicant

I hereby certify that I have reviewed the Application for Pro Hac Vice Admission that is being submitted with the application fee, and I join in the foregoing motion. I acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Signature of Local Counsel

J. Scott Kilpatrick, Esq.
Print Name

Chisholm Chisholm & Kilpatrick LLP
Firm and Business Address
One Turks Head Place - Suite 1313
Providence, RI 02903

RI Bar ID # 4036

Email: jskilpatrick@cck-law.com

Tel. # 401-331-6300

Fax # 401-421-3185

## ORDER

This motion is hereby ____ GRANTED ____ DENIED

District Judge

Date