UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| APEX, LLC; APEX AT HOME, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>24 HOUR FITNESS USA, Inc.<br><br>Defendant. | CA# 08-169 ML |

**DEFENDANT 24 HOUR FITNESS' MOTION TO DISMISS, OR ALTERNATIVELY, STAY PROCEEDINGS PURSUANT TO RULE 12(B)(3) AND 28 U.S.C. § 1406(a)**

CHISHOLM CHISHOLM & KILPATRICK LLP
J. Scott Kilpatrick #4036
One Turks Head Place, Ste. 1313
Providence, RI 02903
Telephone (401) 331-6300
Facsimile (401) 421-3185
jskilpatrick@cck-law.com

Of Counsel:
MANATT, PHELPS & PHILLIPS, LLP
Susan E. Hollander
Britt L. Anderson
blanderson@manatt.com
Christian E. Baker
1001 Page Mill Road, Building 2
Palo Alto, CA 94304-1006
Telephone (650) 812-1300
Facsimile: (650) 213-0260

*Attorneys for Defendant 24 Hour Fitness USA, Inc.*

Plaintiff, 24 Hour Fitness USA, Inc. ("24 Hour Fitness") hereby moves this Court pursuant to Federal Rules of Civil Procedure, Rule 12(b)(3) for an order dismissing the above-captioned action pursuant to 28 U.S.C. § 1406(a), or alternatively, to stay the above-captioned action that Apex, LLC and Apex at Home, LLC filed on May 5, 2008, almost five weeks after a nearly identical action involving the same issues, intellectual property and parties filed in the Northern District of California.

By filing and maintaining what would be compulsory counterclaims in a different federal court in an obvious attempt to forum shop, Apex has violated the well-established "first-to-file rule." Dismissal of this action, or alternatively, a stay of this action, is necessary to ensure that these related actions are litigated in one forum.

This Motion is based upon the accompanying Memorandum of Law, the Declarations of Britt L. Anderson and Kimberly Griffin filed concurrently herewith, the pleadings and records on file, and such other additional matters and oral argument as may be presented at the hearing.

Dated: Providence, Rhode, Island
June 3, 2008

Respectfully submitted,

CHISHOLM CHISHOLM & KILPATRICK LLP

/s/ J. Scott Kilpatrick
J. Scott Kilpatrick #4036
One Turks Head Place
Ste. 1313
Providence, RI 02903
Telephone: (401) 331-6300
Facsimile: (401) 421-3185
jskilpatrick@cck-law.com

Of Counsel:

MANATT, PHELPS & PHILLIPS, LLP
Susan E. Hollander
Britt L. Anderson
blanderson@manatt.com
Christian E. Baker
1001 Page Mill Road, Building 2
Palo Alto, CA 94304-1006
Telephone (650) 812-1300
Facsimile: (650) 213-0260

*Attorneys for Defendant 24 Hour Fitness USA, Inc.*

**Certificate of Service**

I, the undersigned, hereby certify that on the 3rd day of June, 2008, I electronically filed the within Motion and supporting documents the Clerk of the United States District Court for the District of Rhode Island, using the CM/ECF System. The following participants have received notice electronically: Raymond M. Ripple at rripple@eapdlaw.com; Heather A. Pierce at hpierce@eapdlaw.com, and the following have been sent copies by mail: to Carrie Webb Olson, 111 Huntington Avenue, Boston, MA 02199-7613.

/s/ J. Scott Kilpatrick
J. Scott Kilpatrick, Esquire (#4036)
Chisholm Chisholm & Kilpatrick LLP
One Turks Head Place - Suite 1313
Providence, RI 02903
(401) 331-6300

90016678.1