UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| APEX, LLC; APEX AT HOME, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>24 HOUR FITNESS USA, INC.<br><br>Defendant. | C.A. No. 08-169-ML |

**DECLARATION OF BRITT L. ANDERSON IN SUPPORT OF MOTION TO DISMISS, OR ALTERNATIVELY, STAY PROCEEDINGS**

CHISHOLM CHISHOLM & KILPATRICK LLP
J. Scott Kilpatrick
One Turks Head Place, Ste. 1313
Providence, RI 02903
Telephone (401) 331-6300

Of Counsel:
MANATT, PHELPS & PHILLIPS, LLP
Susan E. Hollander
Britt L. Anderson
Christian E. Baker
1001 Page Mill Road, Building 2
Palo Alto, CA 94304-1006
Telephone (650) 812-1300
Facsimile: (650) 213-0260

*Attorneys for Defendant 24 Hour Fitness USA, Inc.*

1. I, Britt L. Anderson, declare;

2. I am an associate at Manatt Phelps & Phillips, LLP. I have personal knowledge of the facts set forth in this declaration, and if asked as a witness, I could and would testify thereto.

3. I am a member in good standing of the California Bar. By making this declaration, I am not waiving the privilege as to any attorney-client communications as to any work product.

4. Attached hereto as Exhibit A, is a true and correct copy of the Original Complaint filed in 24 Hour Fitness USA, Inc. v. Apex Stores, LLC, Case No. CV-08-2681 HRL (the "California Action") on March 27, 2008.

5. Attached hereto as Exhibit B, is a true and correct copy of the First Amended Complaint filed in 24 Hour Fitness USA, Inc. v. Apex Stores, LLC, Case No. CV-08-2681 HRL (the "California Complaint") on June 3, 2008.

6. 24 Hour Fitness served the complaint in the California Action on Apex Stores on May 12, 2008.

7. Attached hereto as Exhibit C are true and correct copies of print outs of Trademark Assignment Abstracts of Title from the U.S. Patent & Trademark Office's trademark assignments database for the following U.S. Registration or Application Nos.: 1,847,961 (APEX), 2,562,812 (APEX ONLINE), 78/928,022 (APEX COMPANIES), 2,918,976 (APEX ADVANTAGE), 2,443,933 (APEX STORES).

8. On May 12, 2008, in a telephone discussion, I requested counsel for Apex, Steven M. Cowley whether Apex would agree to withdraw the instant Action based upon the first-to-file rule. He stated that Apex would not do so.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 3, 2008 in San Francisco, California.

.

*//S// Brit L. Anderson*
Britt L. Anderson

90016788.2