UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| APEX, LLC; APEX AT HOME, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>24 HOUR FITNESS,<br><br>Defendant. | C.A. No. 08-169-ML |

**DECLARATION OF KIMBERLY GRIFFIN IN SUPPORT OF MOTION TO DISMISS, OR ALTERNATIVELY, STAY PROCEEDINGS**

CHISHOLM CHISHOLM & KILPATRICK LLP
J. Scott Kilpatrick
One Turks Head Place, Ste. 1313
Providence, RI 02903
Telephone (401) 331-6300

Of Counsel:
MANATT, PHELPS & PHILLIPS, LLP
Susan E. Hollander
Britt L. Anderson
Christian E. Baker
1001 Page Mill Road, Building 2
Palo Alto, CA 94304-1006
Telephone (650) 812-1300
Facsimile: (650) 213-0260

*Attorneys for Defendant 24 Hour Fitness USA, Inc.*

I, Kimberly Griffin, declare as follows:

1. I am Vice President and Corporate Counsel for 24 Hour Fitness USA, Inc ("24 Hour Fitness"). I have personal knowledge of the facts set forth in this declaration, except those stated on information and belief, through my responsibilities as counsel at the company. If called and sworn as a witness, I could and would competently testify thereto.

2. 24 Hour Fitness' principal place of business is located at 12647 Alcosta Boulevard, Suite 500, San Ramon, California 94583.

3. 24 Hour Fitness' executive officers are located at the San Ramon location.

4. Senior management and other personnel involved in the registration of 24 Hour Fitness' trademarks are located at the San Ramon location and at other 24 Hour Fitness offices in California.

5. Records and documents establishing 24 Hour Fitness's registration and use of its APEX trademarks are stored at 24 Hour Fitness' San Ramon location and other 24 Hour Fitness offices in California.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this Declaration was executed on June 3, 2008 at San Ramon, California.

Kimberly Griffin

90016715.1