# EXHIBIT A

MANATT, PHELPS & PHILLIPS, LLP
SUSAN E. HOLLANDER (Bar No. CA 133473)
BRITT L. ANDERSON (Bar No. CA 212092)
E-mail: patrademarks@manatt.com
1001 Page Mill Road, Building 2
Palo Alto, CA 94304-1006
Telephone: (650) 812-1300
Facsimile: (650) 213-0260

Attorneys for Plaintiff
24 Hour Fitness USA, Inc.

ORIGINAL FILED
MAR 27 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

SAN FRANCISCO DIVISION

HRL

| | |
|---|---|
| 24 Hour Fitness USA, Inc., Plaintiff, vs. Apex Stores, LLC, Defendant. | CV 08 1681 No. COMPLAINT FOR DECLARATORY RELIEF AND DEMAND FOR JURY TRIAL |

Plaintiff 24 Hour Fitness USA, Inc. ("24 Hour Fitness" or "Plaintiff"), for its complaint against Apex Stores, LLC ("Defendant"), by its attorneys, Manatt, Phelps & Phillips LLP, alleges as follows:

**NATURE OF THE ACTION**

1. This is an action for declaratory judgment brought under the Declaratory Judgment Act, 28 U.S.C. § 2201, for the purpose of determining actual questions of controversy between the parties. The claims alleged herein arise under the Lanham Act, 15 U.S.C. § 1051 *et seq.* Defendant has alleged that Plaintiff's use of Plaintiff's federally registered APEX marks are likely to cause confusion with Defendant's own APEX formative marks. Plaintiff now seeks a judicial declaration that its use of its APEX marks do not infringe on Defendant's marks.

## THE PARTIES

2. Plaintiff is a corporation organized and existing under the laws of California, with a principal place of business at 12647 Alcosta Boulevard, Suite 500, San Ramon, California 94583.

3. On information and belief, defendant Apex Stores, LLC is a limited liability company organized and existing under the laws of Rhode Island, with a principal place of business at 100 Main Street, Pawtucket, Rhode Island 02860.

## JURISDICTION

4. This Court has subject matter jurisdiction over this action pursuant to (i) 28 U.S.C. § 1331, as this action arises out of the laws of the Unites States of America; (ii) 15 U.S.C. § 1121, as this action involves claims under the Lanham Act of 1946, as amended, 15 U.S.C. § 1051 et seq.; (iii) 28 U.S.C. § 1338(a) and (b), as this action arises in part under an Act of Congress relating to trademarks; and (iv) 28 U.S.C. § 2201, as this is an action for declaratory judgment brought for the purpose of determining actual questions of controversy between the parties.

## VENUE

5. Venue is proper in this district pursuant to 28 U.S.C. § 1391(b) as this is the judicial district in which a substantial part of the events or omissions giving rise to Defendant's claims of infringement allegedly occurred.

## INTRADISTRICT ASSIGNMENT

6. This action may be assigned to the San Francisco Division pursuant to Local Rule 3-2(c), (d) as this action arises in Contra Costa County, where a substantial part of the events or omissions giving rise to Defendant's claims of infringement allegedly occurred.

## 24 HOUR FITNESS AND ITS APEX FITNESS GROUP BUSINESS

7. 24 Hour Fitness is a premier chain of health and fitness clubs. In fact, it is one of the largest privately-held health and fitness chains in the world. Founded in 1983, its mission is to enhance people's lifestyles through fitness and regular exercise. Its clubs are distinguished by high quality services, including numerous cardiovascular and strength training machines and exercise equipment, superior aerobic and exercise classes, a wide range of free weights, and many

amenities, such as personal training programs, basketball and racquetball courts, lap pools, rock climbing, saunas, pro shops, child care, knowledgeable staff, and much more.

8. Though its wholly owned subsidiary, Apex Fitness, Inc., also doing business as Apex Fitness Group, 24 Hour Fitness also provides cutting-edge integrated fitness and nutrition programs and products under distributorships offered to health and fitness clubs throughout the United States. Plaintiff has offered its distributorships and related goods and services in the health and fitness field under the APEX name since at least as early as 1994. In connection with its business, 24 Hour Fitness offers the following products and services under the APEX marks listed below ("Plaintiff's Marks"), among others.

| Mark | Reg. / App. No. | Goods/Services |
|---|---|---|
| APEX FIT (Stylized) | 3,045,062 | Class 5: Nutritional products, namely nutritional supplements and nutritionally fortified beverages; dietary supplements in the nature of nutritional bars and cookies; food supplements; meal replacement and dietary supplement drink mixes and powders; nutritional drink mix or powder for use as a meal replacement; vitamins. |
| APEX LEAN (Stylized) | 3,034,722 | Class 5: Nutritional products, namely nutritional supplements and nutritionally fortified beverages; dietary supplements in the nature of nutritional bars and cookies; food supplements; meal replacement and dietary supplement drink mixes and powders; nutritional drink mix or powder for use as a meal replacement; vitamins. |
| APEX FIX (Stylized) | 3,004,281 | Class 29: Food products, namely soy based food bars and cookies. |
| APEX FIX (Stylized) | 3,004,280 | Class 30: Food products, namely grain based food bars and cookies. |
| APEX MAX (Stylized) | 2,997,642 | Class 5: Nutritional products, namely nutritional supplements and nutritionally fortified beverages; dietary supplements in the nature of nutritional bars and cookies; food supplements; meal replacement and dietary supplement drink mixes and powders; nutritional drink mix or powder for use as a meal replacement; vitamins. |
| APEX & Design | 2,936,205 | Class 5: Nutritional and food supplements; vitamins and minerals; vitamin and mineral supplements<br>Class 9: Audio and visual recordings, namely, pre-recorded cassettes, videos, DVDs, and CD-ROMs in the field of health, fitness, or nutrition<br>Class 16: Printed matter, namely books, instruction manuals, periodicals, brochures, and magazines in the field of health, fitness, or nutrition<br>Class 35: Distributorship featuring vitamins & fitness programs<br>Class 41: Instruction and training services in the field of fitness and nutrition<br>Class 44: Providing information in the field of nutrition and fitness |
| APEX FITNESS | 2,703,428 | Class 35: Distributorships featuring vitamins and fitness programs in the |

