**COUNT THREE:**
**UNFAIR COMPETITION UNDER SECTION 43(a) OF THE LANHAM ACT, 15 U.S.C. § 1125(a)**

49. Plaintiffs repeat and re-allege each and every allegation of paragraphs 1 through 48 as though fully set forth herein.

50. Defendant's actions constitute unfair competition under 15 U.S.C. § 1125(a), by passing off its mark for that of Apex in a manner that is false, misleading, and misrepresents the nature, characteristics and qualities of defendant's services.

51. As a direct and proximate result of defendant's above-described actions, Apex has suffered and will continue to suffer damages in an amount presently unknown and to be ascertained at the time of trial.

**COUNT FOUR:**
**COMMON LAW UNFAIR COMPETITION**

52. Plaintiffs repeat and re-allege each and every allegation of paragraphs 1 through 51 as though fully set forth herein.

53. The above-described acts constitute unfair competition under the common law of the State of Rhode Island.

54. As a result of defendant's unfair competition, Apex has been damaged in an amount to be ascertained at trial.

**COUNT FIVE:**
**COMMON LAW SERVICE MARK INFRINGEMENT**

55. Plaintiffs repeat and re-allege the allegations set forth in paragraphs 1 through 54 of the Complaint as if set forth at length herein.

56. The above-described conduct of defendant constitutes a violation and infringement of the rights of plaintiff to and in the mark and name APEX at common law.

57. Plaintiff has been damaged by defendant's acts complained of, defendant has profited thereby, and unless defendant's conduct is preliminarily and permanently enjoined, plaintiff and its goodwill and reputation will suffer immediate, substantial and irreparable injury that cannot be adequately calculated and compensated in monetary damages.

## PRAYER FOR RELIEF

**WHEREFORE, Plaintiffs pray for an order of the Court:**

A. For a permanent injunction restraining 24 Hour Fitness its officers, directors, principals, agents, servants, employees, successors and assigns, and all individuals acting in concert or participation with it, from:

i) infringing Plaintiffs' trademark rights; and

ii) unfairly competing with Plaintiffs.

B. Directing 24 Hour Fitness to file with the Court and serve on counsel for Plaintiffs, within thirty days after entry of any injunction issued by the Court in this action, a sworn statement as provided in 15 U.S.C. § 1116 setting forth in detail the manner and form in which 24 Hour Fitness USA, Inc. has complied with the injunction;

C. Directing 24 Hour Fitness to account to Plaintiffs for any and all profits derived by 24 Hour Fitness from the sale of the Infringing Services bearing the Infringing Mark;

D. Awarding Plaintiffs a monetary judgment against 24 Hour Fitness for Plaintiffs' damages and 24 Hour Fitness's profits pursuant to 15 U.S.C. § 1117;

E. Trebling the amount of such award on account of 24 Hour Fitness 's willful, intentional, and bad faith conduct pursuant to 15 U.S.C. § 1117;

F. Awarding Plaintiffs their reasonable attorneys' fees, costs and disbursements incurred herein in view of 24 Hour Fitness's intentional and willful infringement, pursuant to 15 U.S.C. § 1117;

G. Ordering the cancellation of Defendant's Registration before the United States Patent and Trademark Office; and

H. Awarding Plaintiffs such other and further relief as the Court may deem just and proper.

APEX, LLC, APEX AT HOME, LLC

By Their Attorneys,

Raymond M. Ripple (#6489)
Heather A. Pierce (#7345)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, Rhode Island 02903
(401) 274-9200
(401) 276-6611 (Fax)

