STATE OF RHODE ISLAND

COUNTY OF PROVIDENCE

Andrew A. Gates, hereby duly sworn, deposes and says that he is a Manager of Apex Stores, LLC and is authorized to execute this document on behalf of said corporation; that he has read and signed the same and knows the contents thereof, and the same is true of his own knowledge, except as to the matters therein stated to be alleged upon information and belief, and as to those matters, he believes them to be true.

Andrew A. Gates, Manager

Subscribed and sworn to, before me this 31st day of October, 2007.

Notary Public ID# 48663

My commission expires: 9-6-2009

KARIN B. CHIEFFALLO
Notary Public, State of Rhode Island
My Commission Expires Sept. 6, 2009

**'hank you for your request. Here are the latest results from the TARR web server.**

**'his page was generated by the TARR system on** 2007-10-15 15:56:09 ET

**erial Number:** 74430251 Assignment Information Trademark Document Retrieval

**.egistration Number:** 1847961

**Iark (words only):** APEX

**tandard Character claim:** No

**'urrent Status:** This registration has been renewed.

**ate of Status:** 2004-09-16

**iling Date:** 1993-08-27

**'ransformed into a National Application:** No

**.egistration Date:** 1994-08-02

**.egister:** Principal

**aw Office Assigned:** LAW OFFICE 3

**'you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark ssistance Center at** TrademarkAssistanceCenter@uspto.gov

**urrent Location:** 900 -File Repository (Franconia)

**ate In Location:** 2004-09-20

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

APEX STORES, LLC

**ddress:**
PEX STORES, LLC
)0 MAIN STREET
\WTUCKET, RI 02860
nited States
**:gal Entity Type:** Ltd Liab Co
**ate or Country Where Organized:** Rhode Island

---

## GOODS AND/OR SERVICES

**.ternational Class:** 042
**lass Status:** Active

etail department store services
**}asis:** 1(a)
**'irst Use Date:** 1942-09-00
**'irst Use in Commerce Date:** 1942-09-00

## ADDITIONAL INFORMATION

NOT AVAILABLE)

## MADRID PROTOCOL INFORMATION

NOT AVAILABLE)

## PROSECUTION HISTORY

004-09-16 - First renewal 10 year

004-09-16 - Section 8 (10-year) accepted/ Section 9 granted

004-07-22 - Combined Section 8 (10-year)/Section 9 filed

004-07-22 - TEAS Section 8 & 9 Received

004-01-26 - TEAS Change Of Correspondence Received

003-08-28 - TEAS Change Of Correspondence Received

000-10-17 - Section 8 (6-year) accepted & Section 15 acknowledged

000-06-30 - Section 8 (6-year) and Section 15 Filed

994-08-02 - Registered - Principal Register

994-05-10 - Published for opposition

994-04-08 - Notice of publication

994-01-18 - Approved for Pub - Principal Register (Initial exam)

994-01-06 - Examiner's amendment mailed

994-01-04 - Assigned To Examiner

993-12-22 - Assigned To Examiner

## ATTORNEY/CORRESPONDENT INFORMATION

**ttorney of Record**

OHN E. OTTAVIANI,

**orrespondent**

OHN E. OTTAVIANI,
DWARDS & ANGELL, LLP
O BOX 55874
OSTON MA 02205
hone Number: 401-274-9200
ax Number: 401-276-6611

---

United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Assignments on the Web > Trademark Query

# Trademark Assignment Abstract of Title

**Total Assignments: 1**

**Serial #:** 74430251 **Filing Dt:** 08/27/1993 **Reg #:** 1847961 **Reg. Dt:** 08/02/1994

**Registrant:** Apex Incorporated

**Mark:** APEX

**Assignment: 1**

**Reel/Frame:** 2110/0428 **Received:** 07/28/2000 **Recorded:** 07/03/2000 **Pages:** 4

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Assignor:** APEX INCORPORATED **Exec Dt:** 06/08/2000

**Entity Type:** CORPORATION

**Citizenship:** RHODE ISLAND

**Assignee:** APEX STORES, LLC

100 MAIN STREET

PAWTUCKET, RHODE ISLAND 02860

**Entity Type:** CORPORATION

**Citizenship:** RHODE ISLAND

**Correspondent:** HINCKLEY, ALLEN & SNYDER LLP

LAWRENCE R. ROBINS

28 STATE STREET

BOSTON, MA 02109

Search Results as of: 10/15/2007 03:55 PM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.0.1

