# EXHIBIT C

United States Patent and Trademark Office



## Assignments on the Web > Trademark Query

# Trademark Assignment Abstract of Title

**Total Assignments: 2**

**Serial #:** 74430251 **Filing Dt:** 08/27/1993 **Reg #:** 1847961 **Reg. Dt:** 08/02/1994

**Registrant:** Apex Incorporated

**Mark:** APEX

**Assignment: 1**

**Reel/Frame:** 2110/0428 **Received:** 07/28/2000 **Recorded:** 07/03/2000 **Pages:** 4

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Assignor:** APEX INCORPORATED

**Exec Dt:** 06/08/2000
**Entity Type:** CORPORATION
**Citizenship:** RHODE ISLAND

**Assignee:** APEX STORES, LLC
100 MAIN STREET
PAWTUCKET, RHODE ISLAND 02860

**Entity Type:** CORPORATION
**Citizenship:** RHODE ISLAND

**Correspondent:** HINCKLEY, ALLEN & SNYDER LLP
LAWRENCE R. ROBINS
28 STATE STREET
BOSTON, MA 02109

**Assignment: 2**

**Reel/Frame:** 3768/0929 **Received:** 04/30/2008 **Recorded:** 04/30/2008 **Pages:** 4

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Assignor:** APEX STORES, LLC

**Exec Dt:** 04/30/2008
**Entity Type:** LIMITED LIABILITY COMPANY
**Citizenship:** RHODE ISLAND

**Assignee:** APEX, LLC
100 MAIN STREET
PAWTUCKET, RHODE ISLAND 02860

**Entity Type:** LIMITED LIABILITY COMPANY
**Citizenship:** RHODE ISLAND

**Correspondent:** JOHN E. OTTAVIANI
P.O. BOX 130
F.D.R. STATION
NEW YORK, NY 10150

Search Results as of: 05/27/2008 03:13 AM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.0.1
Web interface last modified: April 20, 2007 v.2.0.1

United States Patent and Trademark Office



## Assignments on the Web > Trademark Query

# Trademark Assignment Abstract of Title

**Total Assignments: 1**

**Serial #:** 75781411 **Filing Dt:** 08/23/1999 **Reg #:** 2562812 **Reg. Dt:** 04/23/2002

**Registrant:** Apex Stores, LLC

**Mark:** APEX ONLINE

**Assignment: 1**

**Reel/Frame:** 3768/0929 **Received:** 04/30/2008 **Recorded:** 04/30/2008 **Pages:** 4

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Assignor:** APEX STORES, LLC

**Exec Dt:** 04/30/2008

**Entity Type:** LIMITED LIABILITY COMPANY

**Citizenship:** RHODE ISLAND

**Assignee:** APEX, LLC
100 MAIN STREET
PAWTUCKET, RHODE ISLAND 02860

**Entity Type:** LIMITED LIABILITY COMPANY

**Citizenship:** RHODE ISLAND

**Correspondent:** JOHN E. OTTAVIANI
P.O. BOX 130
F.D.R. STATION
NEW YORK, NY 10150

Search Results as of: 05/27/2008 03:14 AM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.0.1
Web interface last modified: April 20, 2007 v.2.0.1

United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Assignments on the Web > Trademark Query

# Trademark Assignment Abstract of Title

**Total Assignments: 1**

**Serial #:** 78928022 **Filing Dt:** 07/12/2006 **Reg #:** NONE **Reg. Dt:**

**Applicant:** Apex Stores, LLC

**Mark:** APEX COMPANIES

**Assignment: 1**

**Reel/Frame:** 3768/0929 **Received:** 04/30/2008 **Recorded:** 04/30/2008 **Pages:** 4

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Assignor:** APEX STORES, LLC

**Exec Dt:** 04/30/2008
**Entity Type:** LIMITED LIABILITY COMPANY
**Citizenship:** RHODE ISLAND

**Assignee:** APEX, LLC
100 MAIN STREET
PAWTUCKET, RHODE ISLAND 02860

**Entity Type:** LIMITED LIABILITY COMPANY
**Citizenship:** RHODE ISLAND

**Correspondent:** JOHN E. OTTAVIANI
P.O. BOX 130
F.D.R. STATION
NEW YORK, NY 10150

Search Results as of: 05/27/2008 03:16 AM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.0.1
Web interface last modified: April 20, 2007 v.2.0.1

| .HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

## Assignments on the Web > Trademark Query

# Trademark Assignment Abstract of Title

**Total Assignments: 1**

**Serial #:** 78319107 **Filing Dt:** 10/27/2003 **Reg #:** 2918976 **Reg. Dt:** 01/18/2005

**Registrant:** Apex Stores, LLC

**Mark:** APEX ADVANTAGE

**Assignment: 1**

**Reel/Frame:** 3768/0929 **Received:** 04/30/2008 **Recorded:** 04/30/2008 **Pages:** 4

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Assignor:** APEX STORES, LLC

**Exec Dt:** 04/30/2008
**Entity Type:** LIMITED LIABILITY COMPANY
**Citizenship:** RHODE ISLAND

**Assignee:** APEX, LLC
100 MAIN STREET
PAWTUCKET, RHODE ISLAND 02860

**Entity Type:** LIMITED LIABILITY COMPANY
**Citizenship:** RHODE ISLAND

**Correspondent:** JOHN E. OTTAVIANI
P.O. BOX 130
F.D.R. STATION
NEW YORK, NY 10150

Search Results as of: 05/27/2008 03:14 AM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.0.1
Web interface last modified: April 20, 2007 v.2.0.1

United States Patent and Trademark Office



## Assignments on the Web > Trademark Query

# Trademark Assignment Abstract of Title

**Total Assignments: 1**

**Serial #:** 75781412 **Filing Dt:** 08/23/1999 **Reg #:** 2443933 **Reg. Dt:** 04/17/2001

**Registrant:** Apex Stores, LLC

**Mark:** APEX STORES

**Assignment: 1**

**Reel/Frame:** 3768/0929 **Received:** 04/30/2008 **Recorded:** 04/30/2008 **Pages:** 4

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Assignor:** APEX STORES, LLC

**Exec Dt:** 04/30/2008

**Entity Type:** LIMITED LIABILITY COMPANY

**Citizenship:** RHODE ISLAND

**Assignee:** APEX, LLC
100 MAIN STREET
PAWTUCKET, RHODE ISLAND 02860

**Entity Type:** LIMITED LIABILITY COMPANY

**Citizenship:** RHODE ISLAND

**Correspondent:** JOHN E. OTTAVIANI
P.O. BOX 130
F.D.R. STATION
NEW YORK, NY 10150

Search Results as of: 05/27/2008 03:16 AM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.0.1
Web interface last modified: April 20, 2007 v.2.0.1