UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| APEX, LLC,<br>APEX AT HOME, LLC<br><br>Plaintiffs,<br><br>v.<br><br>24 HOUR FITNESS USA, INC.,<br><br>Defendant. | C.A. No. 08-169-ML |

**RULE 7.1 DISCLOSURE STATEMENT**
**OF 24 HOUR FITNESS USA, INC.**

Pursuant to Federal Rule of Civil Procedure 7.1(a)(2), the undersigned certifies that as of this date, 24 Hour Fitness USA, Inc. has no parent corporation and there is no public corporation owning 10% or more of its stock.

24 HOUR FITNESS USA, INC.
By its attorneys,

/s/ J. Scott Kilpatrick
J. Scott Kilpatrick, Esquire (#4036)
Chisholm Chisholm & Kilpatrick LLP
One Turks Head Place - Suite 1313
Providence, RI 02903
(401) 331-6300
(401) 421-3185 Facsimile
jskilpatrick@cck-law.com

of Counsel:

Manatt Phelps & Phillips LLP

Susan E. Hollander, Esq.
Britt L. Anderson, Esq.
Christian E. Baker, Esq.
101 Page Mill Rd., Bldg. #2
Palo Alto, CA 94304
(650) 812-1300
(650) 213-0260 Facsimile
Shollander@manatt.com
blanderson@manatt.com

**Certificate of Service**

I, the undersigned, hereby certify that on the 5th day of June, 2008, I electronically filed a copy of the within Rule 7.1 disclosure with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF system. The following participants have received notice electronically: Heather A. Pierce at hpierce@eapdlaw.com, Raymond M. Ripple at rripple@eapdlaw.com, rjil@eapdlaw.com and Steven M.Cowley at scowley@eapdlaw.com.

/s/ J. Scott Kilpatrick