UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| APEX, LLC,<br>APEX AT HOME, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>24 HOUR FITNESS USA, INC.,<br><br>Defendant. | C.A. No. 08-169-ML |

**JOINT MOTION TO EXTEND DEADLINE FOR PLAINTIFFS TO RESPOND TO DEFENDANT'S MOTION TO DISMISS AND FOR DEFENDANT TO FILE A REPLY MEMORANDUM**

Plaintiffs Apex, LLC and Apex at Home, LLC ("Plaintiffs") and Defendant 24 Hour Fitness USA, Inc. ("Defendant") hereby move to extend the deadline for Plaintiffs to respond to Defendant's Motion to Dismiss, or Alternatively to Stay, up to and including July 3, 2008. The Parties also move to extend the deadline for Defendant to file a reply memorandum up to and including July 17, 2008.

APEX, LLC, APEX AT HOME, LLC

By Their Attorneys,

/s/ Heather A. Pierce
Raymond M. Ripple (# 6489)
Heather A. Pierce (# 7345)
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, Rhode Island 02903
(401) 274-9200
(401) 276-6611 (Fax)

24 HOUR FITNESS USA, INC.

By its Attorneys,

/s/ J. Scott Kilpatrick
J. Scott Kilpatrick (# 4036)
Chisolm Chisolm & Kilpatrick LLP
One Turks Head Place, Suite 1313
Providence, RI 02903
(401) 331-6300
(401) 421-3185 (Fax)

and

Steven M. Cowley (*pro hac vice*)
Carrie Webb Olson (*pro hac vice*)
Edwards Angell Palmer & Dodge LLP
111 Huntington Avenue
Boston, MA 02199-7613
(617) 239-0100
(617) 227-4420 (Fax)
scowley@eapdlaw.com

and

Manatt, Phelps & Phillips, LLP
Susan E. Hollander (*pro hac vice*)
Britt L. Anderson (*pro hac vice*)
Christian E. Baker
1001 Page Mill Road, Building 2
Palo Alto, CA 94304-1006
(650) 812-1300
(650) 213-0260 (Fax)
blanderson@manatt.com

Dated: June 17, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on June 17, 2008, this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

__/s/ Heather A. Pierce__________