UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| APEX, LLC,<br>APEX AT HOME, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>24 HOUR FITNESS USA, INC.,<br><br>Defendant. | C.A. No. 08-169-ML |

**RULE 7.1 DISCLOSURE STATEMENT**
**SUBMITTED BY PLAINTIFF APEX, LLC**

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff Apex, LLC, through its undersigned counsel, submits the following Disclosure Statement. Apex, LLC certifies that its parent corporation, Zelby Holdings, Inc., is not a publicly held corporation, and that there is no publicly held corporation owning 10% or more of its stock.

APEX, LLC,

By Its Attorneys,

/s/ Heather A. Pierce
Raymond M. Ripple (#6489)
Heather A. Pierce (#7345)
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (Fax)

and

Steven M. Cowley (*pro hac vice*)
Carrie Webb Olson (*pro hac vice*)
Edwards Angell Palmer & Dodge LLP
111 Huntington Avenue
Boston, MA 02199-7613
(617) 239-0100
(617) 227-4420 (Fax)
scowley@eapdlaw.com

Dated: June 24, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on June 24, 2008, this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ Heather A. Pierce