# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| APEX, LLC,<br>APEX AT HOME, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>24 HOUR FITNESS USA, INC.,<br><br>Defendant. | C.A. No. 08-169-ML |

**DECLARATION OF ANDREW A. GATES**

I, Andrew A. Gates, on oath declare as follows:

1. The matters set forth in this Declaration are based upon my personal knowledge. I am a resident of the Commonwealth of Massachusetts. I make this Declaration in support of Plaintiffs' Opposition to 24 Hour Fitness' Motion to Dismiss, or Alternatively, Stay Proceedings in the above-captioned lawsuit.

2. Apex, LLC is a Rhode Island limited liability company founded on March 30, 2004, with a sole place of business at 100 Main Street, Pawtucket, Rhode Island.

3. Apex, LLC is owned by Zelby Holdings, Inc., a Rhode Island Corporation.

4. I am the Manager, President and sole officer of Apex, LLC.

5. Apex, LLC was formed in 2004 for the sole purpose of owning various trademarks including all of the "Apex" trademarks. It owns the common law and registered "Apex" marks that are at issue in this lawsuit and the lawsuit filed by 24 Hour Fitness in the Northern District of California.

6. Apex At Home, LLC ("Apex At Home") is a Rhode Island limited liability

company that was founded on June 12, 2001, with a principal place of business at 100 Main Street, Pawtucket, RI 02860.

7. I am the sole owner of Apex At Home.

8. Michael Dvorin is the President of Apex At Home, and he manages the day-to-day operations of that company, which since July 1, 2001, have included internet retail services through the web site found at the domain names "apexstores.com" and "apexexpress.com."

9. Apex Stores, LLC ("Apex Stores") is a Rhode Island limited liability company founded on June 25, 1999, with a sole place of business at 100 Main Street, Pawtucket, Rhode Island.

10. I am the sole owner and Manager, President and sole officer of Apex Stores.

11. Apex Stores owned and operated apexstores.com and apexexpress.com from June 25, 1999 until June 30, 2001, but those operations were transferred to Apex At Home, a separate entity, on June 30, 2001.

12. From June 30, 2001 through the beginning of May 2008, Apex Stores' primary purpose was to maintain ownership of certain trademarks and domain names. After June 30, 2001, Apex Stores did not directly use its trademarks or domain names to provide retail or other services, or to manufacture or sell any products. Instead, Apex Stores licensed its trademarks and domain names to other, separate operating entities that provided retail and other services.

13. On April 30, 2008, Apex Stores transferred all of its trademarks, including all trademarks using the term "Apex", to Apex, LLC, with the exception of two Rhode Island state trademark registrations that were transferred on May 6, 2008 and one Massachusetts state trademark registration that was transferred on June 2, 2008.

14. Apex Stores, Apex, LLC, and Apex At Home are separate entities operating

independently of each other. I manage all business conducted by Apex Stores and Apex LLC. I am not involved in the day-to-day management of the operations of Apex At Home.

15. Apex Stores, Apex LLC, and Apex At Home maintain separate books and records, maintain separate bank accounts, operate under separate budgets, and do not share assets or liabilities.

16. Apex At Home, its predecessors and affiliates, since at least as early as 1942, have consistently provided and continue to provide retail services. Over the years, Apex At Home, its predecessors and affiliates, have expanded these services to include without limitation, the operation of retail department stores, specialty concept stores, mail order operations and online retail operations.

17. Since at least as early as the 1960s, the retail services provided by Apex At Home, its predecessors and affiliates, have included a wide variety of general merchandise and services, including without limitation sporting goods, athletic apparel, athletic footwear, athletic equipment, fitness equipment, various food items and products, health and beauty products, related fitness accessories and a wide variety of other related and unrelated items.

18. Apex, LLC and Apex At Home are the owners of a family of common law and registered Apex trademarks, which have been in continuous use since 1942 ("Apex") and 1996 ("Apex Online" and "Apex Stores") in connection with various retail store, mail order purchase and computerized online retail services.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 3rd day of July, 2008.

Andrew A. Gates