# EXHIBIT 2 (Part 2)

# EXHIBIT B

EDWARDS ANGELL PALMER & DODGE LLP

2800 Financial Plaza Providence, RI 02903 401.274.9200 *fax* 401.276.6611 eapdlaw.com

F.D.R. Station
P.O. Box 130
New York, NY 10150

John E. Ottaviani
Phone: (401) 276-6405
*Direct Fax: (888) 325.9049*
jottaviani@eapdlaw.com

**CERTIFIED MAIL – RETURN RECEIPT REQUESTED**

November 1, 2007

24-Hour Fitness USA, Inc.
12647 Alcosta Boulevard
Suite 500
San Ramon, CA 94583

Attention: President

RE: **Apex Stores, LLC v. 24-Hour Fitness USA, Inc.**
**Cancellation Proceeding before the Trademark Trial and Appeal Board**

Ladies and Gentlemen:

I am enclosing a copy of a Petition for Cancellation that was filed against your company in the United States Patent and Trademark Office's Trademark Trial and Appeal Board today. The Petition requests cancellation of Registration No. 2,701,627 for the mark APEX TRAINING SYSTEM; Registration No. 2,703,428 for the mark APEX FITNESS GROUP and Registration No. 2,036,205 for the mark APEX, all as they relate to services in Class 35. The Patent and Trademark Office rules require that we serve a copy of this Petition on you as the owner of record of this registration.

Should you wish to speak directly with our client, please contact Mr. Andrew Gates at (401) 729-7200, ext. 7201.

Otherwise, you and your attorneys should be aware that an answer to this Petition for Cancellation should be filed with the Trademark Trial and Appeal Board within forty (40) days.

Very truly yours,

John E. Ottaviani

Enclosure

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

In the matter of Registration No. 2,701,627
Date of Issue: April 1, 2003

In the matter of Registration No. 2,703,428
Date of Issue: April 8, 2003

In the matter of Registration No. 2,936,205
Date of Issue: March 29, 2005

| | |
|---|---|
| APEX STORES, LLC<br>Petitioner<br>v.<br>24 HOUR FITNESS USA, INC.<br>Registrant | Cancellation No.: |

## CONSOLIDATED PETITION FOR CANCELLATION

Apex Stores, LLC, a limited liability company organized and existing under the laws of the State of Rhode Island, having a business address of 100 Main Street, Pawtucket, Rhode Island 02860 ("Apex"), believes that it will be damaged by Registration No. 2,703,428 for the mark APEX FITNESS GROUP (and design) and Registration No. 2,701,627 for the mark APEX TRAINING SYSTEM (and design) as they relate to services in Class 35, namely distributorships featuring vitamins and fitness programs in the form of licensed software, videotapes, and printed information, and by Registration No. 2,936,205 for the mark APEX (in stylized form) as it relates to services in Class 35, namely distributorship featuring vitamins and fitness programs, and hereby petitions to cancel the registrations of the said marks for these services.

As grounds for this Petition, Apex avers that:

## Apex and its Marks

1. Since at least as early as 1924, Apex and its predecessors have used the mark "APEX" and other marks incorporating the word "APEX" on and in connection with various manufacturing, wholesale, retail, on-line retail, commercial and residential real estate development, real estate management and advertising businesses.

2. Apex is the owner of common law rights in the marks APEX, APEX ONLINE and APEX STORES, as a result of the continuous use of the APEX mark since at least as early as 1924 in connection with automotive repair and maintenance services and retail automobile parts and accessories store services, as a result of its continuous use of the APEX mark since at least as early as September 1942 for retail department store services, and as a result of its continuous use of the APEX ONLINE and APEX STORES marks since at least as early as November 1996 in connection with retail store, mail order purchase and computerized online retail services.

3. Apex owns the following U.S. registrations for its trademarks and service marks, among others:

| Mark | Registration No. | Issue Date | Goods and Services |
|---|---|---|---|
| APEX | 1,847,961 | 8/2/1994 | Retail department store services (Class 42) |
| APEX | 2,155,905 | 5/12/1998 | Automotive repair and maintenance (Class 37); retail automobile parts and accessories stores (Class 42) |
| APEX ONLINE | 2,562,812 | 4/23/2002 | Retail store, mail order purchase and computerized online retail services, featuring, domestics, furniture, bedding, kitchenware, major appliances, small appliances, house wares, bathroom accessories, living room and bedroom accessories, table top accessories, flatware, power |

| Mark | Registration No. | Issue Date | Goods and Services |
|---|---|---|---|
| | | | equipment, electronics, photography, jewelry, cosmetics, toys, giftware, music and video, gardening, handbags, sporting goods, clocks, luggage, home office, grills, clothing, men's and ladies' accessories, shores athletic foot wear, novelties, food and Christmas items (Class 35) |
| APEX MALL | 2,657,639 | 12/10/2002 | Shopping mall services and leasing of shopping mall space (Class 36) |
| APEX STORES | 2,443,933 | 4/17/2001 | Retail store, mail order purchase and computerized online retail services, featuring, domestics, furniture, bedding, kitchenware, major appliances, small appliances, house wares, bathroom accessories, living room and bedroom accessories, table top accessories, flatware, power equipment, electronics, photography, jewelry, cosmetics, toys, giftware, music and video, gardening, handbags, sporting goods, clocks, luggage, home office, grills, clothing, men's and ladies' accessories, shores athletic foot wear, novelties, food and Christmas items (Class 35) |
| APEX ADVANTAGE | 2,918,976 | 1/18/2005 | Custom finishing and embellishment of promotional items, namely, embroidery, embossing, engraving customized printing, imprinting, screen printing and pad printing with company names, logos, monograms, words and/or pictures for promotional and advertising purposes on the goods of others, namely, sportswear, apparel and other products (Class 40) |
| APEX COMPANIES | 3,244,685 | 5/22/2007 | Custom finishing and embellishment of promotional items, namely, embroidery, embossing, engraving customized printing, imprinting, screen printing and pad printing with |

| Mark | Registration No. | Issue Date | Goods and Services |
| --- | --- | --- | --- |
| | | | company names, logos, monograms, words and/or pictures for promotional and advertising purposes on the goods of others, namely, sportswear, apparel and other products (Class 40) |

Current printouts of information from the TARR electronic database records of the U.S. Patent and Trademark Office showing the current status and title of each registration are attached to this Petition as Exhibits "A" through "G" respectively.

