UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| APEX, LLC; APEX AT HOME, LLC | : | |
| | : | |
| v. | : | C.A. No. 08-169ML |
| | : | |
| 24 HOUR FITNESS USA, INC. | : | |

**ORDER**

I hereby recuse myself from participation in this case.

ENTER:

/s/ Lincoln D. Almond
LINCOLN D. ALMOND
United States Magistrate Judge
July 22, 2008

BY ORDER:

/s/ Jeannine Noel
Deputy Clerk