(Effective 3/17/2008)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

APEX, LLC; APEX AT HOME, LLC
Plaintiff(s)

v.                                                                Dkt. No. 08-169ML

24 HOUR FITNESS USA, INC.
Defendant(s)

**MOTION FOR ADMISSION PRO HAC VICE**

Plaintiff/Defendant 24 HOUR FITNESS USA, INC. hereby moves that SHARI MULROONEY WOLLMAN be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

[signature]
Signature of Pro Hac Vice Applicant

I hereby certify that I have reviewed the Application for Pro Hac Vice Admission that is being submitted with the application fee, and I join in the foregoing motion. I acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

[signature]
Signature of Local Counsel

J. Scott Kilpatrick, Esq.
Print Name

Chisholm Chisholm & Kilpatrick LLP
Firm and Business Address

One Turks Head Place - Suite 1313

Providence, RI 02903

RI Bar ID # 4036

Email: jskilpatrick@cck-law.com

Tel. # 401-331-6300

Fax # 401-421-3185

**ORDER**

This motion is hereby _____ GRANTED _____ DENIED

District Judge                                                    Date