UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

APEX, LLC, :
APEX AT HOME, LLC, :
Plaintiffs, :
:
v. : CA 08-169 ML
:
24 HOUR FITNESS USA, INC., :
Defendant. :

**ORDER**
**DENYING MOTION**
**TO CONTINUE HEARING**

Before the Court is Defendant 24 Hour Fitness USA, Inc.'s Motion Requesting Expedited Order to Continue or Stay Hearing on Defendant's Motion to Dismiss or Alternatively Stay Proceedings Pursuant to Rule 12(B)(3) and 28 U.S.C. § 1406(A) (Document ("Doc.") #25) ("Motion"). A hearing was conducted on August 7, 2008.

The Motion is DENIED because it was filed at the eleventh hour.[1] It is also denied because the relief sought is essentially the same as the alternative relief requested in Defendant 24 Hour Fitness' Motion to Dismiss, or Alternatively, Stay Proceedings Pursuant to Rule 12(B)(3) and 28 U.S.C. § 1406(a) (Doc. #14) ("Motion to Dismiss or Stay"). Thus, the Motion is duplicative of the Motion to Dismiss or Stay.

ENTER:

/s/ David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
August 15, 2008

[1] The Motion was filed at 11:29 p.m. on August 5, 2008. For all practical purposes, it was filed on August 6th, one day prior to the scheduled hearing date.