UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

APEX, LLC.
APEX AT HOME, LLC.

v. C.A. 08-169ML

24 HOUR FITNESS USA, INC.

ORDER

The Findings and Recommendation of United States Magistrate Judge David L. Martin filed on August 15, 2008 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). The Defendant's Motion to Dismiss , or Alternatively, Stay Proceedings is granted to the extent that this action is stayed pending a decision by the United States District Court for the Northern District of California on a prior action filed in that district.

BY ORDER:

Mary M. Lisi

Mary M. Lisi
Chief U.S. District Judge
September 8 , 2008

Entered as an Order of this Court on September 9 , 2008

Barbara Barletta
Deputy Clerk