| Mark | Reg. / App. No. | Goods/Services |
|---|---|---|
| GROUP (and Star Person Design) | | form of licensed software, videotapes, and printed information |
| APEX FITNESS GROUP (and Star Person Design) | 2,702,445 | Class 9: Audio and visual recordings, namely, prerecorded cassettes, compact discs, videos, DVDs, and CD-ROMS in the field of health, fitness, or nutrition |
| APEX FITNESS GROUP (and Star Person Design) | 2,702,444 | Class 16: Printed matter, namely books, instruction manuals, periodicals, brochures, and magazines in the field of health, fitness, or nutrition. |
| APEX TRAINING SYSTEM (and Star Person Design) | 2,701,627 | Class 35: Distributorships featuring vitamins and fitness programs in the form of licensed software, videotapes, and printed information |
| APEX FITNESS GROUP VIRTUAL GYM | 78/851,695 | Class 41: Providing an on-line computer database featuring information regarding fitness services which allow users to create fitness programs; providing information in the field of fitness and bodybuilding; consultation services with personal trainers.<br>Class 44: Providing information in the field of nutrition |

Attached as Exhibit 1 are true and correct copies of the electronic records for these registrations printed from the United States Patent and Trademark Office's ("USPTO") online database.

## DEFENDANT'S BUSINESS

9. On information and belief, Defendant was founded in 1924 as a tire retreading, automotive service and manufacturing business, and has since expanded in various retail businesses including real estate development and management and financial services. In connection with its business, Defendant offers the following products and services under the APEX mark ("Defendant's Marks"):

| MARK | App/Reg No. | Goods or Services |
|---|---|---|
| APEX | 1,847,961 | IC 042. US 101. G & S: retail department store services. FIRST USE: 19420900. FIRST USE IN COMMERCE: 19420900 |
| APEX | 2,155,905 | IC 037. US 100 103 106. G & S: automotive repair and maintenance services. FIRST USE: 19240000. FIRST USE IN COMMERCE: 19240000<br>IC 042. US 100 101. G & S: retail automobile parts and accessories stores. FIRST USE: 19240000. FIRST USE IN COMMERCE: 19240000 |
| APEX MALL | 2,657,639 | IC 036. US 100 101 102. G & S: Shopping mall services and leasing of shopping mall space. FIRST USE: 19660000. FIRST USE IN COMMERCE: 19660000 |

| | | |
|---|---|---|
| APEX STORES | 2,443,933 | IC 035. US 100 101 102. G & S: Retail store, mail order purchase and computerized on-line retail services, featuring, domestics, furniture, bedding, kitchenware, major appliances, small appliances, housewares, bathroom accessories, living room and bedroom accessories, table top accessories, flatware, power equipment, electronics, photography, jewelry, cosmetics, toys, giftware, music and video, gardening, handbags, sporting goods, clocks, luggage, home office, grills, clothing, men's and ladies' accessories, shoes, athletic footwear, novelties, food and Christmas items. FIRST USE: 19961101. FIRST USE IN COMMERCE: 19961101 |
| APEX ONLINE | 2,562,812 | IC 035. US 100 101 102. G & S: Retail store, mail order purchase and computerized on-line retail services, featuring, domestics, furniture, bedding, kitchenware, major appliances, small appliances, housewares, bathroom accessories, living room and bedroom accessories, table top accessories, flatware, power equipment, electronics, photography, jewelry, cosmetics, toys, giftware, music and video, gardening, handbags, sporting goods, clocks, luggage, home office, grills, clothing, men' s and ladies' accessories, shoes, athletic footwear, novelties, food and Christmas items. FIRST USE: 19961101. FIRST USE IN COMMERCE: 19961101 |
| APEX ADVANTAGE | 2,918,976 | IC 040. US 100 103 106. G & S: Custom finishing and embellishment of promotional items, namely, embroidery, embossing, engraving, customized printing, imprinting, screen printing and pad printing with company names, logos, monograms, words, and/or pictures for promotional and advertising purposes on the goods of others, namely, sportswear, apparel and other products. FIRST USE: 19961201. FIRST USE IN COMMERCE: 20020901 |
| APEX COMPANIES | 3,244,685 | IC 040. US 100 103 106. G & S: custom finishing and embellishment of promotional items, namely, embroidery, embossing, engraving, customized printing, imprinting, screen printing and pad printing with company names, logos, monograms, words, and/or pictures for promotional and advertising purposes on the goods of others, namely, sportswear, apparel and other products. FIRST USE: 20020901. FIRST USE IN COMMERCE: 20020901 |
| APEX COMPANIES | 78/928,022 | IC 035. US 100 101 102. G & S: Promoting the goods and services of others by placing advertisements and promotional displays in an electronic site accessed through computer networks; providing an on-line advertising guide featuring the goods and services of others; electronic retailing services and ordering services via computer featuring a wide variety of merchandise; Retail store and advertising services, featuring a wide variety of merchandise; arranging for others the repair, service and replacement of a wide variety of general merchandise and vehicles; retail automobile parts and accessories stores; retail store services featuring customer pick-up and/or payment of newly purchased or repaired merchandise; pick up and delivery services; business, advertising, marketing and management consulting services. |

| | | |
|---|---|---|
| | | FIRST USE: 20020901. FIRST USE IN COMMERCE: 20020901<br><br>IC 037. US 100 103 106. G & S: Automobile repair and maintenance. FIRST USE: 20020901. FIRST USE IN COMMERCE: 20020901 |
| APEX COMPANIES | 78/928,052 | IC 036. US 100 101 102. G & S: Shopping Mall services, namely leasing and management of shopping mall space; real estate management; financial services in the nature of investments and financing in the field of real estate, securities, debt, venture capital and loans. FIRST USE: 20020901. FIRST USE IN COMMERCE: 20020901<br><br>IC 037. US 100 103 106. G & S: Real estate development. FIRST USE: 20020901. FIRST USE IN COMMERCE: 20020901 |

Attached as Exhibit 2 are true and correct copies of the electronic records for these registrations printed from the USPTO online database.