Dated: May 5, 2008

A

# EXHIBIT A
## The APEX Marks

| No. | Serial # | Registration # | Word Mark | Int'l Class/es | Goods/Services | Owner |
|---|---|---|---|---|---|---|
| 1 | 74430251 | 1847961 | APEX | 42 | Retail department store services. | Apex, LLC |
| 2 | 75781411 | 2562812 | APEX ONLINE | 35 | Retail store, mail order purchase and computerized on-line retail services, featuring, domestics, furniture, bedding, kitchenware, major appliances, small appliances, housewares, bathroom accessories, living room and bedroom accessories, table top accessories, flatware, power equipment, electronics, photography, jewelry, cosmetics, toys, giftware, music and video, gardening, handbags, sporting goods, clocks, luggage, home office, grills, clothing, men' s and ladies' accessories, shoes, athletic footwear, novelties, food and Christmas items. | Apex, LLC |
| 3 | 75781412 | 2443933 | APEX STORES | 35 | Retail store, mail order purchase and computerized on-line retail services, featuring, domestics, furniture, bedding, kitchenware, major appliances, small appliances, housewares, bathroom accessories, living room and bedroom accessories, table top accessories, flatware, power equipment, electronics, photography, jewelry, cosmetics, toys, giftware, music and video, gardening, handbags, sporting goods, clocks, luggage, home office, grills, clothing, men's and ladies' accessories, shoes, athletic footwear, novelties, food and Christmas items. | Apex, LLC |
| 4 | 78319107 | 2918976 | APEX ADVANTAGE | 40 | Custom finishing and embellishment of promotional items, namely, embroidery, embossing, engraving, customized printing, imprinting, screen printing and pad printing with company names, logos, monograms, words, and/or pictures for promotional and advertising purposes on the goods of others, namely, sportswear, apparel and other products. | Apex, LLC |

**EXHIBIT A**
**The APEX Marks**

| No. | Serial # | Registration # | Word Mark | Int'l Class/es | Goods/Services | Owner |
|---|---|---|---|---|---|---|
| 5 | 78928022 | N/A | APEX COMPANIES | 35 | Promoting the goods and services of others by placing advertisements and promotional displays in an electronic site accessed through computer networks; providing an on-line advertising guide featuring the goods and services of others; electronic retailing services and ordering services via computer featuring a wide variety of merchandise; Retail store and advertising services, featuring a wide variety of merchandise; arranging for others the repair, service and replacement of a wide variety of general merchandise and vehicles; retail automobile parts and accessories stores; retail store services featuring customer pick-up and/or payment of newly purchased or repaired merchandise; pick up and delivery services; business, advertising, marketing and management consulting services. | Apex, LLC |
| | | | | 37 | Automobile repair and maintenance. | |

apex Fitness Group™

you set the goal, we provide the path

search go

club finder

city

state go






products



Apex provides cutting-edge nutrition programs and products through health clubs to help you meet your fitness, health, and nutrition goals.

## Testimonials

**"I love to help others feel better"**

Sylvia Mendoza: I am so excited! I love the effects of Apex products. I have been exercising since I was 12 years old and have not stopped. While in college, I took a job as a fitness instructor for Jack LaLanne European Health Spas, which helped me to decide to study Kinesiology. Also, this is when I was introduced to advanced vitamin....

- Apex Champions (testimonials)

## Apex Education

Apex Fitness Professional Certification (Interactive CD-Rom). Find out more click here

## » eLearning CEC Courses

Our Continuing Education Credits are now online! Instead of having to wait for a workshop to come to your area, you can view the course of your choice online and go through it at your own pace. Our continuing education credits range from exercise and nutrition to a comprehensive analysis of the science behind supplementation. Apex gives trainers and fitness professionals a one-stop CEC resource! And now also available in a convenient online format!

For more information on the CEC...

## Introducing myapex!

Introducing myapex - the new home of the bodybugg™ and Apex To Your Door programs. Access both of your accounts from one place.

Visit myapex.com to get started.

myapex



**bodybugg™**




see it in action .... click here

bodybugg™
the world's most intelligent calorie management system

## Apex Featured Product

**Fit Multivitamin - Prenatal (120 count) New Formula!**



Nutritional support for before & during pregnancy. One-a-day, optimized formula for an active lifestyle.
- available to order now!