Web interface last modified: April 20, 2007 v.2.0.1

| .HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

**'hank you for your request. Here are the latest results from the TARR web server.**

**'his page was generated by the TARR system on** 2007-10-15 15:56:41 ET

**erial Number:** 74529131 Assignment Information Trademark Document Retrieval

**tegistration Number:** 2155905

**lark (words only):** APEX

**tandard Character claim:** No

**'urrent Status:** Section 8 and 15 affidavits have been accepted and acknowledged.

**'ate of Status:** 2004-06-02

**iling Date:** 1994-05-25

**ransformed into a National Application:** No

**egistration Date:** 1998-05-12

**egister:** Principal

**aw Office Assigned:** LAW OFFICE 106

**'you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark ssistance Center at TrademarkAssistanceCenter@uspto.gov**

**urrent Location:** 900 -File Repository (Franconia)

**ate In Location:** 2004-06-04

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

---

APEX STORES, LLC

**ddress:**
PEX STORES, LLC
)0 MAIN STREET
\WTUCKET, RI 02860
nited States
**:gal Entity Type:** Corporation
**ate or Country of Incorporation:** Rhode Island

---

## GOODS AND/OR SERVICES

---

**ternational Class:** 037
**lass Status:** Active

utomotive repair and maintenance services
**:asis:** 1(a)
**'irst Use Date:** 1924-00-00
**'irst Use in Commerce Date:** 1924-00-00

**nternational Class:** 042
**:lass Status:** Active
:tail automobile parts and accessories stores
**:asis:** 1(a)
**'irst Use Date:** 1924-00-00
**'irst Use in Commerce Date:** 1924-00-00

## ADDITIONAL INFORMATION

NOT AVAILABLE)

## MADRID PROTOCOL INFORMATION

NOT AVAILABLE)

## PROSECUTION HISTORY

)04-06-02 - Section 8 (6-year) accepted & Section 15 acknowledged

)04-05-12 - Response received for Post Registration action

)04-05-12 - Section 8 (6-year) and Section 15 Filed

)04-05-12 - TEAS Response to Office Action Received

)04-05-12 - TEAS Section 8 & 15 Received

)04-02-17 - Post Registration action mailed Section 8 & 15

)04-01-26 - TEAS Change Of Correspondence Received

)03-12-15 - Section 8 (6-year) and Section 15 Filed

)03-12-15 - TEAS Section 8 & 15 Received

)03-08-28 - TEAS Change Of Correspondence Received

'98-05-12 - Registered - Principal Register

'98-02-17 - Published for opposition

'98-02-17 - Published for opposition

98-01-16 - Notice of publication

997-12-10 - Approved for Pub - Principal Register (Initial exam)

997-08-11 - Communication received from applicant

996-12-04 - Letter of suspension mailed

996-10-28 - Communication received from applicant

996-04-25 - Final refusal mailed

995-12-14 - Communication received from applicant

995-07-15 - Letter of suspension mailed

995-07-13 - Assigned To Examiner

)95-05-14 - Communication received from applicant

)94-11-17 - Non-final action mailed

)94-10-19 - Assigned To Examiner

)94-10-17 - Assigned To Examiner

)94-10-17 - Assigned To Examiner

## ATTORNEY/CORRESPONDENT INFORMATION

**ttorney of Record**
)HN E. OTTAVIANI

**orrespondent**
)HN E. OTTAVIANI
DWARDS & ANGELL, LLP
) BOX 55874
)STON MA 02205
ione Number: 401-274-9200
ιx Number: 401-276-6611

United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Assignments on the Web > Trademark Query

# Trademark Assignment Abstract of Title

**Total Assignments: 1**

**Serial #:** 74529131 **Filing Dt:** 05/25/1994 **Reg #:** 2155905 **Reg. Dt:** 05/12/1998

**Registrant:** Apex Incorporated

**Mark:** APEX

**Assignment: 1**

**Reel/Frame:** 2110/0428 **Received:** 07/28/2000 **Recorded:** 07/03/2000 **Pages:** 4

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Assignor:** APEX INCORPORATED **Exec Dt:** 06/08/2000

**Entity Type:** CORPORATION

**Citizenship:** RHODE ISLAND

**Assignee:** APEX STORES, LLC

100 MAIN STREET

PAWTUCKET, RHODE ISLAND 02860

**Entity Type:** CORPORATION

**Citizenship:** RHODE ISLAND

**Correspondent:** HINCKLEY, ALLEN & SNYDER LLP

LAWRENCE R. ROBINS

28 STATE STREET

BOSTON, MA 02109

Search Results as of: 10/15/2007 03:56 PM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.0.1