4. Registration No. 1,847,961 for the mark APEX has been renewed pursuant to the provisions of the Lanham Act, and is incontestable.

5. Registration No. 2,155,905 for the mark APEX, Registration No. 2,562,812 for the mark APEX ONLINE and Registration No. 2,443,933 for the mark APEX STORES are incontestable.

6. Apex is the owner of U.S. Application Serial No. 78/928022 to register APEX COMPANIES as a service mark for the following services: "promoting the goods and services of others by placing advertisements and promotional displays in an electronic site accessed through computer networks; providing an on-line advertising guide featuring the goods and services of others; electronic retailing services and ordering services via computer featuring a wide variety of merchandise; Retail store and advertising services, featuring a wide variety of merchandise; arranging for others the repair, service and replacement of a wide variety of general merchandise and vehicles; retail automobile parts and accessories stores; retail store services featuring customer pick-up and/or payment of newly purchased or repaired merchandise; pick up

and delivery services; business, advertising, marketing and management consulting services" in Class 35; and for "automobile repair and maintenance" in Class 37.

**Registrant and its Marks**

7. Upon information and belief, 24 Hour Fitness USA, Inc. ("Registrant") is a California corporation with offices at 12647 Alcosta Boulevard, Suite 500, San Ramon, California 94583.

8. Registrant is the record owner of the following U.S. Trademark Registration for the mark APEX TRAINING SYSTEM (and design):

| Registration No. | Issue Date | Goods and Services |
|---|---|---|
| 2,701,627 | 4/1/2003 | Distributorships featuring vitamins and fitness programs in the form of licensed software, videotapes, and printed information |

9. Registrant is the record owner of the following U.S. Trademark Registration for the mark APEX FITNESS GROUP (and design):

| Registration No. | Issue Date | Goods and Services |
|---|---|---|
| 2,703,428 | 4/8/2003 | Distributorships featuring vitamins and fitness programs in the form of licensed software, videotapes, and printed information (Class 35) |

10. Registrant is the record owner of the following U.S. Trademark Registration for the mark APEX (stylized):

| Registration No. | Issue Date | Goods and Services |
|---|---|---|
| 2,036,205 | 3/29/2005 | Distributorships featuring vitamins and fitness programs (Class 35), and various other services in five other classes. |

**COUNT I: LIKELIHOOD OF CONFUSION**

11. Apex repeats and incorporates herein by reference the averments in the preceding paragraphs.

12. Registrant's APEX FITNESS GROUP, APEX TRAINING SYSTEM and APEX marks are very similar in appearance and commercial impression to Apex's APEX, APEX ONLINE and APEX STORES marks.

13. The distributorship services listed in Registration No. 2,701,627, Registration No. 2,703,428 and Registration No. 2,936,205 are closely related to those of Apex, in particular, to Apex's retail store, mail order purchase and computerized online retail services.

14. On information and belief, Apex is the prior user of the APEX mark. Apex began using APEX in connection with retail department store services at least as early as September 1942, and began using APEX ONLINE and APEX STORES in connection with retail store, mail order purchase and computerized online retail services at least as early as November 1996. Registrant's registrations state that Registrant first used its APEX TRAINING SYSTEM and APEX FITNESS GROUP marks for distributorships featuring vitamins and fitness programs in the form of licensed software, videotapes and printed information on June 1, 1999, and that Registrant first used its APEX mark for distributorships featuring vitamins and fitness programs on July 1, 2003. Consequently, Registrant's date of first use for each of these marks is subsequent to Apex's actual date of first use of its APEX, APEX ONLINE and APEX STORES mark for the identical or closely related services.

15. Apex has expended considerable effort and expense in promoting its APEX, APEX ONLINE and APEX STORES service marks and the goods and the services sold under

such marks, with the result that the purchasing public has come to know, rely upon and recognize the products and services of Apex by such marks.

16. Registrant's APEX TRAINING SYSTEM, APEX FITNESS GROUP and APEX service marks are confusingly similar to Apex's APEX, APEX ONLINE and APEX STORES service marks and are likely to cause confusion, deception or mistake to Apex's irreparable damage and injury, in violation of Section 2(d) of the Lanham Act, 15 USC §1052(d).

17. If Registrant is permitted to retain the registrations sought to be cancelled, and thereby the prima facie exclusive right to use in commerce the APEX TRAINING SYSTEM, APEX FITNESS GROUP and APEX mark on the identical or closely related services offered by Apex; a cloud will be placed on Apex's title to its trademarks, APEX, APEX ONLINE and APEX STORES and Apex's right to enjoy the full and exclusive use of the APEX, APEX ONLINE and APEX STORES marks in the United States in connection with the promotion of its services.

18. If Registrant is permitted to retain the registrations sought to be cancelled, Apex has been advised by the U.S. Patent and Trademark Office that Apex's pending application ~~Serial No. 78/928022 to register the service mark APEX COMPANIES as a service mark for its~~ services may be refused.

COUNT II: DILUTION

18. Apex repeats and incorporates herein reference the averments in the preceding paragraphs.

19. Apex is damaged and will continue to be damaged because Registrant's continued use and registration of the APEX TRAINING SYSTEM, APEX FITNESS GROUP and APEX marks dilute the distinctive quality of Apex's APEX, APEX STORES and APEX ONLINE service marks.

PRAYER FOR RELIEF

WHEREFORE, Apex respectfully requests that Registration No. 2,701,627, Registration No. 2,703,428 and Registration No. 2,936,205 be cancelled as they relate to services in Class 35.

The filing fee of $[900] for this Petition to Cancel is being submitted electronically with this Petition.

Apex hereby appoints John E. Ottaviani, of the law firm of Edwards Angell Palmer & Dodge LLP, a member of the bars of the State of Rhode Island and the Commonwealth of Massachusetts, as its attorney with full power of substitution and revocation, to prosecute this cancellation proceeding, and to transact all business in the U.S. Patent and Trademark Office in connection herewith.

APEX STORES, LLC

By: [signature]
Andrew A. Gates, Manager

Dated: October 31, 2007

STATE OF RHODE ISLAND

COUNTY OF PROVIDENCE

Andrew A. Gates, hereby duly sworn, deposes and says that he is a Manager of Apex Stores, LLC and is authorized to execute this document on behalf of said corporation; that he has read and signed the same and knows the contents thereof, and the same is true of his own knowledge, except as to the matters therein stated to be alleged upon information and belief, and as to those matters, he believes them to be true.