## FACTUAL BACKGROUND

10. On or about December 15, 2006, the USPTO issued an office action in which it refused Defendant's U.S. Application Serial No. 78/928,022, for the mark APEX COMPANIES, based, in part, on certain of Plaintiff's federal registrations.

11. On or about November 1, 2007, counsel for Defendant sent 24 Hour Fitness a letter enclosing a Petition for Cancellation that had been filed that same day with the USPTO. Attached as Exhibit 3 is a true and correct copy of this letter with enclosure.

12. In Defendant's Petition for Cancellation, Defendant sought to cancel in whole or in part Plaintiff's Marks under U.S. Registration Nos. 2,701,627, 2,703,428 and 2,936,205 based on its claim that these marks are confusingly similar to one or more of Defendant's Marks in violation of Section 2(d) of the Lanham Act, 15 U.S.C. § 1052(d). Defendant further asserted the claim that Plaintiff's continued use of Plaintiff's Marks is diluting the distinctive quality of one or more of Defendant's Marks. *See* Exhibit 3. On December 12, 2008, Plaintiff answered Defendant's Petition for Cancellation by denying Defendant's relevant allegations regarding likelihood of confusion and dilution and asserting its affirmative defenses.

13. Following Defendant's November 1 letter, counsel for Plaintiff and Defendant discussed the potential for settlement of the matter. However, on or about March 10, 2008, counsel for Defendant sent counsel for Plaintiff a letter stating that 24 Hour Fitness' continued use of its APEX and APEX FITNESS marks resulted in "a great likelihood of confusion" with Defendant's marks, and that Defendant was "unwilling to compromise" and wanted to "protect its rights." Attached as Exhibit 4 is a true and correct copy of this letter.

14. To date, the parties have been unable to resolve their dispute.

15. On information and belief, one or more of Plaintiff's Marks and/or use by Plaintiff on relevant goods and services of the APEX name precedes Defendant's first use and/or registration of one or more of its APEX marks.

**FIRST CLAIM FOR RELIEF**

**(Declaratory Relief – Noninfringement Of Trademark, 15 U.S.C. § 1125(a))**

16. 24 Hour Fitness realleges and incorporates by reference paragraphs 1 through 15 above.

17. As a result of Defendant's actions, there is an actual controversy between Plaintiff and Defendant as to whether Plaintiff's continued use of Plaintiff's Marks is likely to cause mistake or to deceive as to the affiliation, connection or association between Defendant and Plaintiff, or as to the origin, sponsorship, or approval of Defendant's goods or services or commercial activities by Plaintiff.

18. In light of Defendant's claim of infringement of its trademarks, 24 Hour Fitness has a reasonable and real apprehension that it faces an immediate lawsuit by Defendant, which lawsuit may affect its ability to use and or maintain registrations for Plaintiff's Marks.

19. A judicial declaration pursuant to 28 U.S.C. §§ 2201 and 2202 is necessary and appropriate so that 24 Hour Fitness may ascertain its rights with respect to its continued use and registration of its marks.

**PRAYER FOR RELIEF**

20. WHEREFORE, 24 Hour Fitness prays for relief against Defendant as follows:

(a) A declaratory judgment that Plaintiff's use and registration of Plaintiff's Marks does not infringe on any of Defendant's Marks;

(b) Injunctive relief restraining Defendant, and its agents, successors and assigns, and all others acting in concert and privity with it, from bringing any lawsuit or threat against Plaintiff of trademark infringement or dilution in connection with Plaintiff's use and registration of Plaintiff's Marks;

(c) Plaintiff's costs and disbursements incurred in this action, including its reasonable attorneys' fees; and

(d) Such other and further relief as the Court deems just and proper.

**DEMAND FOR JURY TRIAL**

24 Hour Fitness USA, Inc. hereby demands a trial by jury of all issues triable by a jury.

Dated: March 27, 2008 MANATT, PHELPS & PHILLIPS, LLP

By: [signature]

Susan E. Hollander
Britt L. Anderson
Manatt Phelps & Phillips, LLP
1001 Page Mill Road, Bldg. 2
Palo Alto, CA 94304
Tel: (650) 812-1300
Fax: (650) 213-0260
*Attorneys for Plaintiff*
24 HOUR FITNESS USA, INC.

# EXHIBIT 1

United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Mar 27 04:10:42 EDT 2008*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TARR Status | ASSIGN Status | TDR | TTAB Status ***( Use the "Back" button of the Internet Browser to return to TESS)***

apex
FIT

| | |
|---|---|
| **Word Mark** | APEX FIT |
| **Goods and Services** | IC 005. US 006 018 044 046 051 052. G & S: Nutritional products, namely nutritional supplements and nutritionally fortified beverages; dietary supplements in the nature of nutritional bars and cookies; food supplements; meal replacement and dietary supplement drink mixes and powders; nutritional drink mix or powder for use as a meal replacement; vitamins. FIRST USE: 20030701. FIRST USE IN COMMERCE: 20030701 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 24.15.10 - Arrows, more than one; More than one arrow<br>24.15.25 - Other arrows<br>26.17.12 - Angles (geometric); Chevrons<br>27.03.01 - Geometric figures forming letters, numerals or punctuation |
| **Serial Number** | 78440633 |
| **Filing Date** | June 24, 2004 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | October 25, 2005 |
| **Registration Number** | 3045062 |
| **Registration Date** | January 17, 2006 |
| **Owner** | (REGISTRANT) Apex Fitness, Inc. CORPORATION CALIFORNIA 12647 Alcosta Boulevard, Suite 500 San Ramon CALIFORNIA 94583 |

| | |
|---|---|
| | (LAST LISTED OWNER) 24 HOUR FITNESS USA, INC. CORPORATION CALIFORNIA 12647 ALCOSTA BLVD, SUITE 500 SAN RAMON CALIFORNIA 94583 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | the firm of Manatt, Phelps & Phillips, LLP, and, in particular, Susan E. Hollander, Esq. and Paul E. Thomas, Esq. |
| **Prior Registrations** | 1932876;2701627;2703428;AND OTHERS |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