## Resources

- Resting Metabolic Rate
- Daily Calorie Needs
- Body Mass Index
- Calorie Burn Indicator
- Anatomy 101
- Nutrition FAQ
- Nutrition Articles
- Exercise FAQ
- Exercise Articles
- Exercise of The Day
- Special Exercise Programs

myapex you set the goal. we provide the path

home | nutrition store | fitness resources | bodybugg® | apex to your door | myapex account



Welcome to your complete nutrition resource.

**NEW! Iced Peanut Butter Brownie Delight**
featuring Reese's peanut butter chips.

Say goodbye to protein bars that taste like cardboard and *hello* to handmade brownies (with 13 grams of protein!). They taste so good you'll forget they're actually good for you.

**CHECK IT OUT!**




Username:

Password:

Remember Me Lost Password?



**DAILY Q&A**

**At what age does a person quit gaining muscle mass? I'm 62 years old and work out five days a week with 2 hours of cardio and another 1 to 1 1/2 hours lifting weights.**

All muscle gain depends on experience, genetics, and gender. A novice at any age can acquire muscle tissue. However, as a person ages, the amount of hormones the body produces lessens, making muscle gain slower and more difficult.

**Read More ▸**

**Miss a Day? ▸**
**Send us Your Questions ▸**



**TESTIMONIALS**

**Josh Thigpen: Two-time World's Strongest Man Competitor**

In preparation for the 2008 strongman season, I began stacking Apex products with my training regimen three months ago. The results have been amazing!

**Read More ▸**

**Other Testimonials ▸**
**Send us Your Story ▸**



**MONTHLY NEWSLETTER**

**Underreporting? Who, me? But I have a slow metabolism.**

**Read More ▸**

**Previous Newsletters ▸**








**RECIPE FINDER**

Looking for the perfect recipe to fit in with your diet? Find your ultimate recipe by using our recipe finder.

**Keyword:**

**Category:** Any category

**Calories:** Any calories

**Protein:** Any protein



Fat: Any fat

View All Recipes ▸
Submit Your Favorite Recipe ▸




F I T N E S S T O O L S

Get a better idea of how your body works using our free fitness tools.

Username:

Password:

Remember Me

myapex

Email myapex@apexfitness.com or call myapex support at 800/656.2739.

myapex and Apex To Your Door are brought to you by The Apex Fitness Group.

©Copyright 2007 Apex Fitness INC. All rights reserved.

Home | About Us | Contact Us

mydpex you set the goal we provide the path



# Sports Performance (MAX)

**Get More from your Workouts.** Apex MAX supplements are specifically formulated to promote the increase of m enhance workout performance, and aid muscles in recovering quickly from exercise.

**Purity & Potency are Guaranteed.** All Apex supplements are produced by Phoenix Labs, a manufacturer that op a pharmaceutical license and meets and exceeds all federal manufacturing standards.

## SPORTS PERFORMANCE (MAX) PRODUCTS



Anabolic Amino Xtreme



NO Xtreme



Volumizer



Creatine



L-Glutamine



Methoxybolic



Recovery



Protein



Workout

myapex you set the goal, we provide the path.

home | nutrition store | fitness resources | bodybugg® | apex to your door | m

Sports Performance (MAX) --> Workout --> MAX Workout



## MAX Workout

Drive Through Intense Workouts (with Caffeine & Ginseng).*

This unique formula supports energy metabolism. It is beneficial to exercise activity and designed to improve performance for both aerobic and anaerobi without water retention (as opposed to creatine).*

**Best suited for:**

Nutrition Facts

**Your Price: $25.95**

**Package Count:** 90/bottle

**SKU:** 1028

**QTY:** 1

- Experienced athletes (aerobic and anaerobic) seeking to improve per without water retention.
- Do not use if you experience adverse effects from stimulants.
- Do not mix with other stimulants.