Web interface last modified: April 20, 2007 v.2.0.1

| .HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

**:hank you for your request. Here are the latest results from the TARR web server.**

**:his page was generated by the TARR system on** 2007-10-15 15:57:05 ET

**:erial Number:** 75781411 Assignment Information Trademark Document Retrieval

**:egistration Number:** 2562812

**/lark (words only):** APEX ONLINE

**:tandard Character claim:** No

**:urrent Status:** Section 8 and 15 affidavits have been accepted and acknowledged.

**:ate of Status:** 2007-09-13

**:iling Date:** 1999-08-23

**:ransformed into a National Application:** No

**:egistration Date:** 2002-04-23

**:egister:** Principal

**.aw Office Assigned:** LAW OFFICE 103

**f you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark .ssistance Center at TrademarkAssistanceCenter@uspto.gov**

**:urrent Location:** 830 -Post Registration

**:ate In Location:** 2007-09-13

---

**LAST APPLICANT(S)/OWNER(S) OF RECORD**

---

. Apex Stores, LLC

**.ddress:**
.pex Stores, LLC
00 Main Street
awtucket, RI 02860
:nited States
**egal Entity Type:** Corporation
**tate or Country of Incorporation:** Rhode Island

---

**GOODS AND/OR SERVICES**

---

**:ternational Class:** 035
**:lass Status:** Active

<sup></sup>:etail store, mail order purchase and computerized on-line retail services, featuring, domestics, furniture, bedding, :itchenware, major appliances, small appliances, housewares, bathroom accessories, living room and bedroom .ccessories, table top accessories, flatware, power equipment, electronics, photography, jewelry, cosmetics, toys, ;iftware, music and video, gardening, handbags, sporting goods, clocks, luggage, home office, grills, clothing, men' s nd ladies' accessories, shoes, athletic footwear, novelties, food and Christmas items

**}asis:** 1(a)

**'irst Use Date:** 1996-11-01

**'irst Use in Commerce Date:** 1996-11-01

## ADDITIONAL INFORMATION

**)isclaimer:** "ONLINE"

**'rior Registration Number(s):**
847961
155905

## MADRID PROTOCOL INFORMATION

NOT AVAILABLE)

## PROSECUTION HISTORY

007-09-13 - Section 8 (6-year) accepted & Section 15 acknowledged

007-09-12 - Assigned To Paralegal

007-08-28 - Section 8 (6-year) and Section 15 Filed

007-08-28 - TEAS Section 8 & 15 Received

007-05-04 - Case File In TICRS

)04-01-26 - TEAS Change Of Correspondence Received

)03-08-28 - TEAS Change Of Correspondence Received

)02-04-23 - Registered - Principal Register

)01-06-28 - Extension Of Time To Oppose Received

)01-05-29 - Published for opposition

)01-05-16 - Notice of publication

)01-01-29 - Approved for Pub - Principal Register (Initial exam)

)00-07-25 - Letter of suspension mailed

2000-06-30 - Communication received from applicant

2000-01-31 - Non-final action mailed

2000-01-19 - Assigned To Examiner

---

## ATTORNEY/CORRESPONDENT INFORMATION

---

**Attorney of Record**
John E. Ottaviani

**Correspondent**
John E. Ottaviani
Edwards Angell Palmer & Dodge LLP
P.O. Box 130
F.D.R. Station
New York NY 10150
Phone Number: 401-274-9200
Fax Number: 401-276-6611

---

United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Assignments on the Web > Trademark Query

# No assignment has been recorded at the USPTO

## For Serial Number: 75781411

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.0.1
Web interface last modified: April 20, 2007 v.2.0.1

| .HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

EXHIBIT "D"

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2007-10-15 15:57:28 ET

**Serial Number:** 75836787 Assignment Information Trademark Document Retrieval

**Registration Number:** 2657639

**Mark (words only):** APEX MALL

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2002-12-10

**Filing Date:** 1999-11-01

**Transformed into a National Application:** No

**Registration Date:** 2002-12-10

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 103

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2003-01-28

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

. Apex Stores LLC

**Address:**
Apex Stores LLC
00 Main Street
Pawtucket, RI 02860
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Rhode Island

---

## GOODS AND/OR SERVICES

**International Class:** 036
**Class Status:** Active

HOPPING MALL SERVICES AND LEASING OF SHOPPING MALL SPACE
**;asis:** 1(a)
**'irst Use Date:** 1966-00-00
**'irst Use in Commerce Date:** 1966-00-00

## ADDITIONAL INFORMATION

**isclaimer:** "MALL"

**'rior Registration Number(s):**
847961

## MADRID PROTOCOL INFORMATION

NOT AVAILABLE)