Andrew A. Gates, Manager

Subscribed and sworn to, before me this 31st day of October, 2007.

Karin B Chieffallo
Notary Public ID# 48663

My commission expires: 9-6-2009

KARIN B. CHIEFFALLO
Notary Public, State of Rhode Island
My Commission Expires Sept. 6, 2009

'hank you for your request. Here are the latest results from the TARR web server.

'his page was generated by the TARR system on 2007-10-15 15:56:09 ET

erial Number: 74430251 Assignment Information Trademark Document Retrieval

legistration Number: 1847961

Mark (words only): APEX

tandard Character claim: No

Current Status: This registration has been renewed.

late of Status: 2004-09-16

iling Date: 1993-08-27

'ransformed into a National Application: No

.egistration Date: 1994-08-02

.egister: Principal

aw Office Assigned: LAW OFFICE 3

'you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark ssistance Center at TrademarkAssistanceCenter@uspto.gov

urrent Location: 900 -File Repository (Franconia)

ate In Location: 2004-09-20

---

LAST APPLICANT(S)/OWNER(S) OF RECORD

APEX STORES, LLC

ddress:
PEX STORES, LLC
)0 MAIN STREET
AWTUCKET, RI 02860
nited States
egal Entity Type: Ltd Liab Co
ate or Country Where Organized: Rhode Island

---

GOODS AND/OR SERVICES

ternational Class: 042
lass Status: Active

etail department store services
**3asis:** 1(a)
**'irst Use Date:** 1942-09-00
**'irst Use in Commerce Date:** 1942-09-00

## ADDITIONAL INFORMATION

NOT AVAILABLE)

## MADRID PROTOCOL INFORMATION

NOT AVAILABLE)

## PROSECUTION HISTORY

004-09-16 - First renewal 10 year

004-09-16 - Section 8 (10-year) accepted/ Section 9 granted

004-07-22 - Combined Section 8 (10-year)/Section 9 filed

004-07-22 - TEAS Section 8 & 9 Received

004-01-26 - TEAS Change Of Correspondence Received

003-08-28 - TEAS Change Of Correspondence Received

000-10-17 - Section 8 (6-year) accepted & Section 15 acknowledged

000-06-30 - Section 8 (6-year) and Section 15 Filed

994-08-02 - Registered - Principal Register

994-05-10 - Published for opposition

994-04-08 - Notice of publication

994-01-18 - Approved for Pub - Principal Register (Initial exam)

994-01-06 - Examiner's amendment mailed

994-01-04 - Assigned To Examiner

993-12-22 - Assigned To Examiner

## ATTORNEY/CORRESPONDENT INFORMATION

**ttorney of Record**

OHN E. OTTAVIANI,

**orrespondent**
OHN E. OTTAVIANI,
DWARDS & ANGELL, LLP
O BOX 55874
OSTON MA 02205
hone Number: 401-274-9200
ax Number: 401-276-6611

United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Assignments on the Web > Trademark Query

# Trademark Assignment Abstract of Title

**Total Assignments: 1**

**Serial #:** 74430251 **Filing Dt:** 08/27/1993 **Reg #:** 1847961 **Reg. Dt:** 08/02/1994

**Registrant:** Apex Incorporated

**Mark:** APEX

**Assignment: 1**

**Reel/Frame:** 2110/0428 **Received:** 07/28/2000 **Recorded:** 07/03/2000 **Pages:** 4

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Assignor:** APEX INCORPORATED **Exec Dt:** 06/08/2000

**Entity Type:** CORPORATION

**Citizenship:** RHODE ISLAND

**Assignee:** APEX STORES, LLC **Entity Type:** CORPORATION

100 MAIN STREET **Citizenship:** RHODE ISLAND

PAWTUCKET, RHODE ISLAND 02860

**Correspondent:** HINCKLEY, ALLEN & SNYDER LLP

LAWRENCE R. ROBINS

28 STATE STREET

BOSTON, MA 02109

Search Results as of: 10/15/2007 03:55 PM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.0.1

Web interface last modified: April 20, 2007 v.2.0.1

| .HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

:hank you for your request. Here are the latest results from the TARR web server.

:his page was generated by the TARR system on 2007-10-15 15:56:41 ET

erial Number: 74529131 Assignment Information Trademark Document Retrieval

tegistration Number: 2155905

fark (words only): APEX

tandard Character claim: No

:urrent Status: Section 8 and 15 affidavits have been accepted and acknowledged.

)ate of Status: 2004-06-02

iling Date: 1994-05-25

ransformed into a National Application: No

.egistration Date: 1998-05-12

.egister: Principal

aw Office Assigned: LAW OFFICE 106

'you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark ssistance Center at TrademarkAssistanceCenter@uspto.gov

urrent Location: 900 -File Repository (Franconia)

ate In Location: 2004-06-04

LAST APPLICANT(S)/OWNER(S) OF RECORD

APEX STORES, LLC

ddress:
PEX STORES, LLC
)0 MAIN STREET
AWTUCKET, RI 02860
nited States
egal Entity Type: Corporation
ate or Country of Incorporation: Rhode Island

GOODS AND/OR SERVICES

ternational Class: 037
lass Status: Active

utomotive repair and maintenance services
**lasis:** 1(a)
**'irst Use Date:** 1924-00-00
**'irst Use in Commerce Date:** 1924-00-00

**nternational Class:** 042
**:lass Status:** Active
etail automobile parts and accessories stores
**lasis:** 1(a)
**'irst Use Date:** 1924-00-00
**'irst Use in Commerce Date:** 1924-00-00

## ADDITIONAL INFORMATION

NOT AVAILABLE)

## MADRID PROTOCOL INFORMATION

NOT AVAILABLE)

## PROSECUTION HISTORY

)04-06-02 - Section 8 (6-year) accepted & Section 15 acknowledged

)04-05-12 - Response received for Post Registration action

)04-05-12 - Section 8 (6-year) and Section 15 Filed

)04-05-12 - TEAS Response to Office Action Received

)04-05-12 - TEAS Section 8 & 15 Received

)04-02-17 - Post Registration action mailed Section 8 & 15

)04-01-26 - TEAS Change Of Correspondence Received

)03-12-15 - Section 8 (6-year) and Section 15 Filed

)03-12-15 - TEAS Section 8 & 15 Received

)03-08-28 - TEAS Change Of Correspondence Received

)98-05-12 - Registered - Principal Register

)98-02-17 - Published for opposition

)98-02-17 - Published for opposition

98-01-16 - Notice of publication

997-12-10 - Approved for Pub.- Principal Register (Initial exam)