United States Patent and Trademark Office
Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Mar 27 04:10:42 EDT 2008*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

TARR Status | ASSIGN Status | TDR | TTAB Status ***( Use the "Back" button of the Internet Browser to return to TESS)***

| | |
|---|---|
| **Word Mark** | APEX LEAN |
| **Goods and Services** | IC 005. US 006 018 044 046 051 052. G & S: Nutritional products, namely nutritional supplements and nutritionally fortified beverages; dietary supplements in the nature of nutritional bars and cookies; food supplements; meal replacement and dietary supplement drink mixes and powders; nutritional drink mix or powder for use as a meal replacement; vitamins. FIRST USE: 20030701. FIRST USE IN COMMERCE: 20030701 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 26.17.12 - Angles (geometric); Chevrons<br>27.03.01 - Geometric figures forming letters, numerals or punctuation |
| **Serial Number** | 78440637 |
| **Filing Date** | June 24, 2004 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | October 4, 2005 |
| **Registration Number** | 3034722 |
| **Registration Date** | December 27, 2005 |
| **Owner** | (REGISTRANT) Apex Fitness, Inc. CORPORATION CALIFORNIA 12647 Alcosta Boulevard, Suite 500 San Ramon CALIFORNIA 94583<br><br>(LAST LISTED OWNER) 24 HOUR FITNESS USA, INC. CORPORATION CALIFORNIA 12647 |

| | |
|---|---|
| | ALCOSTA BLVD, SUITE 500 SAN RAMON CALIFORNIA 94583 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | the firm of Manatt, Phelps & Phillips, LLP, and, in particular, Susan E. Hollander, Esq. and Paul E. Thomas, Esq. |
| **Prior Registrations** | 1932876;2701627;2703428;AND OTHERS |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Mar 27 04:10:42 EDT 2008*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TARR Status | ASSIGN Status | TDR | TTAB Status ***( Use the "Back" button of the Internet Browser to return to TESS)***

apex
FIX

| | |
|---|---|
| **Word Mark** | APEX FIX |
| **Goods and Services** | IC 029. US 046. G & S: Food products, namely soy based food bars and cookies. FIRST USE: 20030701. FIRST USE IN COMMERCE: 20030701 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 24.15.04 - Arrowheads<br>24.15.10 - Arrows, more than one; More than one arrow<br>24.15.25 - Other arrows<br>26.17.12 - Angles (geometric); Chevrons<br>27.03.01 - Geometric figures forming letters, numerals or punctuation |
| **Serial Number** | 78469695 |
| **Filing Date** | August 18, 2004 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | July 12, 2005 |
| **Registration Number** | 3004281 |
| **Registration Date** | October 4, 2005 |
| **Owner** | (REGISTRANT) Apex Fitness, Inc. CORPORATION CALIFORNIA 12647 Alcosta Boulevard, Suite 500 San Ramon CALIFORNIA 94583<br><br>(LAST LISTED OWNER) 24 HOUR FITNESS USA, INC. CORPORATION CALIFORNIA 12647 ALCOSTA BLVD, SUITE 500 SAN RAMON CALIFORNIA 94583 |

| | |
|---|---|
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Paul E. Thomas, |
| **Prior Registrations** | 1932876;2701627;2703428;AND OTHERS |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Mar 27 04:10:42 EDT 2008*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TARR Status | ASSIGN Status | TDR | TTAB Status ***( Use the "Back" button of the Internet Browser to return to TESS)***

| | |
|---|---|
| **Word Mark** | APEX FIX |
| **Goods and Services** | IC 030. US 046. G & S: Food products, namely grain based food bars and cookies. FIRST USE: 20030701. FIRST USE IN COMMERCE: 20030701 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 24.15.04 - Arrowheads<br>24.15.10 - Arrows, more than one; More than one arrow<br>24.15.25 - Other arrows<br>26.17.12 - Angles (geometric); Chevrons<br>27.03.01 - Geometric figures forming letters, numerals or punctuation |
| **Serial Number** | 78469684 |
| **Filing Date** | August 18, 2004 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | July 12, 2005 |
| **Registration Number** | **3004280** |
| **Registration Date** | October 4, 2005 |
| **Owner** | (REGISTRANT) Apex Fitness, Inc. CORPORATION CALIFORNIA 12647 Alcosta Boulevard, Suite 500 San Ramon CALIFORNIA 94583<br><br>(LAST LISTED OWNER) 24 HOUR FITNESS USA, INC. CORPORATION CALIFORNIA 12647 ALCOSTA BLVD, SUITE 500 SAN RAMON CALIFORNIA 94583 |

| | |
|---|---|
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Paul E. Thomas, |
| **Prior Registrations** | 1932876;2701627;2703428;AND OTHERS |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Mar 27 04:10:42 EDT 2008*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TARR Status | ASSIGN Status | TDR | TTAB Status *( Use the "Back" button of the Internet Browser to return to TESS)*