**These statements have not been evaluated by the FDA. This product is not diagnose, treat, cure or prevent disease.*

myapex



# Bars, Cookies & Snacks

These delicious snacks and bars are perfect for calorie control and sound nutrition on the go. They're also ideal pr workout energy sources. All contain optimal, balanced macronutrients and are formulated to complement Apex su

## BARS, COOKIES & SNACKS PRODUCTS



100 Calories Sweet & Salty Crisps (100 calories)



Specialty Snacks (230 calories)



FIT Fruit Fuel Bars (200



Breakfast Squares (210 calories)




FIT Bars (210-220 calories)




FIX Cookies (160 cal




FIX Crisp Bars (150-160 calories)




FIT Soy Bars (160 calories)

mycapex you set the goal we provide the path

home | nutrition store | fitness resources | bodybugg® | apex to your door | m

Bars, Cookies & Snacks --> FIX Crisp Bars (150-160 calories) --> FIX Crisp Bars - Chocolate



## FIX Crisp Bars - Chocolate

FIX Crisp Bars are convenient, nutrient-rich meal replacements that are bes unable to eat a meal and/or before workouts. They can also be used to incre caloric intake when you're unable to consume whole foods. FIX Crisp Bars p ideal ratio of protein, carbohydrates and fat in a form that is easily digested assimilated by the body. Click here for more info on Fitness Fast Foods.

*A light, crispy energy quick fix.*

**calories 150** **carbs 23g**
**protein 9g** **fat 3.5g (0g trans fat)**
**fiber 3g** **calcium 10%** Daily Value

Nutrition Facts

**Your Price: $21.95**

**Package Count:** 12/box

**SKU:** 2023

**QTY:** 1

Best suited for:

- Anyone as
  - A meal substitute
  - An aid to satiety
  - An early morning pre-workout meal
  - A better dessert option
- An experienced exerciser
  - As a pre- and post-workout meal to enhance training and rec
  - Can be used during training

**It is not recommended that more than one-third of your total calories be s the form of meal replacement foods unless medically supervised. Consult yo before starting any diet.*

Home | About Us |

myapex you set the goal. we provide the path.

home | nutrition store | fitness resources | bodybugg® | apex to your door | m

Bars, Cookies & Snacks --> 100 Calories Sweet & Salty Crisps (100 calories) --> 100 Calories S Salty Crisps - Barbecue

## 100 Calories Sweet & Salty Crisps - Barbecue



Apex 100 Calorie products are portion-controlled, low-calorie snacks and are satiety aid between meals. Foods in this category are not usually nutritional but are designed to satisfy the urge to "cheat". Try our delicious Kettle Corn won't believe they're guilt-free!

The use of Apex 100 Calorie Snack Products with other Apex supplements sl total nutrient intakes to be within a safe and optimal range.

*65% Less Fat, 100% of the Flavor.*

Nutrition Facts

**calories 100**
**trans fat 0g** **saturated fat 0g**

**Your Price: $10.50**

**Package Count:** 6/box, 23g bags

**SKU:** 5017

**QTY:** 1

Best suited for anyone as:

- An addition to a meal
- A 100-calorie snack
- An aid to satiety
- A healthier alternative to regular potato chips

**Home** | **About Us** |

myapex — you set the goal. we provide the path






**It's here! The Iced Peanut Butter Brownie Delight**

This handmade brownie features real Reese's peanut butter chips . . . and it's so good you'll forget it's actually good for you.

**Order yours today!**










Multivitamins for the whole family as well as Gingko, Calcium, Vitamin C and more.

**View Products ▸**



Fat Burn and Appetite Control formulas can help you break through a plateau & reach your goals faster.

**View Products ▸**



Gain muscle & help your muscles recover more quickly with formulas like Creatine, Workout, Recovery and more.

**View Products ▸**



Versatile drink mixes and our popular Workout Shake offer nutrition and satiety pre- and post-workout.

**View Products ▸**



These delicious snacks, bars and protein cookies are perfect for calorie control and sound nutrition on the go.

**View Products ▸**



Coming soon!