## PROSECUTION HISTORY

)04-01-26 - TEAS Change Of Correspondence Received

)03-08-28 - TEAS Change Of Correspondence Received

)02-12-10 - Registered - Principal Register

)02-09-17 - Published for opposition

)02-08-28 - Notice of publication

)02-05-14 - Approved for Pub - Principal Register (Initial exam)

)02-05-09 - Examiner's amendment mailed

)02-04-01 - Communication received from applicant

)02-04-01 - PAPER RECEIVED

)01-10-09 - Non-final action mailed

)00-10-27 - Letter of suspension mailed

)00-10-25 - Assigned To Examiner

)00-09-15 - Communication received from applicant

)00-03-14 - Non-final action mailed

)00-03-09 - Assigned To Examiner

)00-03-08 - Assigned To Examiner

## ATTORNEY/CORRESPONDENT INFORMATION

**ttorney of Record**
awrence R. Robins

**orrespondent**
OHN E. OTTAVIANI, ESQ.
DWARDS & ANGELL, LLP
O BOX 55874
OSTON MA 02205
hone Number: 401-274-9200
ax Number: 401-276-6611

United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Assignments on the Web > Trademark Query

# No assignment has been recorded at the USPTO

## For Serial Number: 75836787

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.0.1
Web interface last modified: April 20, 2007 v.2.0.1

| .HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

'hank you for your request. Here are the latest results from the TARR web server.

'his page was generated by the TARR system on 2007-10-15 15:57:52 ET

ierial Number: 75781412 Assignment Information Trademark Document Retrieval

Registration Number: 2443933

Mark (words only): APEX STORES

tandard Character claim: No

'urrent Status: Section 8 and 15 affidavits have been accepted and acknowledged.

)ate of Status: 2007-05-21

'iling Date: 1999-08-23

'ransformed into a National Application: No

Registration Date: 2001-04-17

Register: Principal

.aw Office Assigned: LAW OFFICE 103

f you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark .ssistance Center at TrademarkAssistanceCenter@uspto.gov

'urrent Location: 830 -Post Registration

'ate In Location: 2007-05-21

## LAST APPLICANT(S)/OWNER(S) OF RECORD

Apex Stores, LLC

ddress:
pex Stores, LLC
)0 Main Street
ıwtucket, RI 02860
nited States
egal Entity Type: Corporation
tate or Country of Incorporation: Rhode Island

## GOODS AND/OR SERVICES

nternational Class: 035
lass Status: Active

ˌetail store, mail order purchase and computerized on-line retail services, featuring, domestics, furniture, bedding, itchenware, major appliances, small appliances, housewares, bathroom accessories, living room and bedroom ccessories, table top accessories, flatware, power equipment, electronics, photography, jewelry, cosmetics, toys, iftware, music and video, gardening, handbags, sporting goods, clocks, luggage, home office, grills, clothing, men's nd ladies' accessories, shoes, athletic footwear, novelties, food and Christmas items

**;asis:** 1(a)

**'irst Use Date:** 1996-11-01

**'irst Use in Commerce Date:** 1996-11-01

## ADDITIONAL INFORMATION

**)isclaimer:** "STORES"

**'rior Registration Number(s):**

847961

155905

## MADRID PROTOCOL INFORMATION

NOT AVAILABLE)

## PROSECUTION HISTORY

007-05-21 - Section 8 (6-year) accepted & Section 15 acknowledged

)07-05-15 - Assigned To Paralegal

)07-04-17 - Section 8 (6-year) and Section 15 Filed

)07-04-17 - TEAS Section 8 & 15 Received

)06-11-21 - Case File In TICRS

)04-01-26 - TEAS Change Of Correspondence Received

)03-08-28 - TEAS Change Of Correspondence Received

)01-04-17 - Registered - Principal Register

)01-01-23 - Published for opposition

)00-12-22 - Notice of publication

)00-11-08 - Approved for Pub - Principal Register (Initial exam)

)00-11-08 - Assigned To Examiner

)00-07-25 - Letter of suspension mailed

000-06-30 - Communication received from applicant

000-01-31 - Non-final action mailed

000-01-19 - Assigned To Examiner

---

## ATTORNEY/CORRESPONDENT INFORMATION

---

**.ttorney of Record**
ohn E. Ottaviani

**Correspondent**
ohn E. Ottaviani
dwards Angell Palmer & Dodge LLP
.O. Box 130
.D.R. Station
lew York NY 10150
hone Number: 401-274-9200
ax Number: 401-276-6611

---

United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Assignments on the Web > Trademark Query