997-08-11 - Communication received from applicant

996-12-04 - Letter of suspension mailed

996-10-28 - Communication received from applicant

996-04-25 - Final refusal mailed

995-12-14 - Communication received from applicant

995-07-15 - Letter of suspension mailed

995-07-13 - Assigned To Examiner

995-05-14 - Communication received from applicant

994-11-17 - Non-final action mailed

994-10-19 - Assigned To Examiner

994-10-17 - Assigned To Examiner

994-10-17 - Assigned To Examiner

## ATTORNEY/CORRESPONDENT INFORMATION

**ttorney of Record**
)HN E. OTTAVIANI

**orrespondent**
)HN E. OTTAVIANI
DWARDS & ANGELL, LLP
) BOX 55874
OSTON MA 02205
ione Number: 401-274-9200
ıx Number: 401-276-6611

United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Assignments on the Web > Trademark Query

# Trademark Assignment Abstract of Title

**Total Assignments: 1**

**Serial #:** 74529131 **Filing Dt:** 05/25/1994 **Reg #:** 2155905 **Reg. Dt:** 05/12/1998

**Registrant:** Apex Incorporated

**Mark:** APEX

**Assignment: 1**

**Reel/Frame:** 2110/0428 **Received:** 07/28/2000 **Recorded:** 07/03/2000 **Pages:** 4

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Assignor:** APEX INCORPORATED **Exec Dt:** 06/08/2000

**Entity Type:** CORPORATION

**Citizenship:** RHODE ISLAND

**Assignee:** APEX STORES, LLC **Entity Type:** CORPORATION

100 MAIN STREET **Citizenship:** RHODE ISLAND

PAWTUCKET, RHODE ISLAND 02860

**Correspondent:** HINCKLEY, ALLEN & SNYDER LLP

LAWRENCE R. ROBINS

28 STATE STREET

BOSTON, MA 02109

Search Results as of: 10/15/2007 03:56 PM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.0.1

Web interface last modified: April 20, 2007 v.2.0.1

| .HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

:hank you for your request. Here are the latest results from the TARR web server.

:his page was generated by the TARR system on 2007-10-15 15:57:05 ET

ierial Number: 75781411 Assignment Information Trademark Document Retrieval

legistration Number: 2562812

Mark (words only): APEX ONLINE

itandard Character claim: No

:urrent Status: Section 8 and 15 affidavits have been accepted and acknowledged.

)ate of Status: 2007-09-13

'iling Date: 1999-08-23

'ransformed into a National Application: No

legistration Date: 2002-04-23

legister: Principal

.aw Office Assigned: LAW OFFICE 103

f you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark .ssistance Center at TrademarkAssistanceCenter@uspto.gov

:urrent Location: 830 -Post Registration

)ate In Location: 2007-09-13

---

LAST APPLICANT(S)/OWNER(S) OF RECORD

---

. Apex Stores, LLC

.ddress:
.pex Stores, LLC
00 Main Street
awtucket, RI 02860
'nited States
egal Entity Type: Corporation
tate or Country of Incorporation: Rhode Island

---

GOODS AND/OR SERVICES

---

nternational Class: 035
'lass Status: Active

Retail store, mail order purchase and computerized on-line retail services, featuring, domestics, furniture, bedding, itchenware, major appliances, small appliances, housewares, bathroom accessories, living room and bedroom ccessories, table top accessories, flatware, power equipment, electronics, photography, jewelry, cosmetics, toys, iftware, music and video, gardening, handbags, sporting goods, clocks, luggage, home office, grills, clothing, men' s nd ladies' accessories, shoes, athletic footwear, novelties, food and Christmas items
**Basis:** 1(a)
**First Use Date:** 1996-11-01
**First Use in Commerce Date:** 1996-11-01

## ADDITIONAL INFORMATION

**Disclaimer:** "ONLINE"

**Prior Registration Number(s):**
847961
155905

## MADRID PROTOCOL INFORMATION

NOT AVAILABLE)

## PROSECUTION HISTORY

007-09-13 - Section 8 (6-year) accepted & Section 15 acknowledged

007-09-12 - Assigned To Paralegal

007-08-28 - Section 8 (6-year) and Section 15 Filed

007-08-28 - TEAS Section 8 & 15 Received

007-05-04 - Case File In TICRS

004-01-26 - TEAS Change Of Correspondence Received

003-08-28 - TEAS Change Of Correspondence Received

002-04-23 - Registered - Principal Register

001-06-28 - Extension Of Time To Oppose Received

001-05-29 - Published for opposition

001-05-16 - Notice of publication

001-01-29 - Approved for Pub - Principal Register (Initial exam)

000-07-25 - Letter of suspension mailed

2000-06-30 - Communication received from applicant

2000-01-31 - Non-final action mailed

2000-01-19 - Assigned To Examiner

---

## ATTORNEY/CORRESPONDENT INFORMATION

---

**Attorney of Record**
John E. Ottaviani

**Correspondent**
John E. Ottaviani
Edwards Angell Palmer & Dodge LLP
P.O. Box 130
F.D.R. Station
New York NY 10150
Phone Number: 401-274-9200
Fax Number: 401-276-6611

---

## No assignment has been recorded at the USPTO

### For Serial Number: 75781411

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.0.1
Web interface last modified: April 20, 2007 v.2.0.1

EXHIBIT "D"

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2007-10-15 15:57:28 ET

**Serial Number:** 75836787 Assignment Information Trademark Document Retrieval

**Registration Number:** 2657639

**Mark (words only):** APEX MALL

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2002-12-10

**Filing Date:** 1999-11-01

**Transformed into a National Application:** No

**Registration Date:** 2002-12-10

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 103

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2003-01-28

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

. Apex Stores LLC

**Address:**
Apex Stores LLC
00 Main Street
Pawtucket, RI 02860
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Rhode Island

## GOODS AND/OR SERVICES

**International Class:** 036
**Class Status:** Active

HOPPING MALL SERVICES AND LEASING OF SHOPPING MALL SPACE
!asis: 1(a)
'irst Use Date: 1966-00-00
'irst Use in Commerce Date: 1966-00-00

## ADDITIONAL INFORMATION

!isclaimer: "MALL"