| | |
|---|---|
| **Word Mark** | APEX MAX |
| **Goods and Services** | IC 005. US 006 018 044 046 051 052. G & S: Nutritional products, namely nutritional supplements and nutritionally fortified beverages; dietary supplements in the nature of nutritional bars and cookies; food supplements; meal replacement and dietary supplement drink mixes and powders; nutritional drink mix or powder for use as a meal replacement; vitamins. FIRST USE: 20030701. FIRST USE IN COMMERCE: 20030701 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 26.17.12 - Angles (geometric); Chevrons<br>27.03.01 - Geometric figures forming letters, numerals or punctuation |
| **Serial Number** | 78440646 |
| **Filing Date** | June 24, 2004 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | June 28, 2005 |
| **Registration Number** | 2997642 |
| **Registration Date** | September 20, 2005 |
| **Owner** | (REGISTRANT) Apex Fitness, Inc. CORPORATION CALIFORNIA 12647 Alcosta Boulevard, Suite 500 San Ramon CALIFORNIA 94583<br><br>(LAST LISTED OWNER) 24 HOUR FITNESS USA, INC. CORPORATION CALIFORNIA 12647 |

| | |
|---|---|
| | ALCOSTA BLVD, SUITE 500 SAN RAMON CALIFORNIA 94583 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | the firm of Manatt, Phelps & Phillips, LLP, and, in particular, Susan E. Hollander, Esq. and Paul E. Thomas, Esq. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Mar 27 04:10:42 EDT 2008*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TARR Status | ASSIGN Status | TDR | TTAB Status ***( Use the "Back" button of the Internet Browser to return to TESS)***

| | |
|---|---|
| **Word Mark** | APEX |
| **Goods and Services** | IC 005. US 006 018 044 046 051 052. G & S: nutritional and food supplements; vitamins and minerals; vitamin and mineral supplements. FIRST USE: 20030701. FIRST USE IN COMMERCE: 20030701<br><br>IC 009. US 021 023 026 036 038. G & S: audio and visual recordings, namely, pre-recorded cassettes, videos, DVDs, and CD-ROMs in the field of health, fitness, or nutrition. FIRST USE: 20030701. FIRST USE IN COMMERCE: 20030701<br><br>IC 016. US 002 005 022 023 029 037 038 050. G & S: Printed matter, namely books, instruction manuals, periodicals, brochures, and magazines in the field of health, fitness, or nutrition. FIRST USE: 20030701. FIRST USE IN COMMERCE: 20030701<br><br>IC 035. US 100 101 102. G & S: Distributorship featuring vitamins & fitness programs. FIRST USE: 20030701. FIRST USE IN COMMERCE: 20030701<br><br>IC 041. US 100 101 107. G & S: Instruction and training services in the field of fitness and nutrition. FIRST USE: 20030701. FIRST USE IN COMMERCE: 20030701<br><br>IC 044. US 100 101. G & S: Providing information in the field of nutrition and fitness. FIRST USE: 20030701. FIRST USE IN COMMERCE: 20030701 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 26.17.12 - Angles (geometric); Chevrons |
| **Serial Number** | 78346264 |
| **Filing Date** | December 29, 2003 |

| | |
|---|---|
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | January 4, 2005 |
| **Registration Number** | 2936205 |
| **Registration Date** | March 29, 2005 |
| **Owner** | (REGISTRANT) Apex Fitness, Inc. CORPORATION CALIFORNIA 12647 Alcosta Blvd. 5th Flr. San Ramon CALIFORNIA 94583<br><br>(LAST LISTED OWNER) 24 HOUR FITNESS USA, INC. CORPORATION CALIFORNIA 12647 ALCOSTA BLVD, SUITE 500 SAN RAMON CALIFORNIA 94583 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Type of Mark** | TRADEMARK. SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks > Trademark Electronic Search System (TESS)**

*TESS was last updated on Thu Mar 27 04:10:42 EDT 2008*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TARR Status | ASSIGN Status | TDR | TTAB Status ***( Use the "Back" button of the Internet Browser to return to TESS)***

| | |
|---|---|
| **Word Mark** | APEX FITNESS GROUP |
| **Goods and Services** | IC 035. US 100 101 102. G & S: Distributorships featuring vitamins and fitness programs in the form of licensed software, videotapes, and printed information. FIRST USE: 19990601. FIRST USE IN COMMERCE: 19990601 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 01.01.03 - Star - a single star with five points<br>26.01.21 - Circles that are totally or partially shaded.<br>26.05.13 - Triangles, exactly two triangles; Two triangles<br>26.05.21 - Triangles that are completely or partially shaded |
| **Serial Number** | 75849816 |
| **Filing Date** | November 16, 1999 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | January 14, 2003 |
| **Registration Number** | 2703428 |
| **Registration Date** | April 8, 2003 |
| **Owner** | (REGISTRANT) APEX FITNESS, INC. CORPORATION CALIFORNIA 5020 FRANKLIN DRIVE PLEASANTON CALIFORNIA 94588<br><br>(LAST LISTED OWNER) 24 HOUR FITNESS USA, INC. CORPORATION CALIFORNIA 12647 ALCOSTA BLVD, SUITE 500 SAN RAMON CALIFORNIA 94583 |

| | |
|---|---|
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Susan E Hollander Esq |
| **Prior Registrations** | 1932876 |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "FITNESS GROUP" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Mar 27 04:10:42 EDT 2008*



Logout Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TARR Status | ASSIGN Status | TDR | TTAB Status ***( Use the "Back" button of the Internet Browser to return to TESS)***