**View Products ▸**



myapex you set the goal we provide the path

home | nutrition store | fitness resources | bodybugg® | apex to your door | m

Bars, Cookies & Snacks --> Specialty Snacks (230 calories) --> Iced Peanut Butter Brownie De



## Iced Peanut Butter Brownie Delight

**The Iced Peanut Butter Brownie Delight is hand made using real Ree Butter. Each brownie is nutrient rich and contains more protein than** They are best used when unable to eat a meal and/or before workouts. The used to increase daily caloric intake when unable to do so by consuming wh These brownies make a satisfying, nutritious dessert. Because of their conve nutrition, and great taste, they are an optimal meal replacement or supplem

**Iced Peanut Butter Brownie Delight**
**This high protein brownie supports optimal health with a perfect ble essential nutrients.**

Nutrition Facts

**calories 240** **carbs 28g**
**protein 13g** **fat 8g (0g trans fat)**

**Your Price: $30.00**

**Package Count:** 12 brownies/box

**SKU:** 4023

**QTY:** 1

Best suited for:

- Anyone as
  - A better dessert option
  - A meal substitute
  - An aid to satiety
  - An early morning pre-workout meal*
- An experienced exerciser
  - As a pre- and post-workout meal to enhance training and reco
  - Can be used during training

*It is not recommended that more than one-third of your total calories be su the form of meal replacement foods unless medically supervised. Consult yo before starting any diet.

**Home | About Us |**

## Optimal Health (FIT)

**Purity & Potency are Guaranteed.**
Apex formulas are based on the latest scientific data and are produced under strict pharmaceutical manufacturing
Our Multivitamin & Mineral supplements meet the different nutrient needs of individuals based on age, gender and
they also account for nutrients obtained through food by the average person. Each FIT Multivitamin & Mineral form
basic antioxidant needs.

All other supplements in the Apex line are intended to work in conjunction with FIT Multivitamin & Mineral formula
assures that you remain in a safe and optimal range of nutrient intake at all times.

### OPTIMAL HEALTH (FIT) PRODUCTS



Multivitamin



Advanced Calcium



General Health



Vitamin C



Super Antioxidant



Joint Support



Gingko



Premenstrual Formula



Nutrition Facts

**Your Price: $7.95**

**Package Count:** 60/bottle

**SKU:** 1026

**QTY:** 1

buy it now

## FIT Multivitamin - Children's Chewables

*Customized Formula for Growing Children.**

Over 90 percent of American children do not consume enough of some of th needed for optimal health. A daily multivitamin and mineral formula can hel children get the nutrients they need. The Apex Children's Chewable Multivit Mineral Formula is designed specifically for children.*

**Why An Apex Multivitamin?**

Apex multivitamin formulas are:

- formulated for the nutrient needs of an active lifestyle.
- based on the latest scientific research, not marketing hype.
- manufactured in a pharmaceutically registered facility (guarantees p potency).
- contain a controlled release system for optimal nutrient absorption.*

**Best suited for:** Active children between the ages of 2-12.

**Key Benefits:** Customized formula for growing children.*

**These statements have not been evaluated by the FDA. This product is no diagnose, treat, cure or prevent disease.*

# EXHIBIT 3

EDWARDS ANGELL PALMER & DODGE LLP

2800 Financial Plaza Providence, RI 02903 401.274.9200 *fax* 401.276.6611 eapdlaw.com

F.D.R. Station
P.O. Box 130
New York, NY 10150

**John E. Ottaviani**
Phone: (401) 276-6405
*Direct Fax: (888) 325.9049*
jottaviani@eapdlaw.com

**CERTIFIED MAIL – RETURN RECEIPT REQUESTED**

November 1, 2007

24-Hour Fitness USA, Inc.
12647 Alcosta Boulevard
Suite 500
San Ramon, CA 94583

Attention: President

RE: **Apex Stores, LLC v. 24-Hour Fitness USA, Inc.**
**Cancellation Proceeding before the Trademark Trial and Appeal Board**