# No assignment has been recorded at the USPTO

## For Serial Number: 75781412

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.0.1
Web interface last modified: April 20, 2007 v.2.0.1

| .HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

EXHIBIT "F"



**'hank you for your request. Here are the latest results from the TARR web server.**

**'his page was generated by the TARR system on** 2007-10-15 15:58:19 ET

**erial Number:** 78319107 Assignment Information Trademark Document Retrieval

**:egistration Number:** 2918976

**1ark (words only):** APEX ADVANTAGE

**tandard Character claim:** No

**:urrent Status:** Registered.

**ıate of Status:** 2005-01-18

**iling Date:** 2003-10-27

**'ransformed into a National Application:** No

**:egistration Date:** 2005-01-18

**.egister:** Principal

**aw Office Assigned:** LAW OFFICE 102

**:you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark ssistance Center at TrademarkAssistanceCenter@uspto.gov**

**urrent Location:** 650 -Publication And Issue Section

**ate In Location:** 2005-01-18

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

---

Apex Stores, LLC

**ddress:**
pex Stores, LLC
)0 MAIN STREET
ᴧWTUCKET, RI 02860
nited States
**egal Entity Type:** Ltd Liab Co
**:ate or Country Where Organized:** Rhode Island

---

### GOODS AND/OR SERVICES

---

**ıternational Class:** 040
**lass Status:** Active

:USTOM FINISHING AND EMBELLISHMENT OF PROMOTIONAL ITEMS, NAMELY, EMBROIDERY, :MBOSSING, ENGRAVING, CUSTOMIZED PRINTING, IMPRINTING, SCREEN PRINTING AND PAD 'RINTING WITH COMPANY NAMES, LOGOS, MONOGRAMS, WORDS, AND/OR PICTURES FOR 'ROMOTIONAL AND ADVERTISING PURPOSES ON THE GOODS OF OTHERS, NAMELY, SPORTSWEAR, ,PPAREL AND OTHER PRODUCTS

**:asis:** 1(a)
**'irst Use Date:** 1996-12-01
**'irst Use in Commerce Date:** 2002-09-01

## ADDITIONAL INFORMATION

**'rior Registration Number(s):**
847961
956407
155905
443933
562812
657639

## MADRID PROTOCOL INFORMATION

NOT AVAILABLE)

## PROSECUTION HISTORY

005-11-17 - TEAS Change Of Correspondence Received

005-01-18 - Registered - Principal Register

)04-10-26 - Published for opposition

)04-10-06 - Notice of publication

)04-08-30 - PAPER RECEIVED

)04-09-07 - Published for opposition

)04-08-30 - FAX RECEIVED

)04-08-18 - Notice of publication

)04-07-22 - TEAS Response to Office Action Received

)04-05-31 - Approved for Pub - Principal Register (Initial exam)

)04-05-27 - Examiners amendment e-mailed

)04-05-11 - Assigned To Examiner

,atest Status Info

:004-01-26 - TEAS Change Of Correspondence Received

:003-11-20 - New Application Entered In Tram

## ATTORNEY/CORRESPONDENT INFORMATION

**\ttorney of Record**
OHN E. OTTAVIANI

**:orrespondent**
ohn E. Ottaviani, Esq.
:dwards Angell Palmer & Dodge, LLP
'O Box 55874
ioston MA 02205
'hone Number: 401-274-9200
'ax Number: 401-276-6611

United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Assignments on the Web > Trademark Query

# No assignment has been recorded at the USPTO

## For Serial Number: 78319107

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.0.1
Web interface last modified: April 20, 2007 v.2.0.1

| .HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

'hank you for your request. Here are the latest results from the TARR web server.

'his page was generated by the TARR system on 2007-10-15 15:58:48 ET

**,erial Number:** 78928036 Assignment Information Trademark Document Retrieval

**Registration Number:** 3244685

**Mark**

# APEX COMPANIES

**vords only):** APEX COMPANIES

**tandard Character claim:** Yes

**'urrent Status:** Registered.

**ate of Status:** 2007-05-22

**iling Date:** 2006-07-12

**ransformed into a National Application:** No

**egistration Date:** 2007-05-22

**egister:** Principal

**aw Office Assigned:** LAW OFFICE 111

**'you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark ssistance Center at** TrademarkAssistanceCenter@uspto.gov

**urrent Location:** 650 -Publication And Issue Section

**ate In Location:** 2007-05-22

## LAST APPLICANT(S)/OWNER(S) OF RECORD

Apex Stores, LLC

**ddress:**
pex Stores, LLC
)0 Main Street

'awtucket, RI 02860
Jnited States
**,egal Entity Type:** Ltd Liab Co
**tate or Country Where Organized:** Rhode Island