'rior Registration Number(s):
847961

## MADRID PROTOCOL INFORMATION

NOT AVAILABLE)

## PROSECUTION HISTORY

)04-01-26 - TEAS Change Of Correspondence Received

)03-08-28 - TEAS Change Of Correspondence Received

)02-12-10 - Registered - Principal Register

)02-09-17 - Published for opposition

)02-08-28 - Notice of publication

)02-05-14 - Approved for Pub - Principal Register (Initial exam)

)02-05-09 - Examiner's amendment mailed

)02-04-01 - Communication received from applicant

)02-04-01 - PAPER RECEIVED

)01-10-09 - Non-final action mailed

)00-10-27 - Letter of suspension mailed

)00-10-25 - Assigned To Examiner

)00-09-15 - Communication received from applicant

)00-03-14 - Non-final action mailed

)00-03-09 - Assigned To Examiner

)00-03-08 - Assigned To Examiner

## ATTORNEY/CORRESPONDENT INFORMATION

**.ttorney of Record**
.awrence R. Robins

**:orrespondent**
OHN E. OTTAVIANI, ESQ.
DWARDS & ANGELL, LLP
O BOX 55874
:OSTON MA 02205
hone Number: 401-274-9200
ax Number: 401-276-6611

United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Assignments on the Web > Trademark Query

# No assignment has been recorded at the USPTO

## For Serial Number: 75836787

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.0.1
Web interface last modified: April 20, 2007 v.2.0.1

| .HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

hank you for your request. Here are the latest results from the TARR web server.

his page was generated by the TARR system on 2007-10-15 15:57:52 ET

**erial Number:** 75781412 Assignment Information Trademark Document Retrieval

**egistration Number:** 2443933

**ark (words only):** APEX STORES

**tandard Character claim:** No

**urrent Status:** Section 8 and 15 affidavits have been accepted and acknowledged.

**ate of Status:** 2007-05-21

**iling Date:** 1999-08-23

**ransformed into a National Application:** No

**egistration Date:** 2001-04-17

**egister:** Principal

**aw Office Assigned:** LAW OFFICE 103

**f you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark ssistance Center at** TrademarkAssistanceCenter@uspto.gov

**urrent Location:** 830 -Post Registration

**ate In Location:** 2007-05-21

## LAST APPLICANT(S)/OWNER(S) OF RECORD

Apex Stores, LLC

**ddress:**
pex Stores, LLC
)0 Main Street
awtucket, RI 02860
nited States
**egal Entity Type:** Corporation
**tate or Country of Incorporation:** Rhode Island

## GOODS AND/OR SERVICES

**nternational Class:** 035
**lass Status:** Active

{etail store, mail order purchase and computerized on-line retail services, featuring, domestics, furniture, bedding, itchenware, major appliances, small appliances, housewares, bathroom accessories, living room and bedroom ccessories, table top accessories, flatware, power equipment, electronics, photography, jewelry, cosmetics, toys, iftware, music and video, gardening, handbags, sporting goods, clocks, luggage, home office, grills, clothing, men's nd ladies' accessories, shoes, athletic footwear, novelties, food and Christmas items

**}asis:** 1(a)

**'irst Use Date:** 1996-11-01

**'irst Use in Commerce Date:** 1996-11-01

## ADDITIONAL INFORMATION

**)isclaimer:** "STORES"

**'rior Registration Number(s):**

847961

155905

## MADRID PROTOCOL INFORMATION

NOT AVAILABLE)

## PROSECUTION HISTORY

007-05-21 - Section 8 (6-year) accepted & Section 15 acknowledged

)07-05-15 - Assigned To Paralegal

)07-04-17 - Section 8 (6-year) and Section 15 Filed

)07-04-17 - TEAS Section 8 & 15 Received

)06-11-21 - Case File In TICRS

)04-01-26 - TEAS Change Of Correspondence Received

)03-08-28 - TEAS Change Of Correspondence Received

)01-04-17 - Registered - Principal Register

)01-01-23 - Published for opposition

)00-12-22 - Notice of publication

)00-11-08 - Approved for Pub - Principal Register (Initial exam)

)00-11-08 - Assigned To Examiner

)00-07-25 - Letter of suspension mailed

000-06-30 - Communication received from applicant

000-01-31 - Non-final action mailed

000-01-19 - Assigned To Examiner

## ATTORNEY/CORRESPONDENT INFORMATION

**ıttorney of Record**
ɔhn E. Ottaviani

**:orrespondent**
ɔhn E. Ottaviani
dwards Angell Palmer & Dodge LLP
.O. Box 130
:D.R. Station
lew York NY 10150
hone Number: 401-274-9200
ax Number: 401-276-6611

United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Assignments on the Web > Trademark Query

# No assignment has been recorded at the USPTO

## For Serial Number: 75781412

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.0.1
Web interface last modified: April 20, 2007 v.2.0.1

| .HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

'hank you for your request. Here are the latest results from the TARR web server.

'his page was generated by the TARR system on 2007-10-15 15:58:19 ET

erial Number: 78319107 Assignment Information Trademark Document Retrieval

legistration Number: 2918976

Iark (words only): APEX ADVANTAGE

tandard Character claim: No

'urrent Status: Registered.

late of Status: 2005-01-18

iling Date: 2003-10-27

'ransformed into a National Application: No

legistration Date: 2005-01-18

.egister: Principal

aw Office Assigned: LAW OFFICE 102

:you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark ssistance Center at TrademarkAssistanceCenter@uspto.gov

urrent Location: 650 -Publication And Issue Section

ate In Location: 2005-01-18

LAST APPLICANT(S)/OWNER(S) OF RECORD

Apex Stores, LLC

ddress:
pex Stores, LLC
)0 MAIN STREET
AWTUCKET, RI 02860
nited States
.egal Entity Type: Ltd Liab Co
:ate or Country Where Organized: Rhode Island

GOODS AND/OR SERVICES

iternational Class: 040
lass Status: Active

:USTOM FINISHING AND EMBELLISHMENT OF PROMOTIONAL ITEMS, NAMELY, EMBROIDERY, :MBOSSING, ENGRAVING, CUSTOMIZED PRINTING, IMPRINTING, SCREEN PRINTING AND PAD 'RINTING WITH COMPANY NAMES, LOGOS, MONOGRAMS, WORDS, AND/OR PICTURES FOR 'ROMOTIONAL AND ADVERTISING PURPOSES ON THE GOODS OF OTHERS, NAMELY, SPORTSWEAR, \PPAREL AND OTHER PRODUCTS .