APEX
FITNESS GROUP

| | |
|---|---|
| **Word Mark** | APEX FITNESS GROUP |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Audio and visual recordings, namely, prerecorded cassettes, compact discs, videos, DVDs, and CD-ROMS in the field of health, fitness, or nutrition. FIRST USE: 19940131. FIRST USE IN COMMERCE: 19940131 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 01.01.02 - Star - a single star with four points<br>02.01.33 - Grotesque men formed by letters, numbers, punctuation or geometric shapes; Stick figures<br>04.07.02 - Objects forming a person; Person formed by objects<br>26.03.21 - Ovals that are completely or partially shaded<br>26.19.05 - Prisms ; Pyramids<br>26.19.25 - Geometric solids other than spheres, cylinders, cones, cube, prisms or pyramids |
| **Serial Number** | 76422074 |
| **Filing Date** | June 17, 2002 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | January 7, 2003 |
| **Registration Number** | 2702445 |
| **Registration Date** | April 1, 2003 |
| **Owner** | (REGISTRANT) Apex Fitness Group, Inc. CORPORATION CALIFORNIA 5020 Franklin Drive Pleasanton CALIFORNIA 94566 |

| | |
|---|---|
| | (LAST LISTED OWNER) 24 HOUR FITNESS USA, INC. CORPORATION CALIFORNIA 12647 ALCOSTA BLVD, SUITE 500 SAN RAMON CALIFORNIA 94583 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Susan E. Hollander, Esq. |
| **Prior Registrations** | 1932876 |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "FITNESS GROUP" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

# Record 1 out of 1



APEX FITNESS GROUP

| | |
|---|---|
| **Word Mark** | APEX FITNESS GROUP |
| **Goods and Services** | IC 016. US 002 005 022 023 029 037 038 050. G & S: Printed matter, namely books, instruction manuals, periodicals, brochures, and magazines in the field of health, fitness, or nutrition. FIRST USE: 19940131. FIRST USE IN COMMERCE: 19940131 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 01.01.02 - Star - a single star with four points<br>02.01.33 - Grotesque men formed by letters, numbers, punctuation or geometric shapes; Stick figures<br>04.07.02 - Objects forming a person; Person formed by objects<br>26.03.21 - Ovals that are completely or partially shaded<br>26.19.05 - Prisms ; Pyramids<br>26.19.25 - Geometric solids other than spheres, cylinders, cones, cube, prisms or pyramids |
| **Serial Number** | 76422068 |
| **Filing Date** | June 17, 2002 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | January 7, 2003 |
| **Registration Number** | 2702444 |
| **Registration Date** | April 1, 2003 |
| **Owner** | (REGISTRANT) Apex Fitness Group, Inc. CORPORATION CALIFORNIA 5020 Franklin Drive Pleasanton CALIFORNIA 94566 |

| | |
|---|---|
| | (LAST LISTED OWNER) 24 HOUR FITNESS USA, INC. CORPORATION CALIFORNIA 12647 ALCOSTA BLVD, SUITE 500 SAN RAMON CALIFORNIA 94583 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Susan E. Hollander, Esq. |
| **Prior Registrations** | 1932876 |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "FITNESS GROUP" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Mar 27 04:10:42 EDT 2008*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TARR Status | ASSIGN Status | TDR | TTAB Status ***( Use the "Back" button of the Internet Browser to return to TESS)***

| | |
|---|---|
| **Word Mark** | APEX TRAINING SYSTEM |
| **Goods and Services** | IC 035. US 100 101 102. G & S: Distributorships featuring vitamins and fitness programs in the form of licensed software, videotapes, and printed information. FIRST USE: 19990601. FIRST USE IN COMMERCE: 19990601 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 01.01.03 - Star - a single star with five points<br>26.01.21 - Circles that are totally or partially shaded.<br>26.05.13 - Triangles, exactly two triangles; Two triangles<br>26.05.21 - Triangles that are completely or partially shaded |
| **Serial Number** | 75849815 |
| **Filing Date** | November 16, 1999 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | January 7, 2003 |
| **Registration Number** | 2701627 |
| **Registration Date** | April 1, 2003 |
| **Owner** | (REGISTRANT) APEX FITNESS, INC. CORPORATION CALIFORNIA 5020 FRANKLIN DRIVE PLEASANTON CALIFORNIA 94588<br><br>(LAST LISTED OWNER) 24 HOUR FITNESS USA, INC. CORPORATION CALIFORNIA 12647 ALCOSTA BLVD, SUITE 500 SAN RAMON CALIFORNIA 94583 |

| | |
|---|---|
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | William E. Levin |
| **Prior Registrations** | 1932876 |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "TRAINING SYSTEM" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Mar 27 04:10:42 EDT 2008*



# Record 1 out of 1



APEX FITNESS GROUP VIRTUAL GYM

| | |
|---|---|
| **Word Mark** | APEX FITNESS GROUP VIRTUAL GYM |
| **Goods and Services** | IC 041. US 100 101 107. G & S: Providing an on-line computer database featuring information regarding fitness services which allow users to create fitness programs; providing information in the field of fitness and bodybuilding; consultation services with personal trainers<br><br>IC 044. US 100 101. G & S: Providing information in the field of nutrition |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 78851695 |
| **Filing Date** | March 31, 2006 |
| **Current Filing Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | June 19, 2007 |
| **Owner** | (APPLICANT) 24 HOUR FITNESS USA, INC. CORPORATION CALIFORNIA 12647 ALCOSTA BLVD. SUITE 500 SAN RAMON CALIFORNIA 94583 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Susan E. Hollander, Esq. |
| **Prior** | 2702445;2703428;2936205 |

| | |
|---|---|
| **Registrations** | |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE FITNESS GROUP APART FROM THE MARK AS SHOWN |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# EXHIBIT 2

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Mar 19 04:11:06 EDT 2008*

 **Record 8 out of 8**

 *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | APEX |
| **Goods and Services** | IC 042. US 101. G & S: retail department store services. FIRST USE: 19420900. FIRST USE IN COMMERCE: 19420900 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 74430251 |
| **Filing Date** | August 27, 1993 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | May 10, 1994 |
| **Registration Number** | 1847961 |
| **Registration Date** | August 2, 1994 |
| **Owner** | (REGISTRANT) Apex Incorporated CORPORATION RHODE ISLAND 100 Main Street Pawtucket RHODE ISLAND 02860<br><br>(LAST LISTED OWNER) APEX STORES, LLC LTD LIAB CO BY ASSIGNMENT RHODE ISLAND 100 MAIN STREET PAWTUCKET RHODE ISLAND 02860 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | JOHN E. OTTAVIANI, |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20040916. |
| **Renewal** | 1ST RENEWAL 20040916 |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

United States Patent and Trademark Office
Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Mar 19 04:11:06 EDT 2008*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

Logout Please logout when you are done to release system resources allocated for you.