Ladies and Gentlemen:

I am enclosing a copy of a Petition for Cancellation that was filed against your company in the United States Patent and Trademark Office's Trademark Trial and Appeal Board today. The Petition requests cancellation of Registration No. 2,701,627 for the mark APEX TRAINING SYSTEM; Registration No. 2,703,428 for the mark APEX FITNESS GROUP and Registration No. 2,036,205 for the mark APEX, all as they relate to services in Class 35. The Patent and Trademark Office rules require that we serve a copy of this Petition on you as the owner of record of this registration.

Should you wish to speak directly with our client, please contact Mr. Andrew Gates at (401) 729-7200, ext. 7201.

Otherwise, you and your attorneys should be aware that an answer to this Petition for Cancellation should be filed with the Trademark Trial and Appeal Board within forty (40) days.

Very truly yours,

John E. Ottaviani

Enclosure

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

In the matter of Registration No. 2,701,627
Date of Issue: April 1, 2003

In the matter of Registration No. 2,703,428
Date of Issue: April 8, 2003

In the matter of Registration No. 2,936,205
Date of Issue: March 29, 2005

| | | |
|---|---|---|
| **APEX STORES, LLC** **Petitioner** | ) | |
| v. | ) | **Cancellation No.:** |
| **24 HOUR FITNESS USA, INC.** **Registrant** | ) | |

**CONSOLIDATED PETITION FOR CANCELLATION**

Apex Stores, LLC, a limited liability company organized and existing under the laws of the State of Rhode Island, having a business address of 100 Main Street, Pawtucket, Rhode Island 02860 ("Apex"), believes that it will be damaged by Registration No. 2,703,428 for the mark APEX FITNESS GROUP (and design) and Registration No. 2,701,627 for the mark APEX TRAINING SYSTEM (and design) as they relate to services in Class 35, namely distributorships featuring vitamins and fitness programs in the form of licensed software, videotapes, and printed information, and by Registration No. 2,936,205 for the mark APEX (in stylized form) as it relates to services in Class 35, namely distributorship featuring vitamins and fitness programs, and hereby petitions to cancel the registrations of the said marks for these services.

As grounds for this Petition, Apex avers that:

**Apex and its Marks**

1. Since at least as early as 1924, Apex and its predecessors have used the mark "APEX" and other marks incorporating the word "APEX" on and in connection with various manufacturing, wholesale, retail, on-line retail, commercial and residential real estate development, real estate management and advertising businesses.

2. Apex is the owner of common law rights in the marks APEX, APEX ONLINE and APEX STORES, as a result of the continuous use of the APEX mark since at least as early as 1924 in connection with automotive repair and maintenance services and retail automobile parts and accessories store services, as a result of its continuous use of the APEX mark since at least as early as September 1942 for retail department store services, and as a result of its continuous use of the APEX ONLINE and APEX STORES marks since at least as early as November 1996 in connection with retail store, mail order purchase and computerized online retail services.

3. Apex owns the following U.S. registrations for its trademarks and service marks, among others:

| Mark | Registration No. | Issue Date | Goods and Services |
|---|---|---|---|
| APEX | 1,847,961 | 8/2/1994 | Retail department store services (Class 42) |
| APEX | 2,155,905 | 5/12/1998 | Automotive repair and maintenance (Class 37); retail automobile parts and accessories stores (Class 42) |
| APEX ONLINE | 2,562,812 | 4/23/2002 | Retail store, mail order purchase and computerized online retail services, featuring, domestics, furniture, bedding, kitchenware, major appliances, small appliances, house wares, bathroom accessories, living room and bedroom accessories, table top accessories, flatware, power |