## GOODS AND/OR SERVICES

**ıternational Class:** 040
**'lass Status:** Active
ustom finishing and embellishment of promotional items, namely, embroidery, embossing, engraving, customized rinting, imprinting, screen printing and pad printing with company names, logos, monograms, words, and/or pictures ›r promotional and advertising purposes on the goods of others, namely, sportswear, apparel and other products
**'asis:** 1(a)
**irst Use Date:** 2002-09-01
**irst Use in Commerce Date:** 2002-09-01

## ADDITIONAL INFORMATION

**isclaimer:** "COMPANIES"

**rior Registration Number(s):**
›18976

## MADRID PROTOCOL INFORMATION

JOT AVAILABLE)

## PROSECUTION HISTORY

›07-05-22 - Registered - Principal Register

›07-03-06 - Published for opposition

›07-02-14 - Notice of publication

›07-01-12 - Law Office Publication Review Completed

›07-01-12 - Assigned To LIE

›06-12-16 - Approved for Pub - Principal Register (Initial exam)

›06-12-14 - Examiner's Amendment Entered

06-12-14 - Examiners amendment e-mailed

06-12-14 - Examiners Amendment -Written

06-12-11 - Assigned To Examiner

006-07-18 - New Application Entered In Tram

## ATTORNEY/CORRESPONDENT INFORMATION

**.ttorney of Record**
ɔhn E. Ottaviani

**'orrespondent**
ƆHN E. OTTAVIANI
DWARDS ANGELL PALMER & DODGE LLP
O BOX 55874
OSTON, MA 02205-5874
hone Number: 401-274-9200

United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Assignments on the Web > Trademark Query

# No assignment has been recorded at the USPTO

## For Serial Number: 78928036

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.0.1
Web Interface last modified: April 20, 2007 v.2.0.1

| .HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

# EXHIBIT 4

EDWARDS ANGELL PALMER & DODGE LLP

2800 Financial Plaza Providence, RI 02903 401.274.9200 *fax* 401.276.6611 eapdlaw.com

F.D.R. Station
P.O. Box 130
New York, NY 10150

**John E. Ottaviani**
401.276.6405
*fax* 888.325.9049
jottaviani@eapdlaw.com

**CONFIDENTIAL**
**FOR SETTLEMENT PURPOSES ONLY**

March 10, 2008

Christine M. Klenk, Esq.
Manatt Phelps Phillips
1001 Page Mill Road, Bldg. 2
Palo Alto, CA 94304

Re **Apex Stores, LLC v. 24-Hour Fitness USA, Inc.**
**TTAB Cancellation Proceeding No. 9204878**

Dear Christine:

We have had an opportunity to discuss this matter at length with our client and are responding to your inquiry as to whether we could settle this matter with a Letter of Consent. At this point, our client's position is that a Letter of Consent will not be sufficient to resolve the outstanding issues.

By way of background, our client is part of a group of Apex businesses run by the same family since Apex's inception in 1924. The Apex businesses engage in a variety of activities, including, manufacturing, retail, online retail, automotive tire, repair and service, real estate development and management, and financial services, among many others.

The trademark "APEX" is derived from the initials of the founder of Apex, Albert Pilavin. Having used "Apex" extensively for almost a century, and having invested in excess of tens of millions of dollars in advertising and promoting the mark over the past 84 years, the Apex Companies and the family that owns them have a great deal of emotional as well as financial investment in the "APEX" trademark. The retail businesses, including the online and physical retail businesses, are a long standing tradition. Our client has also made extensive use of the APEX mark for its Apex credit card and customer loyalty programs, among other things, associated with its retail services throughout the U.S. Historically, our client has also operated various retail stores under the name "APEX," including department stores, specialty stores, automotive stores and various websites, from which it sells a very wide variety of merchandise, including health and fitness clothing and equipment, health and beauty items and food.

Our client was not aware of your client's use of the Apex Fitness mark, and, in fact, did not know your client existed, until very recently. Our client is concerned, not only with your client's use of "APEX" and "APEX FITNESS" for retail sales of nutrition supplements and foods and exercise programs, but also that your client's mark looks very much like variations of our client's mark and that your client seems to be expanding its use of the term Apex and using it in very similar ways to our client. Given our client's use of the trademark "APEX" for over 84 years for retail sales and online sales, and its prior use of its APEX mark in connection with the sale of health and fitness products, our client is unwilling to compromise its significant history and the investment it has made in the term APEX and wants to protect its rights. It appears to us that there is a great likelihood of confusion should your client continue to use the APEX and APEX FITNESS marks for its expanding goods and services. Given our client's long history of doing business under the Apex name, and its use which dates back for three quarters of a century before your client came into existence, our client hopes we can resolve this issue amicably.