**lasis:** 1(a)
**'irst Use Date:** 1996-12-01
**'irst Use in Commerce Date:** 2002-09-01

## ADDITIONAL INFORMATION

**'rior Registration Number(s):**
847961
956407
155905
443933
562812
657639

## MADRID PROTOCOL INFORMATION

\NOT AVAILABLE)

## PROSECUTION HISTORY

005-11-17 - TEAS Change Of Correspondence Received

)05-01-18 - Registered - Principal Register

)04-10-26 - Published for opposition

)04-10-06 - Notice of publication

)04-08-30 - PAPER RECEIVED

)04-09-07 - Published for opposition

)04-08-30 - FAX RECEIVED

)04-08-18 - Notice of publication

)04-07-22 - TEAS Response to Office Action Received

)04-05-31 - Approved for Pub - Principal Register (Initial exam)

)04-05-27 - Examiners amendment e-mailed

)04-05-11 - Assigned To Examiner

:004-01-26 - TEAS Change Of Correspondence Received

:003-11-20 - New Application Entered In Tram

## ATTORNEY/CORRESPONDENT INFORMATION

**\ttorney of Record**
OHN E. OTTAVIANI

**:orrespondent**
ohn E. Ottaviani, Esq.
:dwards Angell Palmer & Dodge, LLP
'O Box 55874
!oston MA 02205
'hone Number: 401-274-9200
'ax Number: 401-276-6611

United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Assignments on the Web > Trademark Query

## No assignment has been recorded at the USPTO

### For Serial Number: 78319107

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.0.1
Web interface last modified: April 20, 2007 v.2.0.1

| .HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

'hank you for your request. Here are the latest results from the TARR web server.

'his page was generated by the TARR system on 2007-10-15 15:58:48 ET

erial Number: 78928036 Assignment Information Trademark Document Retrieval

tegistration Number: 3244685

Iark

# APEX COMPANIES

vords only): APEX COMPANIES

tandard Character claim: Yes

urrent Status: Registered.

ate of Status: 2007-05-22

iling Date: 2006-07-12

ransformed into a National Application: No

egistration Date: 2007-05-22

egister: Principal

aw Office Assigned: LAW OFFICE 111

'you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark ssistance Center at TrademarkAssistanceCenter@uspto.gov

urrent Location: 650 -Publication And Issue Section

ate In Location: 2007-05-22

---

LAST APPLICANT(S)/OWNER(S) OF RECORD

---

Apex Stores, LLC

ddress:
pex Stores, LLC
)0 Main Street

'awtucket, RI 02860
Jnited States
,egal **Entity Type:** Ltd Liab Co
tate or **Country Where Organized:** Rhode Island

## GOODS AND/OR SERVICES

**nternational Class:** 040
**lass Status:** Active
ustom finishing and embellishment of promotional items, namely, embroidery, embossing, engraving, customized rinting, imprinting, screen printing and pad printing with company names, logos, monograms, words, and/or pictures or promotional and advertising purposes on the goods of others, namely, sportswear, apparel and other products
**asis:** 1(a)
**irst Use Date:** 2002-09-01
**irst Use in Commerce Date:** 2002-09-01

## ADDITIONAL INFORMATION

**isclaimer:** "COMPANIES"

**rior Registration Number(s):**
)18976

## MADRID PROTOCOL INFORMATION

JOT AVAILABLE)

## PROSECUTION HISTORY

)07-05-22 - Registered - Principal Register

)07-03-06 - Published for opposition

)07-02-14 - Notice of publication

)07-01-12 - Law Office Publication Review Completed

)07-01-12 - Assigned To LIE

)06-12-16 - Approved for Pub - Principal Register (Initial exam)

)06-12-14 - Examiner's Amendment Entered

06-12-14 - Examiners amendment e-mailed

06-12-14 - Examiners Amendment -Written

06-12-11 - Assigned To Examiner

006-07-18 - New Application Entered In Tram

## ATTORNEY/CORRESPONDENT INFORMATION

**ıttorney of Record**
ɔhn E. Ottaviani

**!orrespondent**
ƆHN E. OTTAVIANI
DWARDS ANGELL PALMER & DODGE LLP
O BOX 55874
OSTON, MA 02205-5874
hone Number: 401-274-9200

United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Assignments on the Web > Trademark Query

## No assignment has been recorded at the USPTO

### For Serial Number: 78928036

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.0.1
Web interface last modified: April 20, 2007 v.2.0.1

| .HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

# EXHIBIT C

**Nardella, Paula**

**From:** Klenk, Christine [CKlenk@manatt.com]
**Sent:** Monday, January 14, 2008 2:49 PM
**To:** Ottaviani, John
**Cc:** Franco, Laura
**Subject:** Apex Stores LLC v. 24 Hour Fitness USA, Inc., TTAB Cancellation Proceeding No. 92048378

Re: Apex Stores LLC v. 24 Hour Fitness USA, Inc. (APEX) - TTAB Cancellation Proceeding No. 92048378 - For Settlement Purposes Only

John,

Please find my contact information below.

I will follow up with our client regarding its use of the APEX mark for "distributorship featuring vitamins & fitness programs", and the possibility of issuing a letter of consent.

Regards,
Christine

Christine Klenk

manatt | phelps | phillips

1001 Page Mill Road, Bldg. 2

Palo Alto, California 94304

Phone: 650.812.1382

Fax: 650.213.0260

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in

error, please immediately notify us by reply e-mail at cklenk@manatt.com or by telephone at (310) 312-1305, and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.

# EXHIBIT D

**Nardella, Paula**

**From:** Klenk, Christine [CKlenk@manatt.com]
**Sent:** Tuesday, February 05, 2008 9:51 PM
**To:** Ottaviani, John
**Cc:** Anderson, Britt
**Subject:** RE: Apex Stores LLC v. 24 Hour Fitness USA, Inc., TTAB Cancellation Proceeding No. 92048378

**Re: Apex Stores LLC v. 24 Hour Fitness USA, Inc. (APEX) - TTAB Cancellation Proceeding No. 92048378 - For Settlement Purposes Only**

John,

As you may recall, when we spoke at our January 14th settlement conference, I indicated that the APEX marks were in use, and you inquired about the possibility of obtaining a letter of consent. We touched on the topic of a letter of consent again on January 29th. At that time, you stated that you would get back to us regarding your client's position.