Start List At: OR Jump to record: **Record 7 out of 8**

TARR Status | ASSIGN Status | TDR | TTAB Status ***( Use the "Back" button of the Internet Browser to return to TESS)***

### Typed Drawing

| | |
|---|---|
| **Word Mark** | APEX |
| **Goods and Services** | IC 037. US 100 103 106. G & S: automotive repair and maintenance services. FIRST USE: 19240000. FIRST USE IN COMMERCE: 19240000<br><br>IC 042. US 100 101. G & S: retail automobile parts and accessories stores. FIRST USE: 19240000. FIRST USE IN COMMERCE: 19240000 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 74529131 |
| **Filing Date** | May 25, 1994 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | February 17, 1998 |
| **Registration Number** | **2155905** |
| **Registration Date** | May 12, 1998 |
| **Owner** | (REGISTRANT) Apex Incorporated CORPORATION RHODE ISLAND 100 Main Street Pawtucket RHODE ISLAND 02860<br><br>(LAST LISTED OWNER) APEX STORES, LLC CORPORATION RHODE ISLAND 100 MAIN STREET PAWTUCKET RHODE ISLAND 02860 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | JOHN E. OTTAVIANI |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Mar 19 04:11:06 EDT 2008*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

Logout Please logout when you are done to release system resources allocated for you.

Start List At: OR Jump to record: **Record 4 out of 8**

TARR Status | ASSIGN Status | TDR | TTAB Status ***( Use the "Back" button of the Internet Browser to return to TESS)***

### Typed Drawing

| | |
|---|---|
| **Word Mark** | APEX MALL |
| **Goods and Services** | IC 036. US 100 101 102. G & S: SHOPPING MALL SERVICES AND LEASING OF SHOPPING MALL SPACE. FIRST USE: 19660000. FIRST USE IN COMMERCE: 19660000 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75836787 |
| **Filing Date** | November 1, 1999 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | September 17, 2002 |
| **Registration Number** | 2657639 |
| **Registration Date** | December 10, 2002 |
| **Owner** | (REGISTRANT) Apex Stores LLC CORPORATION RHODE ISLAND 100 Main Street Pawtucket RHODE ISLAND 02860 |
| **Attorney of Record** | Lawrence R. Robins |
| **Prior Registrations** | 1847961 |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "MALL" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

United States Patent and Trademark Office



## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Mar 19 04:11:06 EDT 2008*



Logout Please logout when you are done to release system resources allocated for you.

Start List At: OR Jump to record: **Record 5 out of 8**

TARR Status | ASSIGN Status | TDR | TTAB Status ***( Use the "Back" button of the Internet Browser to return to TESS)***

### Typed Drawing

| | |
|---|---|
| **Word Mark** | APEX STORES |
| **Goods and Services** | IC 035. US 100 101 102. G & S: Retail store, mail order purchase and computerized on-line retail services, featuring, domestics, furniture, bedding, kitchenware, major appliances, small appliances, housewares, bathroom accessories, living room and bedroom accessories, table top accessories, flatware, power equipment, electronics, photography, jewelry, cosmetics, toys, giftware, music and video, gardening, handbags, sporting goods, clocks, luggage, home office, grills, clothing, men's and ladies' accessories, shoes, athletic footwear, novelties, food and Christmas items. FIRST USE: 19961101. FIRST USE IN COMMERCE: 19961101 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75781412 |
| **Filing Date** | August 23, 1999 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | January 23, 2001 |
| **Registration Number** | 2443933 |
| **Registration Date** | April 17, 2001 |
| **Owner** | (REGISTRANT) Apex Stores, LLC CORPORATION RHODE ISLAND 100 Main Street Pawtucket RHODE ISLAND 02860 |
| **Attorney of Record** | John E. Ottaviani |
| **Prior Registrations** | 1847961;2155905 |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "STORES" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |

| | |
|---|---|
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST
NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Mar 19 04:11:06 EDT 2008*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

Logout Please logout when you are done to release system resources allocated for you.

Start List At: OR Jump to record: **Record 6 out of 8**

TARR Status | ASSIGN Status | TDR | TTAB Status ***( Use the "Back" button of the Internet Browser to return to TESS)***

## Typed Drawing

| | |
|---|---|
| **Word Mark** | APEX ONLINE |
| **Goods and Services** | IC 035. US 100 101 102. G & S: Retail store, mail order purchase and computerized on-line retail services, featuring, domestics, furniture, bedding, kitchenware, major appliances, small appliances, housewares, bathroom accessories, living room and bedroom accessories, table top accessories, flatware, power equipment, electronics, photography, jewelry, cosmetics, toys, giftware, music and video, gardening, handbags, sporting goods, clocks, luggage, home office, grills, clothing, men' s and ladies' accessories, shoes, athletic footwear, novelties, food and Christmas items. FIRST USE: 19961101. FIRST USE IN COMMERCE: 19961101 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75781411 |
| **Filing Date** | August 23, 1999 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | May 29, 2001 |
| **Registration Number** | 2562812 |
| **Registration Date** | April 23, 2002 |
| **Owner** | (REGISTRANT) Apex Stores, LLC CORPORATION RHODE ISLAND 100 Main Street Pawtucket RHODE ISLAND 02860 |
| **Attorney of Record** | John E. Ottaviani |
| **Prior Registrations** | 1847961;2155905 |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "ONLINE" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |

| | |
|---|---|
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

---

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

---

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Mar 19 04:11:06 EDT 2008*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

Logout Please logout when you are done to release system resources allocated for you.