| Mark | Registration No. | Issue Date | Goods and Services |
|---|---|---|---|
| | | | equipment, electronics, photography, jewelry, cosmetics, toys, giftware, music and video, gardening, handbags, sporting goods, clocks, luggage, home office, grills, clothing, men's and ladies' accessories, shores athletic foot wear, novelties, food and Christmas items (Class 35) |
| APEX MALL | 2,657,639 | 12/10/2002 | Shopping mall services and leasing of shopping mall space (Class 36) |
| APEX STORES | 2,443,933 | 4/17/2001 | Retail store, mail order purchase and computerized online retail services, featuring, domestics, furniture, bedding, kitchenware, major appliances, small appliances, house wares, bathroom accessories, living room and bedroom accessories, table top accessories, flatware, power equipment, electronics, photography, jewelry, cosmetics, toys, giftware, music and video, gardening, handbags, sporting goods, clocks, luggage, home office, grills, clothing, men's and ladies' accessories, shores athletic foot wear, novelties, food and Christmas items (Class 35) |
| APEX ADVANTAGE | 2,918,976 | 1/18/2005 | Custom finishing and embellishment of promotional items, namely, embroidery, embossing, engraving customized printing, imprinting, screen printing and pad printing with company names, logos, monograms, words and/or pictures for promotional and advertising purposes on the goods of others, namely, sportswear, apparel and other products (Class 40) |
| APEX COMPANIES | 3,244,685 | 5/22/2007 | Custom finishing and embellishment of promotional items, namely, embroidery, embossing, engraving customized printing, imprinting, screen printing and pad printing with |

| Mark | Registration No. | Issue Date | Goods and Services |
|---|---|---|---|
| | | | company names, logos, monograms, words and/or pictures for promotional and advertising purposes on the goods of others, namely, sportswear, apparel and other products (Class 40) |

Current printouts of information from the TARR electronic database records of the U.S. Patent and Trademark Office showing the current status and title of each registration are attached to this Petition as Exhibits "A" through "G" respectively.

4. Registration No. 1,847,961 for the mark APEX has been renewed pursuant to the provisions of the Lanham Act, and is incontestable.

5. Registration No. 2,155,905 for the mark APEX, Registration No. 2,562,812 for the mark APEX ONLINE and Registration No. 2,443,933 for the mark APEX STORES are incontestable.

6. Apex is the owner of U.S. Application Serial No. 78/928022 to register APEX COMPANIES as a service mark for the following services: "promoting the goods and services of others by placing advertisements and promotional displays in an electronic site accessed through computer networks; providing an on-line advertising guide featuring the goods and services of others; electronic retailing services and ordering services via computer featuring a wide variety of merchandise; Retail store and advertising services, featuring a wide variety of merchandise; arranging for others the repair, service and replacement of a wide variety of general merchandise and vehicles; retail automobile parts and accessories stores; retail store services featuring customer pick-up and/or payment of newly purchased or repaired merchandise; pick up

and delivery services; business, advertising, marketing and management consulting services" in Class 35; and for "automobile repair and maintenance" in Class 37.

**Registrant and its Marks**

7. Upon information and belief, 24 Hour Fitness USA, Inc. ("Registrant") is a California corporation with offices at 12647 Alcosta Boulevard, Suite 500, San Ramon, California 94583.

8. Registrant is the record owner of the following U.S. Trademark Registration for the mark APEX TRAINING SYSTEM (and design):

| Registration No. | Issue Date | Goods and Services |
|---|---|---|
| 2,701,627 | 4/1/2003 | Distributorships featuring vitamins and fitness programs in the form of licensed software, videotapes, and printed information |

9. Registrant is the record owner of the following U.S. Trademark Registration for the mark APEX FITNESS GROUP (and design):

| Registration No. | Issue Date | Goods and Services |
|---|---|---|
| 2,703,428 | 4/8/2003 | Distributorships featuring vitamins and fitness programs in the form of licensed software, videotapes, and printed information (Class 35) |

10. Registrant is the record owner of the following U.S. Trademark Registration for the mark APEX (stylized):

| Registration No. | Issue Date | Goods and Services |
|---|---|---|
| 2,036,205 | 3/29/2005 | Distributorships featuring vitamins and fitness programs (Class 35), and various other services in five other classes. |

## COUNT I: LIKELIHOOD OF CONFUSION

11. Apex repeats and incorporates herein by reference the averments in the preceding paragraphs.

12. Registrant's APEX FITNESS GROUP, APEX TRAINING SYSTEM and APEX marks are very similar in appearance and commercial impression to Apex's APEX, APEX ONLINE and APEX STORES marks.