Our client certainly continues to be open to settlement discussions, and suggests that we suspend the proceedings to permit such discussions to continue if your client is interested. One possible scenario would include permitting your client some period of time to continue to use the APEX FITNESS mark while phasing it out and developing a new brand identity or adopting the 24-HOUR FITNESS brand. You and your client may also have proposals to offer that we have not considered.

Please let me know whether or not your client is amenable to suspending the proceeding and continuing settlement discussions.

I am also enclosing a copy of our client's initial disclosures required by the new TTAB rules.

Very truly yours,

John E. Ottaviani

cc: President, Apex Stores, LLC

UNITED STATES PATENT AND TRADEMARK OFFICE
TRADEMARK TRIAL AND APPEAL BOARD

| | |
|---|---|
| APEX STORES, LLC<br>Petitioner,<br>v.<br>24-HOUR FITNESS USA, INC.<br>Registrant | Cancellation Proceeding No. 92048378 |

PETITIONER'S INITIAL DISCLOSURES

Pursuant to Fed. R. Civ. P. 26(a)(1) and 37 C.F.R., §2.120(a), Petitioner, Apex Stores, LLC, by and through its attorneys, hereby provides its initial disclosures.

INTRODUCTION

1. These disclosures are made solely for purposes of this proceeding. Each disclosure is subject to any and all objections as to competency, relevancy, materiality, propriety, privilege, admissibility, and to any and all other objections and grounds that would require the exclusion of any statement made herein if any such statement were made by, or if any questions were asked of, a witness present and testifying in court, all of which objections and grounds are hereby expressly reserved, and may be interposed later at or before the time of trial.

2. Petitioner has not yet completed discovery and/or trial preparation. The disclosures contained herein are based on Petitioner's knowledge, information, and belief at this time, and are made without prejudice to the foregoing following objections. Petitioner specifically reserves the right to amend and/or supplement its disclosures herein at any time or to introduce facts not contained herein if it should appear at any time that omissions or errors have

been made or if it obtains additional or more accurate information. Petitioner further reserves the right to rely upon such facts, and persons having knowledge of such facts, as may be derived through future discovery or through its continuing investigation in this matter or as may be adduced at trial.

DISCLOSURES

I. Individuals with Discoverable Information --- the name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims and defenses, unless the use would be solely for impeachment.

The following individuals are likely to have discoverable information that the Petitioner may use to support its claims and defenses:

1. Andrew Gates, President of Apex Stores, LLC, c/o John Ottaviani, Edwards, Angell, Palmer & Dodge, 2800 Financial Plaza, Providence, Rhode Island 02903 (401) 274 - 9200. Mr. Gates has knowledge regarding the use of Petitioner's various "Apex" marks by it and its predecessors and affiliates (collectively the "Apex Companies") including advertising and marketing information, promotional materials and sales of goods and/or services using the Apex marks, and also regarding service mark and trade mark registrations and corporate structure of the Apex Companies.

II. Categories of Documents in Petitioner's Possession That It May Use to Support Its Claims or Defenses. --- A copy or a description by category and location – and tangible things that the disclosing party has in its possession, custody or control and may use to support its claims, counterclaims or defenses, unless the use would be solely for impeachment:

Petitioner has in its possession, custody, and/or control documents fitting the below descriptions that it may use to support its claims, counterclaims and defenses:

1. Documents evidencing the Apex Companies' use of the Apex marks.
2. Documents evidencing Registrant's use of its marks.
3. Certificates of Registration and trademark prosecution documents for the Apex marks.
4. Documents relating to the Apex Companies' use, advertising, marketing and promotion of the Apex marks.
5. Documents relating to the Apex Companies' efforts to enforce its trademark rights in and to the Apex marks.
6. Documents relating to sales of goods and/or services made using the Apex marks.

The above documents are available at the following location(s):

1. Such documents are located at the Apex Companies' corporate headquarters and warehouses in Pawtucket, Rhode Island, and/or on the Internet.

In addition, Petitioner reserves the right to use additional documents that are currently in the possession of Registrant, which will be revealed during discovery, to support its claims, counterclaims and defenses.

III. Computation of Damages:

A computation of each category of damages claimed by the disclosing party whom must also make available for inspection and copying as under rule 34 the documents or other evidentiary materials, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered.

NONE AVAILABLE AT THIS TIME.