We do not appear to have received a response from you. Initial disclosures in this proceeding are due on February 9, 2008. We need to inform our client as to whether to prepare to proceed with the cancellation defense.

Please let us know if you have received a response from your client.

Regards,
Christine

Christine Klenk
**manatt | phelps | phillips**
1001 Page Mill Road, Bldg. 2
Palo Alto, California 94304
Phone: 650.812.1382
Fax: 650.213.0260

# EXHIBIT E

EDWARDS ANGELL PALMER & DODGE LLP

2800 Financial Plaza Providence, RI 02903 401.274.9200 *fax* 401.276.6611 eapdlaw.com

F.D.R. Station
P.O. Box 130
New York, NY 10150

John E. Ottaviani
401.276.6405
*fax* 888.325.9049
jottaviani@eapdlaw.com

**CONFIDENTIAL**
**FOR SETTLEMENT PURPOSES ONLY**

March 10, 2008

Christine M. Klenk, Esq.
Manatt Phelps Phillips
1001 Page Mill Road, Bldg. 2
Palo Alto, CA 94304

Re **Apex Stores, LLC v. 24-Hour Fitness USA, Inc.**
**TTAB Cancellation Proceeding No. 9204878**

Dear Christine:

We have had an opportunity to discuss this matter at length with our client and are responding to your inquiry as to whether we could settle this matter with a Letter of Consent. At this point, our client's position is that a Letter of Consent will not be sufficient to resolve the outstanding issues.

By way of background, our client is part of a group of Apex businesses run by the same family since Apex's inception in 1924. The Apex businesses engage in a variety of activities, including, manufacturing, retail, online retail, automotive tire, repair and service, real estate development and management, and financial services, among many others.

The trademark "APEX" is derived from the initials of the founder of Apex, Albert Pilavin. Having used "Apex" extensively for almost a century, and having invested in excess of tens of millions of dollars in advertising and promoting the mark over the past 84 years, the Apex Companies and the family that owns them have a great deal of emotional as well as financial investment in the "APEX" trademark. The retail businesses, including the online and physical retail businesses, are a long standing tradition. Our client has also made extensive use of the APEX mark for its Apex credit card and customer loyalty programs, among other things, associated with its retail services throughout the U.S. Historically, our client has also operated various retail stores under the name "APEX," including department stores, specialty stores, automotive stores and various websites, from which it sells a very wide variety of merchandise, including health and fitness clothing and equipment, health and beauty items and food.

Our client was not aware of your client's use of the Apex Fitness mark, and, in fact, did not know your client existed, until very recently. Our client is concerned, not only with your client's use of "APEX" and "APEX FITNESS" for retail sales of nutrition supplements and foods and exercise programs, but also that your client's mark looks very much like variations of our client's mark and that your client seems to be expanding its use of the term Apex and using it in very similar ways to our client. Given our client's use of the trademark "APEX" for over 84 years for retail sales and online sales, and its prior use of its APEX mark in connection with the sale of health and fitness products, our client is unwilling to compromise its significant history and the investment it has made in the term APEX and wants to protect its rights. It appears to us that there is a great likelihood of confusion should your client continue to use the APEX and APEX FITNESS marks for its expanding goods and services. Given our client's long history of doing business under the Apex name, and its use which dates back for three quarters of a century before your client came into existence, our client hopes we can resolve this issue amicably.

Our client certainly continues to be open to settlement discussions, and suggests that we suspend the proceedings to permit such discussions to continue if your client is interested. One possible scenario would include permitting your client some period of time to continue to use the APEX FITNESS mark while phasing it out and developing a new brand identity or adopting the 24-HOUR FITNESS brand. You and your client may also have proposals to offer that we have not considered.

Please let me know whether or not your client is amenable to suspending the proceeding and continuing settlement discussions.

I am also enclosing a copy of our client's initial disclosures required by the new TTAB rules.

Very truly yours,

John E. Ottaviani

cc: President, Apex Stores, LLC

# EXHIBIT F

manatt
manatt | phelps | phillips

**Britt L. Anderson**
Manatt, Phelps & Phillips, LLP
Direct Dial: (415) 291-7403
E-mail: BLAnderson@manatt.com

April 11, 2008

Client-Matter: 23632-098

VIA FACSIMILE AND EMAIL
FOR SETTLEMENT NEGOTIATIONS ONLY
PURSUANT TO FEDERAL RULE OF EVIDENCE 408

John Ottaviani, Esq.
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903

**Re: Apex Stores, LLC v. 24 Hour Fitness USA, Inc.**

Dear Mr. Ottaviani:

We write to respond to your letter of March 12, 2008 regarding the above cancellation proceeding, with which you served your client's initial disclosures. We note to begin that your initial disclosures were served approximately three weeks after the date specified in the TTAB's scheduling order. Other than blatant disregard of its obligations under the Federal Rules, there appears to be no reason why Apex Stores would fail to meet this deadline. As well as your client possessing the TTAB's order, we discussed the parties' mutual obligation to serve initial disclosures by February 20 at our meet and confer on January 14, 2008 as well as our follow up discussion around January 28.

24 Hour Fitness finds entirely unacceptable the assertion in your letter that your client has priority and/or superior rights in regard to the APEX name in connection with the health and fitness field as a basis for beginning any settlement discussions. Since at least as early as 1994, 24 Hour Fitness and Apex Fitness have continuously and pervasively used their APEX Marks in connection with a wide range of health, fitness and nutrition related products and services. As you are aware, 24 Hour Fitness owns numerous trademark and service mark registrations in connection with a broad set of goods and services for its APEX family of marks, including but not limited to its APEX & Design, APEX FITNESS GROUP & Starman Design, and APEX TRAINING SYSTEM & Starman Design marks. Given these longstanding rights, 24 Hour Fitness rejects any assertion that Apex Stores has sufficient basis to challenge 24 Hour Fitness' use or registration of its APEX Marks or to insist that such marks be phased out.

Since the filing of your cancellation action, 24 Hour Fitness has investigated Apex Stores' activities and has found that your client appears to have recently expanded into 24 Hour Fitness' area of business. We note that your client's recent application under U.S. Serial No. 78/928,022 encompasses 24 Hour Fitness' services related to distributorships featuring vitamins

manatt
manatt | phelps | phillips



and fitness programs. In fact, the U.S. Patent & Trademark Office refused this application based, in part, upon 24 Hour Fitness' prior filings. In addition, your client's marketing of goods in the health and fitness field, and particularly your client's expansion into the "sporting goods & fitness" category, via its website, appears to have commenced only very recently.