Start List At: OR Jump to record: **Record 3 out of 8**

TARR Status | ASSIGN Status | TDR | TTAB Status ***( Use the "Back" button of the Internet Browser to return to TESS)***

### Typed Drawing

| | |
|---|---|
| **Word Mark** | APEX ADVANTAGE |
| **Goods and Services** | IC 040. US 100 103 106. G & S: CUSTOM FINISHING AND EMBELLISHMENT OF PROMOTIONAL ITEMS, NAMELY, EMBROIDERY, EMBOSSING, ENGRAVING, CUSTOMIZED PRINTING, IMPRINTING, SCREEN PRINTING AND PAD PRINTING WITH COMPANY NAMES, LOGOS, MONOGRAMS, WORDS, AND/OR PICTURES FOR PROMOTIONAL AND ADVERTISING PURPOSES ON THE GOODS OF OTHERS, NAMELY, SPORTSWEAR, APPAREL AND OTHER PRODUCTS. FIRST USE: 19961201. FIRST USE IN COMMERCE: 20020901 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 78319107 |
| **Filing Date** | October 27, 2003 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | October 26, 2004 |
| **Registration Number** | 2918976 |
| **Registration Date** | January 18, 2005 |
| **Owner** | (REGISTRANT) Apex Stores, LLC LTD LIAB CO RHODE ISLAND 100 MAIN STREET PAWTUCKET RHODE ISLAND 02860 |
| **Attorney of Record** | JOHN E. OTTAVIANI |
| **Prior Registrations** | 1847961;1956407;2155905;2443933;2562812;2657639;AND OTHERS |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Mar 19 04:11:06 EDT 2008*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

Logout Please logout when you are done to release system resources allocated for you.

Start List At: OR Jump to record: **Record 1 out of 8**

TARR Status | ASSIGN Status | TDR | TTAB Status ***( Use the "Back" button of the Internet Browser to return to TESS)***

# APEX COMPANIES

| | |
|---|---|
| **Word Mark** | APEX COMPANIES |
| **Goods and Services** | IC 040. US 100 103 106. G & S: custom finishing and embellishment of promotional items, namely, embroidery, embossing, engraving, customized printing, imprinting, screen printing and pad printing with company names, logos, monograms, words, and/or pictures for promotional and advertising purposes on the goods of others, namely, sportswear, apparel and other products. FIRST USE: 20020901. FIRST USE IN COMMERCE: 20020901 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 78928036 |
| **Filing Date** | July 12, 2006 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | March 6, 2007 |
| **Registration Number** | 3244685 |
| **Registration Date** | May 22, 2007 |
| **Owner** | (REGISTRANT) Apex Stores, LLC LTD LIAB CO RHODE ISLAND 100 Main Street Pawtucket RHODE ISLAND 02860 |
| **Attorney of** | John E. Ottaviani |

| | |
|---|---|
| **Record** | |
| **Prior Registrations** | 2918976 |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "COMPANIES" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

---



---

**United States Patent and Trademark Office**



## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Mar 19 04:11:06 EDT 2008*



Logout Please logout when you are done to release system resources allocated for you.

Start List At: OR Jump to record: **Record 2 out of 8**

TARR Status | ASSIGN Status | TDR | TTAB Status ***( Use the "Back" button of the Internet Browser to return to TESS)***

# APEX COMPANIES

| | |
|---|---|
| **Word Mark** | APEX COMPANIES |
| **Goods and Services** | IC 035. US 100 101 102. G & S: Promoting the goods and services of others by placing advertisements and promotional displays in an electronic site accessed through computer networks; providing an on-line advertising guide featuring the goods and services of others; electronic retailing services and ordering services via computer featuring a wide variety of merchandise; Retail store and advertising services, featuring a wide variety of merchandise; arranging for others the repair, service and replacement of a wide variety of general merchandise and vehicles; retail automobile parts and accessories stores; retail store services featuring customer pick-up and/or payment of newly purchased or repaired merchandise; pick up and delivery services; business, advertising, marketing and management consulting services. FIRST USE: 20020901. FIRST USE IN COMMERCE: 20020901<br><br>IC 037. US 100 103 106. G & S: Automobile repair and maintenance. FIRST USE: 20020901. FIRST USE IN COMMERCE: 20020901 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 78928022 |
| **Filing Date** | July 12, 2006 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Owner** | (APPLICANT) Apex Stores, LLC LTD LIAB CO RHODE ISLAND 100 Main Street Pawtucket RHODE ISLAND 02860 |

| | |
|---|---|
| **Attorney of Record** | John E. Ottaviani |
| **Prior Registrations** | 1847961;2443933;2657639;2918976;AND OTHERS |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "COMPANIES" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

**United States Patent and Trademark Office**



## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Mar 27 04:10:42 EDT 2008*



Logout Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TARR Status | ASSIGN Status | TDR | TTAB Status ***( Use the "Back" button of the Internet Browser to return to TESS)***

APEX COMPANIES

| | |
|---|---|
| **Word Mark** | APEX COMPANIES |
| **Goods and Services** | IC 036. US 100 101 102. G & S: Shopping Mall services, namely leasing and management of shopping mall space; real estate management; financial services in the nature of investments and financing in the field of real estate, securities, debt, venture capital and loans. FIRST USE: 20020901. FIRST USE IN COMMERCE: 20020901<br><br>IC 037. US 100 103 106. G & S: Real estate development. FIRST USE: 20020901. FIRST USE IN COMMERCE: 20020901 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | **78928052** |
| **Filing Date** | July 12, 2006 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Owner** | (APPLICANT) Apex Stores, LLC LTD LIAB CO RHODE ISLAND 100 Main Street Pawtucket RHODE ISLAND 02860 |
| **Attorney of Record** | John E. Ottaviani |
| **Prior Registrations** | 1847961;2443933;2657639;2918976;AND OTHERS |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "COMPANIES" APART FROM THE |

| | |
|---|---|
| | MARK AS SHOWN |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# EXHIBIT 3