13. The distributorship services listed in Registration No. 2,701,627, Registration No. 2,703,428 and Registration No. 2,936,205 are closely related to those of Apex, in particular, to Apex's retail store, mail order purchase and computerized online retail services.

14. On information and belief, Apex is the prior user of the APEX mark. Apex began using APEX in connection with retail department store services at least as early as September 1942, and began using APEX ONLINE and APEX STORES in connection with retail store, mail order purchase and computerized online retail services at least as early as November 1996. Registrant's registrations state that Registrant first used its APEX TRAINING SYSTEM and APEX FITNESS GROUP marks for distributorships featuring vitamins and fitness programs in the form of licensed software, videotapes and printed information on June 1, 1999, and that Registrant first used its APEX mark for distributorships featuring vitamins and fitness programs on July 1, 2003. Consequently, Registrant's date of first use for each of these marks is subsequent to Apex's actual date of first use of its APEX, APEX ONLINE and APEX STORES mark for the identical or closely related services.

15. Apex has expended considerable effort and expense in promoting its APEX, APEX ONLINE and APEX STORES service marks and the goods and the services sold under

such marks, with the result that the purchasing public has come to know, rely upon and recognize the products and services of Apex by such marks.

16. Registrant's APEX TRAINING SYSTEM, APEX FITNESS GROUP and APEX service marks are confusingly similar to Apex's APEX, APEX ONLINE and APEX STORES service marks and are likely to cause confusion, deception or mistake to Apex's irreparable damage and injury, in violation of Section 2(d) of the Lanham Act, 15 USC §1052(d).

17. If Registrant is permitted to retain the registrations sought to be cancelled, and thereby the prima facie exclusive right to use in commerce the APEX TRAINING SYSTEM, APEX FITNESS GROUP and APEX mark on the identical or closely related services offered by Apex, a cloud will be placed on Apex's title to its trademarks, APEX, APEX ONLINE and APEX STORES and Apex's right to enjoy the full and exclusive use of the APEX, APEX ONLINE and APEX STORES marks in the United States in connection with the promotion of its services.

18. If Registrant is permitted to retain the registrations sought to be cancelled, Apex has been advised by the U.S. Patent and Trademark Office that Apex's pending application Serial No. 78/928022 to register the service mark APEX COMPANIES as a service mark for its services may be refused.

## COUNT II: DILUTION

18. Apex repeats and incorporates herein reference the averments in the preceding paragraphs.

19. Apex is damaged and will continue to be damaged because Registrant's continued use and registration of the APEX TRAINING SYSTEM, APEX FITNESS GROUP and APEX marks dilute the distinctive quality of Apex's APEX, APEX STORES and APEX ONLINE service marks.

## PRAYER FOR RELIEF

WHEREFORE, Apex respectfully requests that Registration No. 2,701,627, Registration No. 2,703,428 and Registration No. 2,936,205 be cancelled as they relate to services in Class 35.

The filing fee of $[900] for this Petition to Cancel is being submitted electronically with this Petition.

Apex hereby appoints John E. Ottaviani, of the law firm of Edwards Angell Palmer & Dodge LLP, a member of the bars of the State of Rhode Island and the Commonwealth of Massachusetts, as its attorney with full power of substitution and revocation, to prosecute this cancellation proceeding, and to transact all business in the U.S. Patent and Trademark Office in connection herewith.

APEX STORES, LLC

By: [signature]
Andrew A. Gates, Manager

Dated: October 31, 2007