IV. Insurance Agreements:

For inspection and copying under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnity or reimburse for payments made to satisfy the judgment.

NONE AVAILABLE AT THIS TIME

Apex Stores, LLC reserves the right to supplement or amend these disclosures as may be appropriate.

APEX STORES, LLC
By its attorneys,

DATED: March 10, 2008

John E. Ottaviani
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, Rhode Island 02903
Tel: (401) 274-9200
Fax: (888) 325-9049
jottaviani@eapdlaw.com

CERTIFICATE OF SERVICE

I, John E. Ottaviani, hereby certify that on this 10th day of March, 2008, this document was served via facsimile and first class mail, postage prepaid, to the following attorneys of record for Registrant:

Susan E. Hollander, Esq.
Britt L. Anderson, Esq.
Christine M. Klenk, Esq.
Manatt Phelps & Phillips LLP
One Embarcadero Center, 30th Floor
San Francisco, CA 94111
Fax: (415) 291-7474

John E. Ottaviani



PRV 940936.1

## Complaints and Other Initiating Documents

5:08-cv-01681-HRL 24 Hour Fitness USA, Inc. v. Apex Stores, LLC

ADRMOP, AO279, E-Filing

U.S. District Court
Northern District of California
**Notice of Electronic Filing or Other Case Activity**

---

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

---

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
***If there is no second hyperlink, there is no electronic document available*** .
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at https://ecf.cand.uscourts.gov for more information.

---

The following transaction was received from by Anderson, Britt entered on 6/3/2008 11:35 AM and filed on 6/3/2008

**Case Name:** 24 Hour Fitness USA, Inc. v. Apex Stores, LLC
**Case Number:** 5:08-cv-1681
**Filer:** 24 Hour Fitness USA, Inc.
**Document Number:** 9

**Docket Text:**
**AMENDED COMPLAINT *FIRST AMENDED COMPLAINT* against all defendants. Filed by24 Hour Fitness USA, Inc.. (Attachments: # (1) Exhibit Exhibits 1-2 to First Amended Complaint, # (2) Exhibit Exhibits 3-4 to First Amended Complaint, # (3) Exhibit Exhibits 5-6 to First Amended Complaint)(Anderson, Britt) (Filed on 6/3/2008)**

**5:08-cv-1681 Notice has been electronically mailed to:**

Britt Lee Anderson blanderson@manatt.com, lallen@manatt.com

Apex at Home, LLC NBruno@sheppardmullin.com

Apex, LLC NBruno@sheppardmullin.com

Susan E Hollander shollander@manatt.com, AScardina@manatt.com, dcrim@manatt.com, dwishon@manatt.com, KHunt@manatt.com, lvete@manatt.com, SSareth@manatt.com

**5:08-cv-1681 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\Documents and Settings\lallen\CV 08-1681 HRL First Amended Complaint.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=6/3/2008] [FileNumber=4433974-0] [
2a66fb66860c7f43a921b5ce012412cb42d1e7a6326f194f6af008c90b6b76520c601f
fd0805a01cc0f2dc0034a5eff106030de932cc83b2e52218e93cb2d5fb]]
**Document description:**Exhibit Exhibits 1-2 to First Amended Complaint
**Original filename:**C:\Documents and Settings\lallen\CV 08-1681 HRL - Exhibits 1-2 to First Amended Complaint.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=6/3/2008] [FileNumber=4433974-1] [
3c8e7076406131ca8834cffe8b6ccfd076ea72388fc5372d97447b2857cb126fc57710
611269b15bf08cede8a4d958ddf24191d32c52a99fcc3926aaaf9f7589]]
**Document description:**Exhibit Exhibits 3-4 to First Amended Complaint
**Original filename:**C:\Documents and Settings\lallen\CV 08-1681 HRL - Exhibits 3-4 to First Amended Comp laint.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=6/3/2008] [FileNumber=4433974-2] [
3393841a36b75e81422c75c9953cb5eecf8720c4ffd9b12f770f1641ee22c3cdad16d0
424ccd4568e0be1657f14df774133de2c89616a644b8eb9a7e09d998fe]]
**Document description:**Exhibit Exhibits 5-6 to First Amended Complaint
**Original filename:**C:\Documents and Settings\lallen\CV 08-1681 HRL - Exhibits 5-6 to First Amended Complaint.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=6/3/2008] [FileNumber=4433974-3] [
395ec3d47ac5c2e86e45b2e6570a484e8955d304d432a21d20c19c1e2a9665b5d4ff72
bbd8db6b3cfa30e326e66d8b241f88c9aefdc8cbd7eb82fe0637a8deff]]