Despite these facts, 24 Hour Fitness continues to view a consent agreement under which the parties would agree to confine their activities under their APEX marks to their respective business areas as a potentially reasonable resolution of this matter. Let me know if your client is interested in discussing a consent agreement on this basis.

Sincerely,

Britt L Anderson

cc: 24 Hour Fitness USA, Inc.
Susan Hollander, Esq.

900007851.2

# EXHIBIT G

**Nardella, Paula**

**From:** Ottaviani, John
**Sent:** Friday, May 02, 2008 1:56 PM
**To:** 'Anderson, Britt'
**Cc:** 'Hollander, Susan'; 'Allen, Linda'
**Subject:** RE: Letter Re Apex Stores, LLC v. 24 Hours Fitness USA, Inc. (23632-030)

CONFIDENTIAL
NOT TO BE USED IN EVIDENCE
FOR SETTLEMENT PURPOSES ONLY

Britt --- Confirming Monday at 3:00 p.m. EDT/12:00 p.m. PDT. As you know, consent agreements usually are reasonably specific as to what the parties can/cannot do with their respective marks, and your letter raises general issues but does not provide us with your client's expectations/proposal for the actual uses of the parties' marks going forward. To make Monday's discussion more productive, could you please provide us with more specifics as to what uses of what marks 24 Hour Fitness proposes to make, and what uses of what marks 24 Hour Fitness proposes not to make, should the parties be able to agree on a consent agreement? We can then discuss with our client contact and obtain some input before the call on Monday.

Thank you.

Very truly yours,

**John E. Ottaviani**
Partner, Intellectual Property Group

Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903

Voice: 401.276.6405
Fax: 888.325.9049
E-Mail: jottaviani@eapdlaw.com

Main Tel.: 401.274.9200
Main Fax: 401.276.6611
Main Web: www.eapdlaw.com

Assistant:
(Mrs.) Gerry Corriveau
401.276.6687
gcorriveau@eapdlaw.com

**From:** Anderson, Britt [mailto:BLAnderson@manatt.com]
**Sent:** Thursday, May 01, 2008 6:46 PM
**To:** Ottaviani, John
**Cc:** Hollander, Susan; Allen, Linda
**Subject:** RE: Letter Re Apex Stores, LLC v. 24 Hours Fitness USA, Inc. (23632-030)

Settlement Communications

John -

12 noon on Monday works. We will call you at your number below. The terms at this stage consist of a consent provided to your client in context of the issues we have raised regarding 24 Hour Fitness' trademark rights as outlined in our letter.

Britt

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply e-mail at blanderson@manatt.com or by telephone at (415) 291-7403, and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.

---

**From:** Ottaviani, John [mailto:JOttaviani@eapdlaw.com]
**Sent:** Thursday, May 01, 2008 11:08 AM
**To:** Anderson, Britt
**Subject:** RE: Letter Re Apex Stores, LLC v. 24 Hours Fitness USA, Inc. (23632-030)

Britt --- I have 4:00 meeting scheduled on Monday and I'm not sure I can move it. Could we do the call at 3 EDT/12 PST on Monday? Or some other earlier time on Monday?

Your April 11 letter proposed a consent agreement, but did not propose any terms. Our discussion on Monday might be more productive if you were able to propose to us specific terms, and we were able to discuss them with our client, before the call.

Very truly yours,
**John E. Ottaviani**
Partner, Intellectual Property Group

Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903

Voice: 401.276.6405
Fax: 888.325.9049
E-Mail: jottaviani@eapdlaw.com

Main Tel.: 401.274.9200
Main Fax: 401.276.6611

Main Web: www.eapdlaw.com

Assistant:
(Mrs.) Gerry Corriveau
401.276.6687
gcorriveau@eapdlaw.com

---

**From:** Anderson, Britt [mailto:BLAnderson@manatt.com]
**Sent:** Wednesday, April 30, 2008 7:29 PM
**To:** Ottaviani, John
**Cc:** Hollander, Susan; Allen, Linda
**Subject:** RE: Letter Re Apex Stores, LLC v. 24 Hours Fitness USA, Inc. (23632-030)

John -

I got your voicemail. We definitely would like to have a discussion among the attorneys first. What we are looking for is to determine whether or not your client is interested in the co-existence terms that we outlined in our last letter. Are you available at 1:30 PM PDT/4:30 PM EDT on Monday? Susan Hollander and I would like to conference with you at that time.

Britt

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply e-mail at blanderson@manatt.com or by telephone at (415) 291-7403, and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.

---

**From:** Ottaviani, John [mailto:JOttaviani@eapdlaw.com]
**Sent:** Tuesday, April 29, 2008 11:39 AM
**To:** Anderson, Britt
**Subject:** FW: Letter Re Apex Stores, LLC v. 24 Hours Fitness USA, Inc.

Britt --- I was able to talk to my contact at the client today. They are perfectly happy to have me talk to you, or for the President of our client to talk directly with the President of your client, to discuss a resolution of the issues. Please check with your client and let me know which they would prefer. I'm tied up in meetings and conference calls for much of the day today. but can try to give you a call later today or more likely tomorrow if that is the preference. If your client prefers to speak directly with our client, please let me know and I'll provide contact info. Thanks.

---John Ottaviani

---

**From:** Ottaviani, John

**Sent:** Thursday, April 24, 2008 3:21 PM
**To:** 'Anderson, Britt'
**Cc:** Allen, Linda
**Subject:** RE: Letter Re Apex Stores, LLC v. 24 Hours Fitness USA, Inc.joh

Britt --- You are correct, I was out last week. I am back now. But I have been unable to reach my contact at the client. He may be away. We will respond promptly once I can talk to him, but it looks like it may be next week at this point unless I hear from him tonight or tomorrow. I don't think we are running up against any deadlines, but if we are please let me know and we can discuss extensions. Thanks.

---John Ottaviani

---

**From:** Anderson, Britt [mailto:BLAnderson@manatt.com]
**Sent:** Thursday, April 24, 2008 2:25 PM
**To:** Ottaviani, John
**Cc:** Allen, Linda
**Subject:** RE: Letter Re Apex Stores, LLC v. 24 Hours Fitness USA, Inc.joh

John -

I understand that you were out of the office last week but my client would appreciate knowing when you are going to respond to our letter.

Britt

---